UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                Plaintiff,

        -against-

JOHN CHELL, ET AL.,

                Defendants.

19-CV-3218 (JGK)

ORDER GRANTING IFP APPLICATION

JOHN G. KOELTL, United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: New York, New York
4/22/19

                                            JOHN G. KOELTL
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-23-19