UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

XIAMIN ZENG,

                                                Plaintiff,

  - against –                                     **NOTICE OF APPEARANCE**

CHELL, ET AL.,                             19-CV-3218 (JGK)

                                            Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Stephanie De Angelis, an Assistant Corporation Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant the City of New York, and demands that all notices and other papers be served upon the defendant at this office.

Dated: New York, New York
       May 23, 2019

                                            ZACHARY W. CARTER
                                            Corporation Counsel
                                            of the City of New York
                                            *Attorney for Defendant City*
                                            100 Church Street, Rm. 3-202
                                            New York, New York 10007
                                            (212) 356-3513

                                            By:         /s/
                                                      Stephanie De Angelis
                                                      Assistant Corporation Counsel

cc:     BY CERTIFIED MAIL
         Xiamin Zeng
         *Plaintiff Pro Se*
         110 Columbia Street
         Apt. 1A
         New York, NY 10002