**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Xiamin Zeng | 19cv3218 (JGK) |
| DEFENDANT | TYPE OF PROCESS |
| Chell et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Danielle FEBUS (Detective, Queens Child Advocacy Center) in her individual capacity
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
112-25 Queens Boulevard New York, NY 11375

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Xiamin Zeng
110 Columbia Street
Apt. 1A
New York, NY 10002

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 4/22/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: P6
District of Origin No. 054
District to Serve No. 054

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Did not give name
Date: 6/5/19  Time: 10:07 ☒ am

Service Fee: $73.00
Total Mileage Charges (including endeavors): $13.34
Total Charges: $86.34

REMARKS:
Set up for mail sev
Setup for PLS
Would not give name – representative tried to refuse service
did confirm Danielle Febus works at location

Form USM-285 Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

19-3218-8 ✓