# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

Edgar M. Rivera, Esq.
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: erivera@theharmanfirm.com

August 2, 2019

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Xiamin Zeng v. The City of New York et. al.,* 19 CV 03218

Dear Judge Koeltl:

We represent Plaintiff Xiamin Zeng in the above-referenced action against Defendants The City of New York, et al. We respectfully request that this case proceed according to Local Civil Rule 83.10. Plan for Certain § 1983 Cases Against the City of New York (the "Plan").

Plaintiff is represented by counsel and brings claims of false arrest and malicious prosecutions by employees of the New York Police Department in violation of 42 U.S.C. § 1983. As such, we respectfully request that this case proceed according the Plan. Counsel have met and conferred and agree to move the case into the Plan.

Thank you for your Honor's time and attention to this matter.

Respectfully submitted,

Edgar M. Rivera

Cc: All Counsel of Record (via ECF)

*[Handwritten annotation: Application granted. The parties should advise the Court within fourteen (14) days after the conclusion of the mediation before the Magistrate Judge. So ordered. /s/ John G. Koeltl U.S.D.J. 8/5/19]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8-5-19