UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------×
XIAMIN ZENG,

                       *Plaintiff,*                          19 CV 03218

    -against-

THE CITY OF NEW YORK, JOHN CHELL, GARY      NOTICE OF MOTION TO
DENEZZO, GEORGE TAVARES, DIEGO                WITHDRAW AS
ANDRIANZAN, and DANIELLE FEBUS,                  ATTORNEYS FOR
                                                                          PLAINTIFF

                       *Defendants,*
------------------------------------------------------------------------×

        **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of The Harman Firm, LLP's Motion to Withdraw as Attorneys for Plaintiff Xiamin Zeng, dated January 6, 2020, The Harman Firm, LLP (the "Firm"), will move this Court, on a date and time to be set by the Court, before the Honorable John G. Koeltl, United States District Judge, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting the Firm's Motion to Withdraw and such other and further relief as the Court deems just and proper.

Dated:  New York, New York
          January 6, 2020

                                                By:  _____
                                                       Edgar M. Rivera
                                                       THE HARMAN FIRM, LLP
                                                       381 Park Avenue South, Suite 1220
                                                       New York, New York 10016
                                                       (212) 425-2600
                                                       erivera@theharmanfirm.com
                                                       *Attorneys for Plaintiff*