UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-8-2020

---

XIAMIN ZENG,

                Plaintiff,        19-cv-3218 (JGK)

      - against -             ORDER

JOHN CHELL, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed at the conference on January 7, 2020, the plaintiff's counsel's motion to withdraw as attorney is **granted**.

The case is stayed until March 13, 2020. By March 13, 2020, the plaintiff should indicate to the Court whether the plaintiff wishes to represent herself, in which case the plaintiff should file a notice of address where papers can be served on the plaintiff, or whether she will be represented by a new lawyer, in which case the new attorney should file a Notice of Appearance.

If the plaintiff decides to proceed pro se, the Court advises her to seek assistance from the New York Legal Assistance Group (NYLAG). The contact information for NYLAG was provided both parties at the conference on January 7, 2020.

The plaintiff's current attorney is directed to provide a copy of this order to the plaintiff.

The Clerk of Court is directed to close **Dkt. No. 27.**

**SO ORDERED.**

Dated:   New York, New York
        January 7, 2020

                                          John G. Koeltl
                                    **United States District Judge**