UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xiamin Zeng
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Chell, et al.
_____

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 03218 (JGK) (   )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am requesting to get a pro bono counsel to represent me because I have very limited capacity to defend for myself due to my current financial status and language unproficiency. I am suffering from hearing loss and emotional distress, which can cause faintness and need assistance sometimes. I am also involved in some other cases and may not have time to reach out to lawyers myself. Thus I request the court to find pro bono counsels to assist my proceedings with this case.

Rev. 3/27/14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-5-20

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I had Wylie Stecklow from Federal Bar Association, James Meyerson, and Edgar Mikel Rivera from the Harman Firm to help represent me before. I have been working with New York Legal Assistance Group on my cases and they mentioned they might not be able to help me find a pro bono lawyer as of now.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| 3/5/2020 | [signature] |
| Date | Signature |
| Xiamin Zeng | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 110 Columbia Street, Apt.1A | New York        NY        10002 |
| Address | City                State     Zip Code |
| 929-250-4690 | |
| Telephone Number | E-mail Address (if available) |