UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2020

XIAMIN ZENG,

                        Plaintiff,                    19-CV-3218 (JGK)

            - against -                               ORDER

JOHN CHELL, ET AL.,

                        Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff's application to appoint counsel is **denied
without prejudice** for failure to make the required showing. The
Court of Appeals for the Second Circuit has articulated factors
that should guide the Court's discretion to appoint counsel to
represent an indigent civil litigant under 28 U.S.C. § 1915.
See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986);
Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at
*4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the
appointment of counsel, the plaintiff must, as a threshold
matter, demonstrate that the claim has substance or a likelihood
of success on the merits. See Hodge, 802 F.2d at 60-61. Only
then can the Court consider the other factors appropriate to
determination of whether counsel should be appointed:
"plaintiff's ability to obtain representation independently, and
[her] ability to handle the case without assistance in the light
of the required factual investigation, the complexity of the

legal issues, and the need for expertly conducted cross-examination to test veracity." <u>Cooper v. A. Sargenti Co., Inc.</u>, 877 F.2d 170, 172 (2d Cir. 1989). The plaintiff has not made such a showing. The plaintiff's application for the Court to appoint counsel is therefore **denied without prejudice** for failure to make the required showing at this time.

The case is referred to Magistrate Judge Parker for general pretrial matters.

**SO ORDERED.**

Dated:     **New York, New York**
            **March 12, 2020**

                             **John G. Koeltl**
                    **United States District Judge**