UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

XIAMIN ZENG,

                              Plaintiff,

       - against –

JOHN CHELL, ET AL.,

                             Defendants.
----------------------------------------------------------------

19-cv-3218 (JGK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: ____ |

SO ORDERED.

DATED:    New York, New York
                March 12, 2020

                                                                   _____
                                                                   **John G. Koeltl
                                                                   United States District Judge**

\* Do not check if already referred for general pretrial.

Copy mailed to pro se party(ies)
at docket address