```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                Plaintiff,

-against-

JOHN CHELL, et al.,

                Defendants.

ORDER SCHEDULING INITIAL
CASE MANAGEMENT
CONFERENCE

19-CV-3218 (JGK) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). (Doc. No. 33) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Parker in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at http://nysd.uscourts.gov/judge/Parker and also attached to this Order.

    It is hereby **ORDERED** that an initial scheduling and case management telephone conference will be held in accordance with Fed. R. Civ. P. 16 on **Thursday, April 23, 2020 at 3:00 p.m.** Counsel for the Defendants are directed to call Judge Parker's Chambers at the scheduled time with the Pro Se Plaintiff already on the line.  Please dial (212) 805-0234.  By **April 13, 2020,** the parties are directed to each complete the Proposed Case Management Plan for Pro Se Cases available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=1342. Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff.

The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent & Registration Form to Receive Documents Electronically, available in the Pro Se Intake Unit or at http://nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it via ECF.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
       March 13, 2020

SO ORDERED.

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge