UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                Plaintiff,

-against-

JOHN CHELL, et al.,

                Defendants.

**ORDER**

**19-CV-3218 (JGK) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

**KATHARINE H. PARKER, United States Magistrate Judge.**

For the telephonic conference currently scheduled for April 23, 2020, the parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
        March 16, 2020

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge