May 19, 2020
Hon. John G Koeltl
Hon. Katharine H Parker
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:    Zeng v. Chell et al; 1:19-cv-03218-JGK-KHP**
**Extension Request**

Dear Judge Koeltl and Judge Parker,

I am writing to respectfully request an extension of time from original due date: May 31, 2020 to new deadline: June 30, 2020 to file my amend the pleadings or join additional parties.

I ask for this extension because I am not a lawyer and English is not my first language, and so it is difficult for me to put together my amendment.

This is my first request for an extension.

I have conferred with opposing counsel about this request for an extension. Opposing counsel did not respond.

I thank the court in advance for its consideration.

Respectfully submitted，

Xiamin Zeng, Pro se Plaintiff
929-250-4690
amyzane77@gmail.com