The undersigned claimant therefore presents this claim for adjustment and payment.

Dated: New York, New York
December 17, 2018

_____
XIAMIN ZENG

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK,      :
                        :ss.
COUNTY OF NEW YORK      :

XIAMIN ZENG being duly sworn, deposes and says that deponent is the claimant in the within action; that she has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

_____
XIAMIN ZENG

Sworn to before me this
17th day of December 2018

_____
NOTARY PUBLIC

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006
2018