

THE CITY OF NEW YORK

**JAMES E. JOHNSON**
*Corporation Counsel*

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**STEPHANIE DE ANGELIS**
*Assistant Corporation Counsel*
Phone: (212) 356-3513
Fax: (212) 356-3509
Email: sdeangel@law.nyc.gov

September 30, 2020

**BY ECF**
Judge Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      <u>Zeng v. Chell, et al.</u>,
                  19-CV-3218 (JGK)

Dear Judge Parker:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. In that capacity, and pursuant to the telephonic status conference held on September 23, 2020 before Your Honor, the undersigned writes to provide the Court and plaintiff, the following services addresses for the following defendants:

- Erlene Wiltshire
  1 Police Plaza
  Room 110C
  New York, NY 10038

- Police Officer Irwin Luperon, Shield No. 27763
  New York Police Department 75th Precinct
  1000 Sutter Ave
  Brooklyn, NY 11208

2

Defendants thank the Court for its time and attention to this matter.

>Respectfully submitted,
>
>*Stephanie De Angelis* /s/
>Stephanie De Angelis
>Assistant Corporation Counsel

cc: <u>By E-MAIL</u>
Xiamin Zeng
*Plaintiff Pro Se*
110 Columbia Street
Apt. 1A
New York, NY 10002