**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Xiamin Zeng | 19CV3218 |
| DEFENDANT | TYPE OF PROCESS |
| Chell et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Erlene Wiltshire
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Police Plaza Room 110C New York, NY 10038

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Xiamin Zeng
110 Columbia Street
Apt. 1A
New York, NY 10002

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
AshleyAnderson
TELEPHONE NUMBER
DATE 10/5/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: P2
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: OCT 6 2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
DET. HALK. S

Date: 12/13/2020
Time: 10:01 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy #4508

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $73.00 | .46 | | $73.46 | | |

REMARKS:

OCT 7 2020  Set up for mail service

DEC 8 2020  Set up for PS

RECEIVED SDNY PRO SE OFFICE 2020 DEC 18 PM 3:01

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

19-3218-7

Form USM-285
Rev. 11/18