UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

XIAMIN ZENG *a/k/a* "AIMEE ZANE,

                                                    **NOTICE OF MOTION**

                                        Plaintiff,

- against -

                                                    19-CV-3218 (JGK) (KHP)

THE CITY OF NEW YORK, DETECTIVE DANIELLE
FEBUS [RANK FY2000], INSPECTOR JOHN CHELL,
DETECTIVE GARY DENEZZO [RANK FY2000],
SERGEANT GEORGE TAVERES (#5354), POLICE
OFFICER IRWIN LUPERON (SHIELD NO. 27763), *and*
POLICE OFFICER ERLENE WILTSHIRE (SHIELD NO.
#24340), *both in their individual and professional*
*capacities*,

                                        Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Assistant
Corporation Counsel Stephanie De Angelis, dated January 12, 2021, and the exhibits annexed
thereto; the accompanying Memorandum of Law; Local Civil Rule 12.1 Notice to Pro Se
Litigant Who Opposes a Rule 12 Motion to Dismiss; and upon all prior pleadings and
proceedings had herein, Defendants City of New York, Gary DeNezzo, Danielle Febus, Erlene
Wilshire and Irwin Luperon (hereinafter "Defendants") will move this Court before the
Honorable John G. Koeltl, United States District Judge, at the United States Courthouse for the
Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a
date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of
Civil Procedure, dismissing Plaintiff's Complaint against Defendants, with prejudice, and for
such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        January 12, 2021

                                        James E. Johnson
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants City of New York, Gary*
                                        *DeNezzo and Danielle Febus*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-3513


                                        *Stephanie De Angelis* /s
                                        Stephanie De Angelis
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

cc:     **BY FIRST CLASS MAIL**
        Xiamin Zeng
        110 Columbia Street
        Apt. 1A
        New York, NY 10002