

# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 075 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, Initial Arrests made | Complaint #: 2017-075-000627 | No Other Legacy Blue Versions | Complaint Revisions: View All Versions 0 1 |
|---|---|---|---|---|---|

**Occurrence Location:** INSIDE OF ███ APT: ███
**Name Of Premise:**
**Premises Type:** RESIDENCE - APT. HO
**Location Within Premise:**
**Visible By Patrol?:** NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

**Precinct:** 075
**Sector:** C
**Beat:**
**Post:**

**Occurrence From:** 2017-01-11 18:00 WEDNESDAY
**Occurrence thru:** 2017-01-11 19:10
**Reported:** 2017-01-13 14:43
**Complaint Received:** WALK-IN

Aided #
Accident #
O.C.C.B. #

**SEALED**                                                                                              **SEALED**

**Classification:** CRIM CONTEMPT (F)
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** FELONY
**PD Code:** 198   CRIMINAL CONTEMPT 1
**PL Section:** 21551
**Keycode:** 126   MISCELLANEOUS PENAL LAW

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** DETECTIVE ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:**
**Prints Requested?** NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? YES | Child in Common? NO | Intimate Relationship? YES | Officer Body Worn Camera: |

**SEALED**                                                                                              **SEALED**

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: -- | Damage by: | Method of Conveyance: |
| Entry Location: | Crime Prevention Survey Requested?: Complaint/Reporter | | Location of Pickup: |

| | Present?: | |
|---|---|---|
| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |

**NARRATIVE:**
AT TPO CV STATES HE RECEIVED A BLOCKED CALL. WHEN CV ANSWERED CALL HE HEARD AVOICE WHICH HE RECOGNIZED TO BE HIS EX-GIRLFRIEND. DEFT TOLD CV, "GIVE ME BACKMY CAMERA OR I WILL KILL YOU." CV THEN HUNG PHONE UP. CV POSSESS A VALID OOPDKT#0-00287-13 EXPIRING 2-16-17

Version 1. SYSTEM GENERATED

**SEALED**                                                                                                  **SEALED**

**No NYC TRANSIT Data for Complaint # 2017-075-000627**

**SEALED**                                                                                                  **SEALED**

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

**VICTIM: # 1 of 1**

Name: L██,G██
Complaint#: 2017-075-000627

- Nick/AKA/Maiden:
- UMOS: NO
- Sex/Type: MALE
- Race: ASIAN/PACIFIC
- Age: 57
- Date Of Birth: ███
- Disabled? NO
- Is this person not Proficient in English?:
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? NO
- Is Victim fearful for their safety / life? YES
- Escalating violence / abuse by suspect? YES
- Were prior DIR's prepared for C/V? YES

- Gang/Crew Affiliation:
- Name:
- Identifiers:
- Will View Photo:
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 766 LIBERTY AVENUE | BROOKLYN | NEW YORK | 11208 | 2R |

Phone #: HOME: Not Provided/Unavailable CELL: ███ BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable
E-MAIL: Not Provided/Unavailable

| Victim was: | Shot NO | Stabbed NO | Slashed NO |
|---|---|---|---|

**Actions Of Victim Prior To Incident:** NA

| Victim Of Similar Incident: | If Yes, When And Where |
|---|---|
| **SEALED** | **SEALED** |

**WANTED: # 1 of 1**

Name: ZENG, XIAMIN
Complaint#: 2017-075-000627
Arrested: NO

- Nick/AKA/Maiden:
- Sex: FEMALE
- Race: ASIAN/PAC.ISL
- Age: 36
- Date Of Birth: ███
- U.S. Citizen:
- Place Of Birth:
- Is this person not Proficient in English?:

- Height: 5FT04IN
- Weight: 100
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: SHORT
- Hair Style: UNKNOWN
- Skin Tone: UNKN
- Complexion: UNKNOWN

- Order Of Protection: YES
- Issuing Court: FAMILY COURT
- Docket #: 0-00287-13
- Expiration Date: 02/16/2017
- Order of Protection Violated? YES
- Does Suspect abuse Drugs / Alcohol? NO
- Suspect threatened /attempted: NO

| | |
|---|---|
| If Yes, Indicate Language: | suicide? |
| Accent: **NO**    S.S. #: **0** | Is the suspect Parole / Probation? **NO** |
| | Relation to Victim: **FRIEND/ACQUAINTANCE** |
| | Living together: **NO** |
| | Can be Identified: **YES** |
| | Gang/Crew Affiliation: |
| | Name: |
| | Identifiers: |

**LOCATION  ADDRESS  CITY  STATE/COUNTRY  ZIP  APT/ROOM  HOW LONG?  RES. PCT**

**Phone #:** HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident:    N.Y.C. Housing Employee:    On Duty:
Development:    N.Y.C. Transit Employee:

**Physical Force: THREATENED**

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | GIVE ME BACK MY CAMERA OR I WILL KILL YOU |
| MODUS OPERANDI | PERP MADE STATEMENT |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**SEALED**                                                                                     **SEALED**

**ARRESTS:**    Complaint # **2017-075-000627**

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| K18606959 | SEALED | ZENG, XIAMIN | FEMALE | ASIAN/PACIFIC | 36 | 01/31/2018 |

**SEALED**                                                                                     **SEALED**

**No IMEI Data for Complaint # 2017-075-000627**

**SEALED**                                                                                     **SEALED**

| | | | |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name: **POM LUPERON IRWIN** | Tax #: 941061 | Command: **075 PCT** | Rep.Agency: **NYPD** |
| Supervisor Approving Name: **SGT BOVE KIMBERLEY** | Tax #: 931555 | Command: **075 PCT** | Rep.Agency: **NYPD** |
| Complaint Report Entered By: **POF WILTSHIRE** | Tax #: 900725 | Command: **075 PCT** | Rep.Agency: **NYPD** |
| Signoff Supervisor Name: **SGT AYALA** | Tax #: 948015 | Command: **075 PCT** | Rep.Agency: **NYPD** |

**SEALED**  **SEALED**

**END OF COMPLAINT REPORT**
**# 2017-075-000627**

Print this Report