| ACTIVATE INVESTIGATION CARD | Crime/Condition<br>MISCELLANEOUS PENAL LAW | Command<br>075-75TH PRECINCT<br>Date of This Report<br>01/14/2017 |
|---|---|---|
| **Date of UF61**<br>01/13/2017 | **Complaint No.**<br>2017-075-00627 | **Date Case Assigned**<br>01/14/2017 | **Case No.**<br>2017 - 188 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>7 |

| Topic/Subject<br>(ACTIVATE INVESTIGATION CARD) ACTIVATE INVESTIGATION CARD | Activity Date<br>01/14/2017 | Activity Time<br>09:00 |
|---|---|---|

### Details

**Summary of Investigation:**
1. On January 14, 2017, at approximately 0900 hours I activated an I-Card on suspect Zeng, Xiamin 09/09/1981 (NYSID# 12493265Z)

### ICard

| Control No. | | IDS No.<br>I2017001795 | | | |
|---|---|---|---|---|---|
| **Last Name**<br>Zeng | **First Name**<br>Xiamin | | **M.I.** | **Aliases/Nicknames** | **NYSID No.**<br>12493265Z |
| **Last known address (Street, Apt, State, Zip)**<br>NYC 90-31 51 AVENUE Apt#2FL QUEENS, NY 11373 | | | | **Pct.**<br>110 | |
| **Sex**<br>FEMALE | **Race**<br>ASIAN/PAC.ISL | **Date of Birth** | **Social Security No.** | **Height**<br>5-4 | **Weight**<br>140 | **Hair Color**<br>BROWN | **Eye Color**<br>BROWN |
| **Sought As**<br>PERPETRATOR - PROBABLE CAUSE TO ARREST | | **Precautions to be Observed** | | **Other** | |
| **Domestic Violence?**<br>Yes | **Misd**<br>No | | | **Felony**<br>Yes | |
| **EDP/Psych History (If Yes Explain in Specific Instructions for Officers):** | | | | | |
| **Law Title**<br>PL | **Law Section**<br>PL 215 | BRIBING A WITNESS | | **Law Code/Description**<br>PL 215.51 | F | E | 1 | | |
| **Attempt**<br>NO | **Type**<br>F | | **Class**<br>E | | **Count**<br>1 |
| **Additional Information Regarding Subject (e.g. Friends, Relatives, Phone Numbers, Additional Addresses)**<br>N/A | | | | | |
| **Additional Descriptive Information (Tattoos, Piercings, Facial Hair, Eyewear)**<br>N/A | | | | | |
| **Specific Instructions For Apprehending Officers:**<br>N/A | | | | | |

### Required Computer Checks

| | Active Warrant | Notified TaxId | Name | Rank | Cmd |
|---|---|---|---|---|---|
| **DALL Checked**<br>NO | NO | | | | |
| **EJustice Checked**<br>NO | Active Warrant<br>NO | Notified TaxId | Name | Rank | Cmd |
| **NYSID Checked**<br>YES | Multiple Active NYSIDs<br>NO | Notified TaxId | Name | Rank | Cmd |