

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS:** SEALED | **Arrest ID:** K18606959 - R |
| **Arrest Location:** INSIDE OF 1000 SUTTER AVENUE | **Pct:** 075 |

**Arrest Date:** 01-31-2018   **Processing Type:** ON LINE   **Current Location of Perpetrator:**
**Time:** 19:00:00   **DCJS Fax Number:** KO005059   **Borough:** Brooklyn
**Sector:** B   **Special Event Code:** NO -   **Type:** ALL PD LOCATIONS
**Strip Search Conducted:** NO   **DAT Number:** 0   **Location:** 075 PRECINCT
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**COMPLAINTS:**   **Arrest #:** K18606959

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2017-075-00627 | 2017-01-13 | Valid, Initial Arrests made | 2017-01-11 | 18:00 |

SEALED   SEALED

**CHARGES:**   **Arrest #:** K18606959

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 215.51 | F | E | 1 | CRIMINAL CONTEMPT-1ST |

| How Arrest came about: | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: |
| Role: IDTU Technician | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

SEALED   SEALED

**DETAILS:**   **Arrest #:** K18606959

AT TPO DEFT WAS ARRESTED IN REGARDS TO 61 #---2017-075-00627.

SEALED   SEALED

**DEFENDANT:** ZENG, XIAMIN   **NYSID #:** 13650130N   **Arrest #:** K18606959

Nick/AKA/Maiden:   **Height:** 5FT 4IN   **Order Of Protection:** YES
**Sex:** FEMALE   **Weight:** 100   **Issuing Court:** FAMILY COURT
**Race:** ASIAN/PAC.ISL   **Eye Color:** BROWN   **Docket #:** Q-00287-13
**Age:** 36   **Hair Color:** BROWN   **Expiration Date:** 02/16/2017

| | | |
|---|---|---|
| Date Of Birth: ███ | Hair Length: **NORMAL** | Relation to Victim: **BOYFRIEND** |
| U.S. Citizen: **NO** | Hair Style: **CLOSE CUT** | Living together: |
| Place Of Birth: **NEW YORK** | Skin Tone: **MEDIUM** | Can be Identified: **YES** |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | |
| If Yes, Indicate Language: | | |
| Accent: **NO** | Soc.Security #: | Gang/Crew Affiliation: **NO** |
| | Occupation: **NONE** | Name: |
| Identification ID: **None** | | Identifiers: |
| Identification #: | | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | |
| Drug Used: **NONE** | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 110 COLUMBIA STREET | MANHATTAN | NEW YORK | | 1A | 007 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: **YES**   N.Y.C. Housing Employee: **NO**   On Duty: **NO**
Development: **BARUCH**   N.Y.C. Transit Employee: **NO**

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: **NONE**   Make:   Recovered:
Non-Firearm Weapon:   Color:   Serial Number Defaced:
Other Weapon Description:   Caliber:   Serial Number:
Type:
Discharged: **NO**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**SEALED**                                                                                      **SEALED**

**JUVENILE DATA:**                                              Arrest #: **K18606959**

Relative Notified:   Personal Recog:
Number Of Priors: **0**   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

**SEALED**                                                                                      **SEALED**

| ASSOCIATED ARRESTS: | | | Arrest #: **K18606959** |
|---|---|---|---|
| ARREST ID   COMPLAINT # | | | |
| SEALED | | | SEALED |

**No Vehicles for Arrest #**

| SEALED | | | SEALED |
|---|---|---|---|
| **DEFENDANTS CALLS:** | | | Arrest #: **K18606959** |
| CALL #   NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP   CALL COMPLETED |
| 1    -- | REFUSED,REFUSED | REFUSED | NO |
| SEALED | | | SEALED |
| **INVOICES:** | | | Arrest #: **K18606959** |
| INVOICE#   COMMAND   PROPERTY TYPE   VALUE | | | |
| SEALED | | | SEALED |
| **ARREST RULES:** | | | Arrest #: **K18606959** |
| SEALED | | | SEALED |

**ARRESTING OFFICER: DT2 GARY DENEZZO**   Arrest #: **K18606959**

| Tax Number: **891444** | On Duty: **YES** | Force Used: **NO** |
|---|---|---|
| Other ID (non-NYPD): **891444** | In Uniform: **NO** | Type: |
| Shield: **5949** | Squad: **1** | Reason: |
| Department: **NYPD** | Chart: **08** | Officer Injured: **NO** |
| Command: **296** | Primary Assignment: **INVESTIGATIVE** | Officer Body Worn Camera: **NO** |
| | | TRI Number: **0000-000-00000** Suffix: **0** |

| SEALED | | | SEALED |
|---|---|---|---|
| Arresting Officer Name: **DT2 DENEZZO, GARY** | Tax #: **891444** | Command: **296** | Agency: **NYPD** |
| Supervisor Approving: **SGT TAVARES GEORGE** | Tax #: **931301** | Command: **296** | Agency: **NYPD** |
| Report Entered by: **DT2 DENEZZO, GARY** | Tax #: **891444** | Command: **296** | Agency: **NYPD** |

**END OF ARREST REPORT**
**K18606959**