```
 1
 2    50-h HEARING
      ------------------------------------------X
 3    In the Matter of the Claim of
      XIAMIN ZENG,
 4                                   CLAIMANT,

 5             -against-

 6    THE CITY OF NEW YORK,
                                     RESPONDENT.
 7    ------------------------------------------X
      Claim No.:  2018PI035819
 8

 9                    DATE:  February 27, 2019

10                    TIME:  10:50 a.m.

11

12          50-h Hearing of XIAMIN ZENG, the

13    Claimant in the above-entitled matter,

14    pursuant to Statute, held at the offices of

15    Jeffrey Samel & Partners, 150 Broadway,

16    16th Floor, New York, New York 10038,

17    before Gloria Anselm, a Notary Public of

18    the State of New York.

19

20

21

22

23

24

25
```

```
 1                      ZENG
 2   manacled?
 3        A.    I asked, but nobody answered
 4   me.
 5        Q.    What did you ask?  What was
 6   your complaint?
 7        A.    I asked in simple English why
 8   you arrest me and I also speak in Chinese
 9   too.
10        Q.    At some point while you were at
11   the criminal court, did you appear before a
12   judge?
13        A.    Yes.
14        Q.    Were you told of any charge at
15   that time?
16        A.    I don't understand my charges,
17   but I understand a little bit that they
18   said that I called my husband, my
19   ex-husband, saying that will kill you or
20   something.
21        Q.    And after you appeared before
22   the judge, were you then released or was
23   something else done?
24        A.    Then they released me.
25        Q.    When you appeared before the
```