January 25, 2021

Hon. John G. Koeltl
Hon. Katharine H. Parker
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Zeng v. Chell et al; 1:19-cv-03218-JGK-KHP
             Extension Request

Dear Judge Koeltl and Judge Parker,

I am writing to respectfully request an extension of time from original due date: January 26, 2021 to new deadline: March 9, 2021 to respond to defendants' motions to dismiss.

I ask for this extension again because I have just contacted an attorney that he wants to review the case, before a decision is made as to whether the attorney will represent me in this case.

This is my request for an extension again.

I have conferred with opposing counsel about this request for an extension and she hasn't responded.

I thank the court in advance for its consideration.

Sincerely,

Xiamin Zeng
929-250-4690
amyzane77@gmail.com