# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

Hon. John G. Koeltl
Hon. Katharine H. Parker
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Zeng v. Chell et al; 1:19-cv-03218-JGK-KHP
      Extension Request

Dear Judge Koeltl and Judge Parker:

I am writing to respectfully request that you grant me an extension on the January 26, 2021 deadline to respond to defendants' motions to dismiss. This is my first request for an extension on this deadline. I need this additional time because I am not a lawyer and English is not my first language, and so it is difficult for me to put together my response.
I propose a new deadline of March 9, 2021, and a new deadline for the defendants to file their reply of March 23, 2021. I have emailed opposing counsel regarding this extension request and she has consented to a two week extension until February 9, 2021.

Thank you for your time and consideration. Please do not hesitate to contact me directly.

Sincerely,

Xiamin Zeng
929-250-4690
amyzane77@gmail.com
110 Columbia Street, Apt. 1A
New York, NY 10002

**Plaintiff's deadline to oppose Defendant's motion to dismiss at ECF No. 53 is hereby extended to March 9, 2021. Defendant's deadline to reply is extended to March 23, 2021. The Clerk of Court is kindly directed to mail a copy of this Order to Plaintiff.**

SO ORDERED:

_Katharine H. Parker_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

01/25/2021