UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                              Plaintiff,

     -against-

JOHN CHELL, et al.,

                              Defendants.

SCHEDULING ORDER

19-CV-3218 (JGK) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Court is in receipt of the pro se Plaintiff's letter at ECF No. 58, dated January 25, 2021, in which Plaintiff requests an extension of time to oppose Defendants' motion to dismiss in order to potentially obtain counsel. The Court granted Plaintiff's identical application, made on January 21, 2021 at ECF No. 57, for this same relief. (ECF No. 59.) Therefore, Plaintiff's request at ECF No. 58 is moot. Plaintiff has until March 9, 2021 to oppose the Defendants' motion to dismiss whether or not she obtains counsel.

      The Court is also in receipt of Defendants' letter motion at ECF No. 60 requesting an extension of the discovery deadline to 30 days after the resolution of their motion to dismiss at ECF No. 53. Defendants' request is GRANTED.

      **The Clerk of Court is kindly directed to mail a copy of this order to Plaintiff.**

**SO ORDERED**.

Dated: New York, New York
       January 29, 2021

1

_____
KATHARINE H. PARKER
United States Magistrate Judge

2