UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

XIAMIN ZENG,

                              Plaintiff,        **NOTICE OF APPEARANCE**

      -against-

INSPECTOR JOHN CHELL, et al.,               19-CV-03218 (JGK) (KHP)

                            Defendants.

------------------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **CHRISTOPHER D. DELUCA**, Senior Counsel, hereby appears as counsel of record on behalf of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants City of New York, Gary DeNezzo, Danielle Febus, Irwin Luperon, and Erlene Wiltshire.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          March 10, 2021

                                            JAMES E. JOHNSON
                                            Corporation Counsel
                                            of the City of New York
                                            *Attorney for Defendants City of New York, Gary DeNezzo, Danielle Febus, Irwin Lupero, and Erlene Wiltshire*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-3535
                                            cdeLuca@law.nyc.gov

                                By:     /s/
                                            Christopher D. DeLuca
                                            Senior Counsel
                                            Special Federal Litigation Division

cc: <u>VIA FIRST CLASS MAIL</u>
Xiamin Zeng
Plaintiff Pro Se
110 Columbia Street
Apt. 1A
New York, New York 10002