

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **JAMES E. JOHNSON** | 100 CHURCH STREET | **CHRISTOPHER DELUCA** |
| *Corporation Counsel* | NEW YORK, NEW YORK 10007 | *Senior Counsel* |
| | | Phone: (212) 356-3513 |
| | | Fax: (212) 356-3509 |
| | | cdeLuca@law.nyc.gov |

March 23, 2021

**BY ECF**
Judge John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  <u>Xiamin Zeng v. City of New York, et al.</u>
       19-CV-3218 (JGK) (KHP)

Your Honor:

  Pursuant to Honor's Individual Practices, I write to certify that defendants' Memorandum of Law in Support of their Motion to Dismiss contains a word count of 6,860 words and defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss contains a word count of 2,718 words not including the Table of Contents and Table of Authorities. This letter is to further certify that defendants' papers comply with the rest of Your Honor's formatting rules.

                Respectfully submitted,

                Christopher D. DeLuca
                Senior Counsel

cc: <u>By ECF</u>
   Xiamin Zeng
   *Plaintiff Pro Se*
   110 Columbia Street
   Apt. 1A
   New York, NY 10002