June 1, 2021

Hon. John G. Koeltl

Hon. Katharine H. Parker

United States District Judge

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

Re: **Zeng v. Chell et al; 1:19-cv-03218-JGK- KHP**

**Extension Request**

Dear Judge Koeltl and Judge Parker:

I am writing to respectfully request that you grant me an extension on the June 7, 2021 deadline to file the 2nd amended complaint. This is my first request for an extension on this deadline. I need this additional time because I am not a lawyer and English is not my first language, and so it is difficult for me to put together my response.

I propose a new deadline of June 21, 2021, and a new deadline for the defendants to file their reply of July 21, 2021. I have emailed opposing counsel regarding this extension request.

Thank you for your time and consideration. Please do not hesitate to contact me directly.

Sincerely,

Xiamin Zeng

amyzane77@gmail.com

110 Columbia Street, Apt. 1A

New York, NY 10002