UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XIAMIN ZENG,

                Plaintiff,

                                                                       19 civ 3218 (JGK)

        -against-

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

## ORDER

      A conference will be held on **Thursday, July 1, 2021, at 3:00pm.** Dial-in: 888 363-4749, with access code 8140049.

      The clerk shall close docket entry 69 as a letter motion.

**SO ORDERED.**

                                                                   **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          June 21, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021