# DEFENDANTS' EXHIBIT B



# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 075 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, Initial Arrests made | Complaint #: 2017-075-000627 | No Other Legacy Blue Versions | Complaint Revisions: View All Versions 0 1 |
|---|---|---|---|---|---|

**Occurrence Location:** INSIDE OF ▉ APT: ▉
**Name Of Premise:**
**Premises Type:** RESIDENCE - APT. HO
**Location Within Premise:**
**Visible By Patrol?:** NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

**Precinct:** 075
**Sector:** C
**Beat:**
**Post:**

**Occurrence From:** 2017-01-11  18:00  WEDNESDAY
**Occurrence thru:** 2017-01-11  19:10
**Reported:** 2017-01-13  14:43
**Complaint Received:** WALK-IN

**Aided #**
**Accident #**
**O.C.C.B. #**

**SEALED**  **SEALED**

**Classification:** CRIM CONTEMPT (F)
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** FELONY
**PD Code:** 198   CRIMINAL CONTEMPT 1
**PL Section:** 21551
**Keycode:** 126   MISCELLANEOUS PENAL LAW

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** DETECTIVE ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:**
**Prints Requested?** NO

| Is This Related To Stop And Frisk Report: NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? YES | Child in Common? NO | Intimate Relationship? YES | Officer Body Worn Camera: |

**SEALED**  **SEALED**

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: -- | Damage by: | Method of Conveyance: |
| Entry Location: | Crime Prevention Survey Requested?: Complaint/Reporter | | Location of Pickup: |

| | Present?: | |
|---|---|---|
| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used) : |

| NARRATIVE: |
|---|
| AT TPO CV STATES HE RECEIVED A BLOCKED CALL. WHEN CV ANSWERED CALL HE HEARD AVOICE WHICH HE RECOGNIZED TO BE HIS EX-GIRLFRIEND. DEFT TOLD CV, "GIVE ME BACKMY CAMERA OR I WILL KILL YOU." CV THEN HUNG PHONE UP. CV POSSESS A VALID OOPDKT#0-00287-13 EXPIRING 2-16-17 |
| Version 1. SYSTEM GENERATED |

| SEALED | | SEALED |
|---|---|---|

**No NYC TRANSIT Data for Complaint # 2017-075-000627**

| SEALED | | SEALED |
|---|---|---|

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

### VICTIM: # 1 of 1

Name: L██,G██
Complaint#: 2017-075-000627

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: |
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: ASIAN/PACIFIC | |
| Age: 57 | |
| Date Of Birth: ███ | |
| Disabled? NO | Will View Photo: |
| Is this person not Proficient in English?: | Will Prosecute: YES |
| If Yes, Indicate Language: | Notified Of Crime Victim Comp. Law: NO |
| N.Y.C.H.A Resident? NO | |
| Is Victim fearful for their safety / life? YES | |
| Escalating violence / abuse by suspect? YES | |
| Were prior DIR's prepared for C/V? YES | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 766 LIBERTY AVENUE | BROOKLYN | NEW YORK | 11208 | 2R |

Phone #: HOME: Not Provided/Unavailable CELL: ████ BUSINESS: Not Provided/Unavailable BEEPER: Not Provided/Unavailable
E-MAIL: Not Provided/Unavailable

| Victim was: | Shot NO | Stabbed NO | Slashed NO |
|---|---|---|---|

Actions Of Victim Prior To Incident:
NA

| Victim Of Similar Incident: | If Yes, When And Where |
|---|---|
| SEALED | SEALED |

### WANTED: # 1 of 1

Name: ZENG, XIAMIN
Complaint#: 2017-075-000627
Arrested: NO

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT04IN | Order Of Protection: YES |
| Sex: FEMALE | Weight: 100 | Issuing Court: FAMILY COURT |
| Race: ASIAN/PAC.ISL | Eye Color: BROWN | Docket #: 0-00287-13 |
| Age: 36 | Hair Color: BLACK | Expiration Date: 02/16/2017 |
| Date Of Birth: ███ | Hair Length: SHORT | Order of Protection Violated? YES |
| U.S. Citizen: | Hair Style: UNKNOWN | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | Skin Tone: UNKN | |
| Is this person not Proficient in English?: | Complexion: UNKNOWN | Suspect threatened /attempted NO |

| | | |
|---|---|---|
| **If Yes, Indicate Language:** | | **suicide?** |
| Accent: **NO** | S.S. #: **0** | Is the suspect Parole / Probation? **NO** |
| | | Relation to Victim: **FRIEND/ACQUAINTANCE** |
| | | Living together: **NO** |
| | | Can be Identified: **YES** |
| | | **Gang/Crew Affiliation:** |
| | | Name: |
| | | Identifiers: |

**LOCATION   ADDRESS   CITY   STATE/COUNTRY   ZIP   APT/ROOM   HOW LONG?   RES. PCT**

**Phone #:** HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

**N.Y.C.H.A. Resident:**   N.Y.C. Housing Employee:   On Duty:
**Development:**   N.Y.C. Transit Employee:

**Physical Force: THREATENED**

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | GIVE ME BACK MY CAMERA OR I WILL KILL YOU |
| MODUS OPERANDI | PERP MADE STATEMENT |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**SEALED**                                                                                   **SEALED**

**ARRESTS:**                                        Complaint # **2017-075-000627**

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| K18606959 | SEALED | ZENG, XIAMIN | FEMALE | ASIAN/PACIFIC | 36 | 01/31/2018 |

**SEALED**                                                                                   **SEALED**

**No IMEI Data for Complaint # 2017-075-000627**

**SEALED**                                                                                   **SEALED**

| Reporting/Investigating M.O.S. Name: **POM LUPERON IRWIN** | Tax #: **941061** | Command: **075 PCT** | Rep.Agency: **NYPD** |
|---|---|---|---|
| Supervisor Approving Name: **SGT BOVE KIMBERLEY** | Tax #: **931555** | Command: **075 PCT** | Rep.Agency: **NYPD** |
| Complaint Report Entered By: **POF WILTSHIRE** | Tax #: **900725** | Command: **075 PCT** | Rep.Agency: **NYPD** |
| Signoff Supervisor Name: **SGT AYALA** | Tax #: **948015** | Command: **075 PCT** | Rep.Agency: **NYPD** |

**SEALED**  **SEALED**

END OF COMPLAINT REPORT
# 2017-075-000627

Print this Report