# DEFENDANTS' EXHIBIT C

| | ACTIVATE INVESTIGATION CARD | Crime/Condition<br>MISCELLANEOUS PENAL LAW | Command<br>075-75TH PRECINCT<br>Date of This Report<br>01/14/2017 |
|---|---|---|---|
| Date of UF61<br>01/13/2017 | Complaint No.<br>2017-075-00627 | Date Case Assigned<br>01/14/2017 | Case No.<br>2017 - 188 | Unit Reporting<br>SQUAD | Follow-Up No.<br>7 |

| Topic/Subject<br>(ACTIVATE INVESTIGATION CARD) ACTIVATE INVESTIGATION CARD | Activity Date<br>01/14/2017 | Activity Time<br>09:00 |
|---|---|---|

**Details**

Summary of Investigation:
1. On January 14, 2017, at approximately 0900 hours I activated an I-Card on suspect Zeng, Xiamin 09/09/1981 (NYSID# 12493265Z)

**ICard**

| Control No. | | IDS No.<br>I2017001795 | | | |
|---|---|---|---|---|---|
| Last Name<br>Zeng | First Name<br>Xiamin | | M.I. | Aliases/Nicknames | NYSID No.<br>12493265Z |
| Last known address (Street, Apt, State, Zip)<br>NYC 90-31 51 AVENUE Apt#2FL QUEENS, NY 11373 | | | | Pct.<br>110 | |

| Sex<br>FEMALE | Race<br>ASIAN/PAC.ISL | Date of Birth | Social Security No. | Height<br>5-4 | Weight<br>140 | Hair Color<br>BROWN | Eye Color<br>BROWN |
|---|---|---|---|---|---|---|---|
| Sought As<br>PERPETRATOR - PROBABLE CAUSE TO ARREST | | Precautions to be Observed | | Other | | | |
| Domestic Violence?<br>Yes | | Misd<br>No | | Felony<br>Yes | | | |

EDP/Psych History (If Yes Explain in Specific Instructions for Officers):

| Law Title<br>PL | Law Section<br>PL 215 | BRIBING A WITNESS | Law Code/Description<br>PL 215.51 | F | E | 1 |
|---|---|---|
| Attempt<br>NO | Type<br>F | Class<br>E | Count<br>1 |

Additional Information Regarding Subject (e.g. Friends, Relatives, Phone Numbers, Additional Addresses)
N/A

Additional Descriptive Information (Tattoos, Piercings, Facial Hair, Eyewear)
N/A

Specific Instructions For Apprehending Officers:
N/A

**Required Computer Checks**

| | Active Warrant | Notified TaxId | Name | Rank | Cmd |
|---|---|---|---|---|---|
| DALL Checked<br>NO | NO | | | | |
| EJustice Checked<br>NO | NO | | | | |
| NYSID Checked<br>YES | Multiple Active NYSIDs<br>NO | | | | |