# DEFENDANTS' EXHIBIT F

Fax Server

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

STATE OF NEW YORK
COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

v

XIAMIN ZENG

DETECTIVE GARY P DENEZZO SHIELD NO. 5949, OF 296 COMMAND SAYS THAT ON OR ABOUT JANUARY 11, 2017 AT APPROXIMATELY 06:00 PM AT 766 LIBERTY AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 215.51(B)(III) | CRIMINAL CONTEMPT IN THE FIRST DEGREE (DQO) |
| PL 215.51(B)(V) | CRIMINAL CONTEMPT IN THE FIRST DEGREE (DQO) |
| PL 215.50(3) | CRIMINAL CONTEMPT IN THE SECOND DEGREE |
| PL 240.30(1)(A) | AGGRAVATED HARASSMENT IN THE SECOND DEGREE |
| PL 240.26(1) | HARASSMENT IN THE SECOND DEGREE |

*DISM 4/4/18*

IN THAT THE DEFENDANT DID:

ENGAGE IN INTENTIONAL DISOBEDIENCE OR RESISTANCE TO THE LAWFUL PROCESS OR OTHER MANDATE OF A COURT; IN VIOLATION OF A DULY SERVED ORDER OF PROTECTION, OR SUCH ORDER OF WHICH THE DEFENDANT HAD ACTUAL KNOWLEDGE BECAUSE HE WAS PRESENT IN COURT WHEN SUCH ORDER WAS ISSUED, OR AN ORDER OF PROTECTION ISSUED BY A COURT OF COMPETENT JURISDICTION IN THIS OR ANOTHER STATE, TERRITORIAL OR TRIBAL JURISDICTION, INTENTIONALLY PLACE OR ATTEMPT TO PLACE A PERSON FOR WHOSE PROTECTION SUCH ORDER WAS ISSUED IN REASONABLE FEAR OF PHYSICAL INJURY, SERIOUS PHYSICAL INJURY OR DEATH BY COMMUNICATING OR CAUSING A COMMUNICATION TO BE INITIATED WITH SUCH PERSON BY MECHANICAL OR ELECTRONIC MEANS OR OTHERWISE, ANONYMOUSLY OR OTHERWISE, BY TELEPHONE, OR BY TELEGRAPH, MAIL OR ANY OTHER FORM OF WRITTEN COMMUNICATION; IN VIOLATION OF A DULY SERVED ORDER OF PROTECTION, OR SUCH ORDER OF WHICH THE DEFENDANT HAD ACTUAL KNOWLEDGE BECAUSE THE DEFENDANT WAS PRESENT IN COURT WHEN SUCH ORDER WAS ISSUED, OR AN ORDER OF PROTECTION ISSUED BY A COURT OF COMPETENT JURISDICTION IN THIS OR ANOTHER STATE, TERRITORIAL OR TRIBAL JURISDICTION, AND WITH INTENT TO HARASS, ANNOY, THREATEN OR ALARM A PERSON FOR WHOSE PROTECTION SUCH ORDER WAS ISSUED, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT OR ATTEMPT OR THREATEN TO DO THE SAME; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME; WITH INTENT TO HARASS ANOTHER PERSON, COMMUNICATES ANONYMOUSLY OR OTHERWISE, BY TELEPHONE, BY COMPUTER OR ANY OTHER ELECTRONIC MEANS, OR BY MAIL, OR BY TRANSMITTING OR DELIVERING ANY OTHER FORM OF COMMUNICATION, A THREAT TO CAUSE PHYSICAL HARM TO, OR UNLAWFUL HARM TO THE PROPERTY OF, SUCH PERSON, OR A MEMBER OF SUCH PERSON'S SAME FAMILY OR HOUSEHOLD AS DEFINED IN SUBDIVISION ONE OF SECTION 530.11 OF THE CRIMINAL PROCEDURE LAW, AND DID KNOW OR REASONABLY SHOULD HAVE KNOW THAT SUCH COMMUNICATION WILL CAUSE SUCH PERSON TO REASONABLY FEAR HARM TO SUCH PERSON'S PHYSICAL SAFETY OR PROPERTY, OR TO THE PHYSICAL SAFETY OR PROPERTY OF A MEMBER OF SUCH PERSON'S SAME FAMILY OR HOUSEHOLD.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY GANG LIU THAT, AT THE ABOVE TIME AND PLACE, THE INFORMANT DID RECEIVE A PHONE CALL FROM THE DEFENDANT IN WHICH THE DEFENDANT DID STATE IN SUM AND SUBSTANCE TO INFORMANT, GIVE ME MY CAMERA BACK OR I WILL KILL YOU.

DEPONENT IS FURTHER INFORMED BY INFORMANT THAT THE INFORMANT RECOGNIZED THE VOICE ON SAID PHONE CALL TO BE THE DEFENDANT'S VOICE.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE DESCRIBED ACTIONS CAUSED INFORMANT TO FEAR FURTHER PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

Printed 01/31/2018 21:18    K18606959    Arrested: 01/31/2018 19:00

Fax Server

DEPONENT STATES THAT THE ABOVE-DESCRIBED CONDUCT BY DEFENDANT WAS IN VIOLATION OF A QUEENS COUNTY LIMITED ORDER OF PROTECTION, ISSUED BY JUDGE KOENDERMAN UNDER DOCKET NUMBER O-00287-13 ON FEBRUARY 28, 2017, IN EFFECT UNTIL FEBRUARY 27, 2018, AND ORDERING DEFENDANT REFRAIN FROM ASSAULT, HARASSMENT, AGGRAVATED HARASSMENT, OR ANY CRIMINAL OFFENSE AGAINST INFORMANT.

DEPONENT FURTHER STATES THAT DEPONENT'S BASIS FOR BELIEVING THAT DEFENDANT HAD KNOWLEDGE OF THE ABOVE-DESCRIBED ORDER OF PROTECTION IS AS FOLLOWS: THAT THE ORDER IS ENDORSED "BOTH PARTIES IN COURT," IS ENDORSED "DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER."

*orally amended 4/4/18*

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

01/31/18
DATE                    SIGNATURE

Printed 01/31/2018 21:18    K18606959    Arrested: 01/31/2018 19:00