

| GEORGIA M. PESTANA<br>*Acting Corporation Counsel* | **The City of New York**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | CHRISTOPHER D. DELUCA<br>*Senior Counsel*<br>Phone: (212) 356-3535<br>Email: cdeLuca@law.nyc.gov |
|---|---|---|

July 16, 2021

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Xiamin Zeng v. City of New York, et al.,</u> 19-CV-3218 (JGK) (KGP)

Your Honor:

      Pursuant to Your Honor's Individual Practices, I write to certify that the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) contains 6,935 words. This letter is to certify that defendants' moving papers comply with the rest of Your Honor's formatting rules.

      Respectfully submitted,

      Christopher D. DeLuca
      *Senior Counsel*
      Special Federal Litigation Division

cc:    **VIA ECF**
      Xiamin Zeng
      Plaintiff *Pro Se*
      110 Columbia Street, Apt. 1A
      New York, New York 10002