UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

XIAMIN ZENG,

                                                            Plaintiff,

                          **NOTICE OF APPEARANCE**

           -against-

                                                            19-CV-03218 (JGK) (KHP)

INSPECTOR JOHN CHELL, et al.,

                                                       Defendants.

-----------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **JEFFREY F. FRANK**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York, Detectives Gary DeNezzo and Danielle Febus, and Police Officers Irwin Luperon and Erlene Wiltshire.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
           July 27, 2021

                                                   GEORGIA M. PESTANA
                                                   Acting Corporation Counsel of the
                                                   City of New York
                                                   *Attorney for Defendants City, DeNezzo,*
                                                   *Febus, Luperon, and Wiltshire*
                                                   100 Church Street, Room 3-154
                                                   New York, New York 10007
                                                   (212) 356-3541
                                                   jefrank@law.nyc.gov

                                   By:    */s/ Jeffrey Frank*
                                              Jeffrey F. Frank
                                              *Assistant Corporation Counsel*

To:    **VIA ECF**
        Xiamin Zeng
        Plaintiff *Pro Se*
        110 Columbia Street, Apt. 1A
        New York, New York 10002