August 5, 2021

Hon. John G. Koeltl
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **Zeng v. Chell et al; 1:19-cv-03218-JGK-KHP**
      **Extension Request**

Dear Judge Koeltl and Judge Parker:

I am writing to respectfully request that you grant me an extension on the August 13, 2021 deadline to respond to defendants' motions to dismiss. This is my first request for an extension on this deadline. I need this additional time because I am not a lawyer and English is not my first language, and so it is difficult for me to put together my response.

I propose a new deadline of September 10, 2021, and a new deadline for the defendants to file their reply of October 1, 2021. I have emailed opposing counsels' regarding this extension request and I haven't heard back from them yet.

Thank you for your time and consideration. Please do not hesitate to contact me directly.

Sincerely,

Xiamin Zeng
Plaintiff *Pro se*
110 Columbia Street, Apt. 1A
New York, NY 10002
E: amyzane77@gmail.com

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

8/6/21