UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

XIAMIN ZENG *a/k/a* "AIMEE ZANE,

                                   Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE DANIELLE FEBUS [RANK FY2000], INSPECTOR JOHN CHELL, DETECTIVE GARY DENEZZO [RANK FY2000], SERGEANT GEORGE TAVERES (#5354), POLICE OFFICER IRWIN LUPERON (SHIELD NO. 27763), POLICE OFFICER ERLENE WILTSHIRE (SHIELD NO. #24340), *and* POLICE OFFICER CHRISTOPHER ROBLEY (#23263), *both in their individual and professional capacities*,

                                   Defendants.

------------------------------------------------------------------------ X

**DECLARATION OF JEFFREY F. FRANK, IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

19-CV-3218 (JGK) (KHP)

       **JEFFREY F. FRANK**, an attorney duly admitted to practice in the State of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and the attorney representing Defendants City of New York, Gary DeNezzo, Danielle Febus, Erlene Wiltshire, and Irwin Luperon (hereinafter "Defendants") in the above-referenced action. As such, I am familiar with the facts stated below and submit this declaration to place the relevant document on the record in further support of Defendants' Motion to Dismiss the Second Amended Complaint.

       2.    Annexed hereto as Exhibit "H" is a true and accurate copy of Defendant's Third Supplemental Disclosures Pursuant to Section 5(A) of the Plan for Certain § 1983 Cases,

dated November 22, 2019, pursuant to which plaintiff learned that Police Officer Christopher Robley prepared NYPD Active Investigation Card for Complaint No. 2017-075-00627 — a copy of which plaintiff attached as Exhibit "B" to the Second Amended Complaint, Docket Entry No. 68, at page 43.

Dated:   New York, New York
         October 1, 2021

                                      GEORGIA M. PESTANA
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendants City of New York, Gary DeNezzo, Danielle Febus, Erlene Wiltshire, and Irwin Luperon*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-3541

                                        _/s/ Jeffrey Frank_
                                        Jeffrey F. Frank
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

cc:   **VIA ECF**
      Xiamin Zeng
      Plaintiff *Pro Se*
      110 Columbia Street, Apt. 1A
      New York, New York 10002