# DEFENDANTS' EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

XIAMIN ZENG,

                              Plaintiff,

-against-

JOHN CHELL, IN HIS INDIVIDUAL CAPACITY,
DAVID HANSELL, IN HIS INDIVIDUAL
CAPACITY, GARY DENEZZO, ET. AL.,

                              Defendants.
------------------------------------------------------------------x

**THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO SECTION 5(A) OF THE PLAN FOR CERTAIN § 1983 CASES**

19-CV-3218 (JGK)

With regard to the above-referenced matter defendants City of New York, Danielle Febus, Gary DeNezzo and Diego Andrianzan, by their attorney, James E. Johnson, Corporation Counsel of the City of New York, pursuant to the Southern District of New York's § 1983 Plan, hereby further supplement their limited discovery, dated September 9, 2019, as well as their supplemental disclosures, dated September 16, 2019, and second supplemental disclosures, dated October 29, 2019 to identify the following documents, which are enclosed herein, and upon which defendants may rely in support of their defenses:

- 2 -

- Active Investigation Card for Complaint No. 2017-075-00627 bearing Bates Nos. DEF00228 – DEF00230.

Dated: New York, New York
November 22, 2019

                                            JAMES E. JOHNSON
                                            Corporation Counsel
                                            of the City of New York
                                            *Attorney for Defendants*
                                            100 Church Street, Rm. 3-202
                                            New York, New York 10007
                                            (212) 356-3513

                                            By:     /s/ Stephanie De Angelis
                                            Stephanie De Angelis
                                            Assistant Corporation Counsel

**TO:**   **BY EMAIL and FIRST CLASS MAIL**
        Edgar Mikel Rivera
        *Attorney for Plaintiff*
        The Harman Firm, LLP
        381 Park Avenue South
        Ste 1220
        New York, NY 10016