

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

October 1, 2021

**BY ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    <u>Xiamin Zeng v. City of New York, et al.,</u> 19-CV-3218 (JGK) (KGP)

Your Honor:

       Pursuant to Your Honor's Individual Practices, I write to certify that the Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) contains 2,738 words.  This letter is to certify that defendants' moving papers comply with the rest of Your Honor's formatting rules.

Respectfully submitted,

/s/ Jeffrey F. Frank
Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
       Xiamin Zeng
       Plaintiff *Pro Se*
       110 Columbia Street, Apt. 1A
       New York, New York 10002