UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XIAMIN ZENG,

                Plaintiff,

                                                                      19 civ 3218 (JGK)

        -against-

INSPECTOR JOHN CHELL, et al.,

                Defendants.
-----------------------------------------------------------X

## ORDER

The status conference scheduled for Tuesday, April 26, 2022, at 3:30pm, is **adjourned to Tuesday, May 3, 2022, at 4:30pm. Dial-in: 888 363-4749, with access code 8140049. The clerk is directed to mail a copy of this order to the plaintiff, and provide proof of service on the Court's docket.**

**SO ORDERED.**

                                                                                       JOHN G. KOELTL
                                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 21, 2022