UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

XIAMIN ZENG,
                 Plaintiff,          19-cv-3218 (JGK)

   - against -                ORDER

JOHN CHELL ET AL.,
                 Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the time to answer the Second Amended Complaint was 14 days after notice of the Court's disposition of the defendants' motion to dismiss, or March 17, 2022. See ECF No. 84. The time to answer the Second Amended Complaint is extended to **May 13, 2022**. The parties should file a Rule 26(f) report by **May 30, 2022**. The conference scheduled for May 3, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
         April 28, 2022

                                          John G. Koeltl
                                  United States District Judge