USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                  Plaintiff,

    -against-

JOHN CHELL, et al.,

                  Defendants.

**ORDER**

**19-CV-3218 (JGK) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the October 6, 2022 Case Management Conference, the deadline to complete discovery is extended to **Monday, November 7, 2022**.

Prior to November 7, 2022, Plaintiff shall make a settlement demand to Defendants. The parties shall file a joint letter on **November 7, 2022** informing the Court whether they would like to attend a settlement conference with the Undersigned.

**SO ORDERED**.

Dated: New York, New York
       October 7, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge