UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAMIN ZENG,                                          19-cv-3218 (JGK)

                Plaintiff,                ORDER

- against -

INSPECTOR JOHN CHELL, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion for summary judgment (see ECF No. 102) on **December 22, 2022**, at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           December 19, 2022

                                          John G. Koeltl
                                       United States District Judge