```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

XIAMIN ZENG,

                   Plaintiff,        19-cv-3218 (JGK)

  - against -                   ORDER

INSPECTOR JOHN CHELL, ET AL.,
                   Defendants.

**JOHN G. KOELTL, District Judge:**

    As discussed during yesterday's telephone conference, defendants City of New York, Detective Danielle Febus, and Police Officer Erlene Wiltshire (the "Moving Defendants") may move for summary judgment by **February 10, 2023,** the plaintiff may respond by **March 3, 2023,** and the Moving Defendants may reply by **March 17, 2023.**

SO ORDERED.

Dated:    New York, New York
          December 23, 2022

                                      John G. Koeltl
                              United States District Judge