

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

December 27, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Xiamin Zeng v. City of New York, et al.*,
            19 Civ. 3218 (JGK) (KHP)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Detective Danielle Febus, and Police Officer Erlene Wiltshire in the above-referenced matter.

    Pursuant to the Court's December 23, 2022 Order (Docket Entry No. 105), I write to provide the following service address.

        Detective Christopher Robley
        75th Precinct – Detective Squad
        1000 Sutter Avenue, 2nd Floor
        Brooklyn, New York 11208-3553

    Defendants thank the Court for its consideration of this matter.

                                          Respectfully submitted,

                                          Jeffrey F. Frank
                                          *Assistant Corporation Counsel*
                                          Special Federal Litigation Division

cc:    All Counsel (via ECF)