

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

February 6, 2023

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Xiamin Zeng v. City of New York, et al.*,
                 19 Civ. 3218 (JGK) (KHP)

Your Honor:

       I represent defendants City of New York, Detective Danielle Febus, and Police Officer Erlene Wiltshire in the above-referenced matter. With plaintiff's consent, defendants write to respectfully request an extension of the briefing schedule for defendants' motion for summary judgment by four (4) weeks. This is defendants' first request for an extension. It is necessitated by intervening deadlines and briefing schedules recently set in other matters handled by the undersigned. As such, defendants respectfully request that the Court extend the deadlines for:

- Defendants' motion, from February 10, 2023, until March 10, 2023;

- Plaintiff's opposition, from March 3, 2023, until March 31, 2023; and

- Defendants' reply, if any, from March 17, 2023, until April 14, 2023.

       Defendants thank the Court for its consideration of this matter.

                                                  Respectfully submitted,

                                                  /s/ Jeffrey Frank

                                                  Jeffrey F. Frank
                                                  *Assistant Corporation Counsel*
                                                  Special Federal Litigation Division

cc:      All Counsel (via ECF)