```
                                            Page 1
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   -----------------------------------------------------------X
     XIAMIN ZENG,
 3
                                    PLAINTIFF,
 4
 5                  -against-         Case No:
                                      19-CV-3218(JGK)(KHP)
 6
     THE CITY OF NEW YORK, DETECTIVE DANIELLE FEBUS,[RANK
 7   FY20000], INSPECTOR JOHN CHELL, DETECTIVE GARY DENEZZO
     [RANK FY20000], SERGEANT GEORGE TAVARES,(#5354), POLICE
 8   OFFICER IRWIN LUPERON (SHIELD NO #27763), POLICE OFFICER
     ERLENE WILTSHIRE (SHIELD NO. #24340), and POLICE OFFICER
 9   CHRISTOPHER ROBLEY (#23263), in both their individual and
     professional capacities,
10
                                    DEFENDANTS.
11   -----------------------------------------------------------X
12
13                       DATE: September 8, 2022
14                       TIME: 10:05 A.M
15
16
17            VIRTUAL DEPOSITION of the Plaintiff,
18   XIAMIN ZENG, taken by the Defendants, pursuant to a Court
19   Order and to the Federal Rules of Civil Procedure, held at
20   the above date and time, before Joanne Capparelli, a Notary
21   Public of the State of New York.
22
23
24
25
```

```
                                              Page 2
 1   A P P E A R A N C E S:

 2

 3   SIM & DEPAOLA, LLP
             Attorneys for Plaintiff
 4           XIAMIN ZENG
             42-40 Bell Boulevard
 5           Bayside, New York 11361
             BY: YUTING ZHANG, ESQ.
 6

 7

     HON. SYLVIA O. HINDS-RADIX
 8   CORPORATION COUNSEL
     NEW YORK CITY LAW DEPARTMENT
 9           Attorneys for Defendants
             THE CITY OF NEW YORK, DETECTIVE DANIELLE FEBUS
10           [RANK FY2000], POLICE OFFICER ERLENE WILTSHIRE
             (SHIELD NO #24340), in both their individual and
11           professional capacities
             100 Church Street
12           New York, New York 10007
             BY: JEFFREY FRANK, ESQ.
13           File #: 2019-032836
             Control #: 22-2217
14

     ALSO PRESENT
15

     SARAH CHIANG - Interpreter
16

17
                      *          *          *
18

19

20

21

22

23

24

25
```

1     F E D E R A L   S T I P U L A T I O N S

2

3

4         IT IS HEREBY STIPULATED AND AGREED by and between

5     the counsel for the respective parties herein that the

6     sealing, filing and certification of the within deposition

7     be waived; that the original of the deposition may be

8     signed and sworn to by the witness before anyone authorized

9     to administer an oath, with the same effect as if signed

10    before a Judge of the Court; that an unsigned copy of the

11    deposition may be used with the same force and effect as if

12    signed by the witness, 30 days after service of the

13    original & 1 copy of same upon counsel for the witness.

14

15        IT IS FURTHER STIPULATED AND AGREED that all

16    objections except as to form, are reserved to the time of

17    trial.

18

19              *    *    *    *

20

21

22

23

24

25

ZENG

Page 4

```
 1              THE REPORTER: Due to the need for this
 2         deposition to take place remotely because of the
 3         Government's order for social distancing, the
 4         parties will stipulate that the court reporter
 5         may swear in the witness over the phone/Veritext
 6         virtual videoconference and that the witness has
 7         verified that she is in fact Xiamin Zeng.
 8    S A R A H   C H I A N G, a Mandarin interpreter, solemnly
 9    swore to translate the following questions from English to
10    Mandarin and answers from Mandarin to English:
11    X I A M I N   Z E N G, called as a witness, having been
12    first duly sworn, through an interpreter, by a Notary
13    Public of the State of New York, was examined and testified
14    as follows:
15    EXAMINATION BY
16    MR. FRANK:
17         Q.    Please state your name for the record.
18         A.    Xiamin Zeng.
19         Q.    Good morning.  My name name is Jeffrey Frank. I
20    am an attorney for the City of New York. I represent
21    defendants City of New York, Detective Danielle Febus and
22    Police Officer Wiltshire.
23              Today I will be asking you questions regarding an
24    incident that occurred on January 31, 2018. Before we begin
25    the deposition I'm going to explain some basic guidelines
```

Page 20

1    Q.    To clarify, your psychiatrist is the one who told

2    you that -- who diagnosed the cause of your hearing loss?

3    A.    So he said that it was due to the mental issues

4    because I have experienced some -- like my brain was

5    lacking oxygen so I was locked out for a long period of

6    time and I have asthma.

7    Q.    When did you first start having asthma?

8    A.    When I was a teenager.

9    Q.    Do you remember around what age?  If not, it's

10   okay.

11   A.    About ten years old.

12   Q.    You are talking about loss of oxygen. Can you

13   describe what you are referring to?  Exactly what happened?

14   A.    Because I was kept at the Queens Criminal Court

15   police station along for -- for a long period of time. It

16   was -- it was in glass.

17   Q.    When you say in glass what do you mean?

18   A.    It was -- it was a space with -- made out of

19   glass with not a lot of air coming in.

20   Q.    Did you make any complaints that you were having

21   difficulty breathing when you were in that space?

22   A.    Yes.

23   Q.    Is the space you are referring to, was that a

24   holding cell?

25   A.    I don't know it's a public cell or investigation

```
                                              Page 21
 1   cell but it was with the police station I was held inside
 2   there.
 3        Q.     Do you know what police station that was?
 4        A.     Queens Child Abuse Squad.
 5        Q.     How long were you in that cell?
 6        A.     Six to seven hours.
 7        Q.     You said you complained that were you having
 8   difficulty breathing. Who did you complain to?
 9        A.     Police officer.
10        Q.     Do you know which police officer?
11        A.     Febus. One of the defendants.
12        Q.     Do you mean F-E-B-U-S, that defendant?
13        A.     Yes.
14        Q.     When you made a complaint what did Detective
15   Febus say in response?
16        A.     He ignoring on me.
17        Q.     Did you say he?
18        A.     Oh, it's a female.  Sorry. She ignored me.
19        Q.     She didn't say anything in response when you made
20   that complaint?
21        A.     That's right.
22               MR. FRANK: I'll get back to asking more
23          about the incident in a moment. I just want to
24          ask some other questions first.
25        Q.     We were talking about about unemployment
```

Page 44

1      A.      So after dropping my son off I stop by a

2  supermarket. Then I went home to do some house chore.

3      Q.      You said you received a call from Detective

4  Febus.

5              What was that call about?

6      A.      I was told that my son was at Queens Child Abuse

7  Squad and I told her to take my son back.

8      Q.      Back where?

9      A.      Go home. Send him home.

10     Q.      Did Detective Febus tell you why your son was at

11 the Queens Child Abuse Squad?

12     A.      She said it was because of the 17-CV-988 (sic).

13 It's for the investigation of that case.

14     Q.      Can you repeat that?

15     A.      To investigate that case.

16     Q.      Did she explain anything else why about your son

17 was there or was that it?

18     A.      No.  I was told to go -- to come over.

19     Q.      And you said you also got a text message.  Was

20 that before or after the phone call?

21     A.      After the phone call.  I'm not quite sure

22 exactly.

23     Q.      I'm going to show you what was already marked as

24 A, the second complaint in this case.  Give me a moment to

25 put that up on the screen.

ZENG

Page 45

1              Are you able to see the screen?

2       A.      Yes.

3       Q.      You can see the document clearly?

4       A.      Yes.

5       Q.      I'm going to -- again this is document number 68

6    on the docket for this case, the second amended complaint.

7    I'm going to go to page 45.  Can you tell what it says

8    there?

9       A.      Exhibit C.

10      Q.      I'm going to go to the next page, the last page

11   which is page 46. Do you recognize this document that was

12   attached to the second amended complaint?

13      A.      Yes.

14      Q.      Can you describe what this is?

15      A.      This is the text message that Febus sent it to

16   me.

17      Q.      Is this a screen shot from your cell phone

18      A.      Yes.

19      Q.      Does this appear to be a fair and accurate

20   representation of your text conversation with Detective

21   Febus?

22      A.      This is text message. I also had formal

23   conversation with her.

24      Q.      Did you reply to this text message from Detective

25   Febus at any point?

Page 46

```
 1      A.      I just told her over the phone to take my son

 2   back home.

 3      Q.      You said that call was around ten a.m.; right?

 4      A.      This message is around 11:00.

 5      Q.      I'm asking about the phone call.

 6      A.      It was either before or after.  Within a very

 7   short period of time.

 8      Q.      Can you read what this text message says?

 9      A.      Yeah. She said my son was at their care in their

10   care and they ask me to come take him.

11              MR. FRANK: I'm going to stop sharing the

12              exhibit now.

13      Q.      After receiving that text message and speaking

14   with Detective Febus on the phone what did you do next?

15      A.      I went to the place she indicated to pick up my

16   son.

17      Q.      When you had asked her to send your son home over

18   the phone what did she say in response?

19      A.      She say no. She insists that I went to pick my

20   son up.

21      Q.      Did she explain why?

22      A.      She said the reason why she took my son was

23   because they want to investigate 17-CV-988 case, my Federal

24   lawsuit.

25      Q.      I'm asking when you asked for her to bring your
```

ZENG

Page 47

1   son home and she said no, did she explain why she wouldn't
2   send your son home?
3       A.     She said because she's investigating the case
4   17-CV-988.
5       Q.     You said you went to the address she gave you.
6              Do you remember around what time you got there?
7       A.     Before 12:00. Around 12:00.
8       Q.     How did you get there from home?
9       A.     I took subway.
10      Q.     Do you remember which subway?
11      A.     I forgot. It was a long time ago.
12      Q.     Is that no, you don't remember?
13      A.     I don't recall.
14      Q.     The address she gave you was that for the Queens
15  Child Abuse Squad precinct?
16      A.     Yeah.
17      Q.     What happened when you arrived at the Queens
18  Child Abuse Squad around noon?
19      A.     I said I was looking for -- I had appointment
20  with Detective Febus and a male officer had me to wait in
21  the room.
22      Q.     Do you remember who that male officer was?
23      A.     I don't know the name.
24      Q.     Can you describe him at all?
25      A.     He is a tall big Caucasian man in his 40s.

Page 48

1     Q.     Do you recall what color hair?

2     A.     I don't recall.

3     Q.     That male officer told you to wait in a room?

4     A.     Yes.  I was waiting in a room and he closed the

5   door.

6     Q.     Did he tell you why he wanted you to wait in that

7   room?

8     A.     He said to wait for Detective Febus.

9     Q.     Did you know where Detective Febus was?  Did he

10  tell you that?

11    A.     No.

12    Q.     Were you in handcuffs at all at this point?

13    A.     No.

14    Q.     Were you able to --

15    A.     But I think I was locked inside of the room. The

16  lock was on.

17    Q.     Did you see the male officer lock the door?

18    A.     I heard the lock and I saw 30 minutes later he

19  did lock the door.

20    Q.     Did you try to open the door that he locked when

21  you were in this room?

22    A.     Yes, I did.

23    Q.     Were you able to?

24    A.     No.

25    Q.     Did you ask anyone to open the door to the room?

ZENG

1      A.      Yes. I asked for the police officer.

2      Q.      Is that the same male police officer you were

3  describing earlier?

4      A.      Yes.

5      Q.      What did he say in response, if anything?

6      A.      He asked me to wait.  He didn't say anything.

7      Q.      How long were you waiting in that room?

8      A.      Two to three hours.

9      Q.      Did you ask for anything else while were you in

10  that room?

11                  THE INTERPRETER:  Say that again.

12      Q.      Did you ask the officer for anything else while

13  you were in that room?

14      A.      I said I need to drink water and I need to go to

15  doctor's because on that day both my son and myself had a

16  doctor appointment.

17      Q.      When you said that were you saying that to the

18  same male officer again?

19      A.      Yeah. I was shouting very loud -- loudly.

20      Q.      What, if anything, did he say in response?

21      A.      He asked me to wait for Detective Febus and then

22  he just completely ignored me.

23      Q.      Were there any other officers around there at the

24  time that you saw?

25      A.      Yes.  There was two or three of them but I don't

ZENG

1    recall exactly.

2        Q.    Was Detective Febus one of those two or three

3    other officers you saw?

4        A.    Yes.  No.

5        Q.    You did not see Detective Febus while were you

6    waiting for those two or three hours in this room?

7        A.    That's right.

8        Q.    You said you didn't remember if it was two or

9    three officers. Do you remember if they were male or

10   female, what they looked like?

11       A.    The male, I don't recall exactly. They are male

12   and females.

13       Q.    Are any of those two or three officers named as

14   defendants in this case?

15       A.    No.

16       Q.    Do you know if that male officer who you were

17   talking to and who brought you to that room, is he named as

18   a defendant in it case?

19       A.    No.

20       Q.    Did there come a time when you did meet with

21   Detective Febus?

22            THE INTERPRETER: Say that again.

23       Q.    Did there come a time when you did meet with

24   Detective Febus?

25       A.    Yes.

ZENG

Page 51

1      Q.      Did she come to that room where you were?

2      A.      Yes.

3      Q.      Earlier, much earlier today you were talking

4   about a room where the walls were glass and you were having

5   difficulty breathing; is that the same room that we're

6   talking about now at the Queens Child Abuse Squad?

7      A.      Yes.

8      Q.      Did you tell that male officer or the other two

9   or three officers you mentioned that you were having

10  difficulty breathing during those two to three hours?

11     A.      Yes.

12     Q.      Do you recall what you said to them

13  approximately?

14     A.      I said -- I said I'm breathing harder and I have

15  asthma and I need to go to doctor.

16     Q.      What did they say in response?

17     A.      They said -- they asked me to wait, to wait for

18  the Detective Febus.

19     Q.      Have you ever been prescribed an inhaler for

20  asthma?

21     A.      I don't remember if I had that prescription at

22  that time.

23     Q.      At any point, not just that day, but at any point

24  have you ever been prescribed an inhaler?

25     A.      Yes.

ZENG

Page 52

```
1      Q.     Did you regularly bring your inhaler with you?
2      A.     No.  Did you mean that I was prescribed and I
3   bring it everywhere; is that your question?
4      Q.     I'm asking if you generally brought your inhaler
5   with you?
6      A.     Sometimes.
7      Q.     Why only sometimes?
8      A.     So if it's not -- the air is not very thin then
9   I'm fine but if there is a closed space then I have
10   breathing problem.
11      Q.     You would bring it with you if you knew you were
12   going to be in a closed space; is that correct?
13      A.     Yes.
14      Q.     Did you generally keep it in a purse or some
15   other kind of bag?
16      A.     Yes.
17      Q.     What kind of bag was it?
18      A.     Like a bag, shoulder bag that can hold my phone
19   and my keys.
20      Q.     Did you have that bag with you when you went to
21   the Queens Child Abuse Squad on January 31, 2018?
22      A.     Are you are asking me if I bring the medicine --
23   asthma medication with me or are you asking if I bring the
24   bag with me?
25      Q.     I'm asking just about the bag, yes.
```

ZENG

1      A.      Yes.

2      Q.      Also did you bring the asthma medicine on that

3   day?

4      A.      No.

5      Q.      Why not?

6      A.      I didn't know they would put me in the closed

7   space without a lot of air. I thought I would just pick up

8   my son and go home.

9      Q.      Do you generally bring your inhaler when you are

10  riding the subway?

11     A.      No.  No, I don't.

12     Q.      What kind of closed spaces would you need it

13  then?

14              THE INTERPRETER:  Say that again.

15     Q.      What kind of closed spaces would you need your

16  inhaler in?

17     A.      With improper quality and in a closed space for a

18  long time.

19     Q.      Going back to that room when Detective Febus

20  came, what did you two discuss, if anything?

21     A.      So the echo -- and also detectives Febus keep

22  asking me who initiated the case and why I want to sue ACS

23  and they also said a lot of people would be in trouble if I

24  sue them.

25     Q.      What did you say in response?

Page 54

1    A.    I didn't want to answer. I said if you want to

2    talk about this case it should be in the court not here.

3    Q.    What did they say when told them that?

4    A.    They ignore me. So I said I want to pick up my

5    son and I want to see my son and I said I have a doctor

6    appointment in the afternoon, I need to go to the doctor's.

7    Q.    What did they say when you told them that?

8    A.    They ignore me.

9    Q.    Did they say anything else to you other than

10   about the 17-CV-988-case?

11        THE INTERPRETER:  Say it again.

12   Q.    Did they ask you about anything else other than

13   the 17-CV-988 case?

14   A.    They didn't say anything else.

15   Q.    How long did the conversation last?

16   A.    About half an hour.  About half an hour to one

17   hour.

18   Q.    At this point were you in handcuffs?

19   A.    No.

20   Q.    Did you ask them to leave?

21   A.    I said I want to see my son and I also I want to

22   see my attorney and I was going to see a doctor and I keep

23   telling them I need to drink water, I need to use the

24   bathroom.  They ignore me.

25   Q.    Did they bring you water at any point when you

Page 55

1   were in that room?

2        A.      No.

3        Q.      When you were asking them this were you asking in

4   English?

5        A.      In the beginning they have interpreter and they

6   were directly speaking -- they spoke English to me.

7        Q.      Was the interpreter there earlier when you were

8   waiting for those two or three hours?

9        A.      It was.  After I wait for three hours Detective

10  Febus and also the -- and Andrianzan, the social worker,

11  and also the interpreter came to talk to me.

12       Q.      Before that when you were there for those two or

13  three hours waiting and you were talking to that male

14  officer were you making those requests in English?

15       A.      Yes.

16       Q.      You said the interpreter -- did the interpreter

17  leave at some point?

18       A.      Yes, the interpreter left.

19       Q.      Was that while Detective Febus and Diego

20  Andrianzan were still talking to you?

21       A.      They keep asking me the case and also they ask me

22  about my immigration status.

23       Q.      What I'm asking is when they were -- during that

24  whole conversation was the interpreter there the whole

25  time?

ZENG

1    A.      Yes.  They totally ignore me.

2    Q.      Why did they stop asking you questions after that

3    half hour to an hour; did they say?

4    A.      So after half an hour they left and they still

5    kept asking me about the case we were talking about.

6    Q.      And then why did they stop -- they stopped asking

7    you at some point. Did they say why they were going to stop

8    asking you questions?

9    A.      So I didn't want to answer. Then Detective Febus

10   smile and say to Diego saying this Chink didn't think that

11   we were detaining her.

12   Q.      Did she make that comment while she was still in

13   the room with you?

14   A.      Yes.

15   Q.      What happened after that?

16   A.      After that they all left. They went out.

17   Q.      Were you still in the room after they left?

18   A.      So after that they search my bag and then they

19   search my body. They push my head against the wall.

20   Q.      Who pushed your head against the wall?

21   A.      Detective Febus.

22   Q.      Did she say anything to you before she did that?

23   A.      No.

24   Q.      What were you doing before she pushed your head

25   against the wall?

ZENG

1     A.     I was sitting there to listen to their

2     conversation.

3     Q.     And did you get up at any point?

4     A.     I stood up.

5     Q.     That was before Detective Febus pushed your head

6     against the wall?

7     A.     I was sitting down and she drag me up off the

8     chair.

9     Q.     How did she drag you up out of the chair?

10    A.     I don't recall exactly.

11    Q.     What part of your body did she touch to drag you?

12    A.     My back and my arm.

13    Q.     What did she do to your back and arm?

14    A.     She dragged me, push me.

15    Q.     How far was the chair from the wall before this

16    happened, the chair where you were sitting?

17    A.     I don't recall.

18    Q.     You could approximate. Was it a couple feet or

19    five feet, ten feet, something like that?  Approximately

20    how far?

21    A.     Five feet.

22    Q.     When Detective Febus dragged you did she drag you

23    all the way from where the chair was to the wall chair?

24    A.     Yes.

25    Q.     What happened to the chair when she did that?

ZENG

1      A.      I don't recall.

2      Q.      Do you know if the chair fell over at any point?

3      A.      I don't recall.

4      Q.      When she dragged you to the wall you said she

5  placed your head up against it; is that correct?

6      A.      Yes.

7      Q.      What happened right after that?

8      A.      Then she put her hands on me, on my back.

9      Q.      She put your hands behind your back?

10     A.      Yes.

11     Q.      Did she explain why she was putting handcuffs on?

12     A.      No.

13     Q.      Did anybody else come to the room during that

14  conversation that you were having other than the

15  interpreter and Diego?

16     A.      Another female detective, Wiltshire.

17     Q.      Is that Erlene Wiltshire, one of the defendants

18  in this case?

19     A.      Yes.

20     Q.      When did that happen?  How long before Detective

21  Febus put you in handcuffs did Officer Wiltshire come to

22  the room?

23     A.      It was not long before that I was put in the

24  handcuff. She was right next to me.

25     Q.      Officer Wiltshire was there when you were being

Page 60

1   handcuffed?

2       A.      Yes, she was right next to it.

3       Q.      Did Officer Wiltshire help Detective Febus put

4   handcuffs on you?

5       A.      In the beginning she didn't but after that they

6   -- the two of them they work together to drag me to the --

7   to the car.

8       Q.      How did they drag you to the car?

9       A.      They drag me from my back.

10      Q.      They were both holding your back?

11      A.      Yes. They drag my arm.

12      Q.      Do you remember which arm Detective Febus was

13  holding?

14      A.      She was holding my hand that was handcuffed. Then

15  also dragging my arm.

16      Q.      Was she pulling on your arm, pushing it or

17  something else?

18      A.      Sometimes she hold onto my arm and sometimes she

19  get hold of my hand that was handcuffed and she drag me.

20      Q.      Do you remember if this was your left or right

21  arm?

22      A.      Both my arms were dragged by them.

23      Q.      What about Officer Wiltshire, was she also

24  holding one of your arms or doing something else?

25      A.      She was also holding on it, my arm, but she left

Page 65

1  want to see my attorney and I want -- I feel uncomfortable.

2      Q.     Were you telling them that in English?

3      A.     Yes.

4      Q.     Did they respond?

5      A.     No.

6      Q.     Was anyone else there other than Detective Febus

7  and Officer Wiltshire?

8      A.     No.

9      Q.     About how long were you waiting in that room in

10  handcuffs before you were brought outside?

11     A.     Ten to 20 minutes.

12     Q.     After those ten to 20 minutes is when you were

13  dragged outside as were you explaining earlier?

14     A.     Yes.

15     Q.     Did anything happen before you were dragged

16  outside?

17     A.     (No response.)

18     Q.     The question was:

19            Did anything happen before you were dragged

20  outside, right before?

21     A.     They took away my scarf and also my bag, my

22  personal belongings.

23     Q.     This is while you were still inside; right?

24     A.     Yes.

25     Q.     Did they say why they took them?

ZENG

1    arrived at the 75 precinct.

2        Q.    How long later did you arrive?

3                THE INTERPRETER:  What?

4        Q.    How long later did you arrive at the 75 precinct?

5        A.    More than 45 minutes. Between 45 minutes to an

6    hour.

7        Q.    Did they say anything else during that 45 minutes

8    to an hour other than you will found out?

9        A.    No.

10       Q.    Did they say anything else to each other during

11   the car ride?

12       A.    So they -- one of them said the Chink didn't know

13   -- didn't believe that we can detain her.

14       Q.    Is that the same thing they had said earlier when

15   you were in the room?

16       A.    Yes.

17       Q.    They said it again?

18       A.    Yes.

19       Q.    Did they say anything else to each other?

20       A.    They had a chitchat among themselves but I don't

21   recall what that entail.

22       Q.    You don't recall any detail at all about what

23   they were talking about?

24       A.    That's right.

25       Q.    Which one of them made the comment about you and

Page 69

```
 1   not being able -- you thinking they wouldn't be able to
 2   detain you, if you remember?
 3       A.      Detective Febus said it to Wiltshire.
 4       Q.      You said earlier that you were waiting outside
 5   for them without a scarf; how long was that before you were
 6   placed in the car?
 7       A.      About 20 minutes. Ten to 20 minutes.
 8       Q.      Were you alone?
 9       A.      No.  Wiltshire was standing nearby.
10       Q.      Was she holding you at all or touching you in
11   anyway?
12       A.      No.
13       Q.      While you were outside did you say anything to
14   Officer Wiltshire?
15       A.      I said I was very cold I need my scarf.
16       Q.      Did she respond?
17       A.      No.
18       Q.      Did you say anything else to Officer Wiltshire
19   while you were standing outside?
20       A.      I keep saying that I need to see the attorney and
21   where are you taking me to, I need to see the doctor.
22       Q.      How many times did you say this to her?
23                   THE INTERPRETER:  What?
24       Q.      How many times did you say this to her?
25                   THE INTERPRETER:  How many times what?
```

Page 71

1    asked to see a doctor?

2        A.      No.

3        Q.      Going back to when you were outside were you

4    placed in a parked police vehicle?

5        A.      Yes.

6        Q.      Who put you in the police vehicle?

7        A.      Both Febus and Wiltshire both.

8        Q.      How did they put you in the police vehicle?  What

9    did they do physically?

10       A.      So Febus pushed my head down and pushing me into

11   the vehicle.

12       Q.      Pushed your head down how?  What did she do?

13       A.      She use with force to push my head down.

14       Q.      Was that when she was putting you into the police

15   car?

16       A.      Yeah.

17       Q.      Did you say anything to her when she was pushing

18   your head down to put you in the police car?

19       A.      I said my -- my head hurts and also my arm hurts

20   because my wrist hurts because where the handcuff was they

21   drag me, it hurts.

22       Q.      Was that both of your wrists or just one of your

23   wrists?

24       A.      Wrist.

25       Q.      Did you ask them to loosen the handcuffs?

1     A.      Yes.

2     Q.      What did they say, if anything, in response?

3     A.      They ignore me.

4     Q.      Did they loosen the handcuffs at any point?

5     A.      No.

6     Q.      You said you told them your head was hurting. Was

7     that from when your head was pushed up against the wall

8     earlier or was that from when you were placed in the police

9     car or something else?

10    A.      Both. Everything. I was standing outside and it

11    was very cold and cold air and I was standing outside for a

12    while.

13    Q.      And the cold air is part of what made your head

14    hurt?

15    A.      Yes.

16    Q.      Going back to when Detective Febus put your head

17    up against the wall and put handcuffs on you, did you make

18    any complaints at that time?

19    A.      Yes.

20    Q.      What did you say?

21    A.      I said I want to see my attorney, why I'm under

22    arrest.

23    Q.      Did you tell them that they were hurting you at

24    that point when Detective Febus put your head up against

25    the wall?

1    A.    I think I say that. I said my wrist, where the

2    handcuff was, my wrist -- where they put the handcuff on,

3    and also my head hurt. I think I told them.

4    Q.    Was that Detective Febus you said that to at that

5    time?

6    A.    Yes.

7    Q.    Going back to you are in the car, you said it

8    took about 45 minutes to an hour to get to the 75 precinct;

9    right?

10   A.    Yes.

11   Q.    What happened when you arrived at the 75

12   precinct?

13   A.    So they took me upstairs and hand me over to

14   Inspector John Chell.

15   Q.    Did Inspector John Chell say anything to you at

16   that point?

17   A.    You mean at that time after that he say something

18   to me?

19   Q.    Just when you arrived?

20   A.    Nothing.

21   Q.    Where did he take you, if anywhere, in the 75

22   precinct.

23   A.    He also put me in individual glass cell.

24   Q.    Were there any chairs in that cell?

25   A.    Yes.

ZENG

1   today see your attorney, the doctor, and use the bathroom?

2        A.     He didn't answer.

3        Q.     How long was he asking you about your ACS

4   lawsuit?

5                  THE INTERPRETER:  I don't understand.

6        Q.     How long was this conversation that you were just

7   describing?  How many minutes?

8        A.     About half an hour.

9        Q.     Were you still in handcuffs at this point?

10       A.     No.

11       Q.     When did the handcuffs come off?

12       A.     Before we enter this door with the glass.

13       Q.     Who took them off?

14       A.     The handcuffs, I think it was Febus.

15       Q.     She took them off, like, right before you were

16   being put in this room?

17       A.     After she take out the handcuff and I enter the

18   room and then she left.

19       Q.     Where was Officer Wiltshire at this point?

20       A.     Right next to it.

21       Q.     Did she also leave with Detective Febus?

22       A.     No. She was always in the big office.

23       Q.     Earlier you said it was a cell. Are you saying

24   this was an office?

25       A.     So is it on the second floor as John Chell's

ZENG

Page 87

1    A.      Some cell, like jail in the court.

2    Q.      How long were you in that cell?

3    A.      More than four hours, I think.

4    Q.      Were there other people in that cell with you?

5    A.      Yes.

6    Q.      How many about?

7    A.      About maybe ten, ten or so people.

8    Q.      Did you speak with any of those ten or so people?

9    A.      I don't recall.

10   Q.      What happened after the four or so hours that you

11   were in that cell?

12   A.      Then I saw my attorney.  Then I went to the

13   court.

14   Q.      Was this the attorney you were asking to see

15   earlier or a different attorney?

16   A.      No. I never met him, met this person before.

17   Q.      What happened next after this attorney came?

18   A.      We went to the court.

19   Q.      What happened next?

20   A.      So I was told I was charged with five charges.

21   Five top charges. So I was told I was alledgedly being

22   prosecuted for the top five charges.

23   Q.      Do you know what those charges were?

24   A.      I don't remember.

25   Q.      Do you remember how you pled to those charges?

ZENG

Page 88

1      A.      So after I attend the court for eight times it

2   was dismissed -- they were dismissed.

3      Q.      I'm asking about when you were in the court on

4   February 1, 2018 did you enter a plea to the charges?

5      A.      No.

6      Q.      You didn't plead guilty or not guilty at that

7   time?

8      A.      In the police station they never ask me any crime

9   that I was allege on committing. They never really asked me

10  the question about those crimes at the precinct.

11     Q.      I'm just asking about when you were in court on

12  the morning of February 1, 2018.

13     A.      No.  I didn't -- I was not plead guilty.

14     Q.      Were you released from custody after you were at

15  the court that day?

16     A.      Yes.

17     Q.      Did you go home after that?

18     A.      Yes.

19     Q.      Did your son go home with you that day?

20     A.      No.

21     Q.      When did you see your son again?

22     A.      The evening of February 2nd.

23     Q.      Do you know why you didn't see him until

24  February 2nd?

25     A.      Because he was taken away by ACS, and Detective

ZENG

Page 120

1                     E X H I B I T S

2

DEFENDANT'S EXHIBITS:

3

EXHIBIT       EXHIBIT                        PAGE

4

LETTER        DESCRIPTION

5

Exh A         Complaint                      74

6

Exh B         Document                       74

7

8             (Exhibits retained by Counsel.)

9

10

11                    I N D E X

12   EXAMINATION BY                           PAGE

13   MR. FRANK                                4

14

15

              QUESTIONS MARKED FOR RULINGS

16

PAGE LINE   QUESTION

17

  24   19   What are you appealing in that case?

18

19

20

21

22

23

24

25

ZENG

Page 121

```
1                    C E R T I F I C A T E
2

     STATE OF NEW YORK      )
3                                :  SS.:
     COUNTY OF RICHMOND     )
4

5

6              I, JOANNE CAPPARELLI, a Notary Public for and
7      within the State of New York, do hereby certify:
8              That the witness whose examination is
9      hereinbefore set forth was duly sworn and that such
10     examination is a true record of the testimony given by that
11     witness.
12             I further certify that I am not related to any
13     of the parties to this action by blood or by marriage and
14     that I am in no way interested in the outcome of this
15     matter.
16             IN WITNESS WHEREOF, I have hereunto set my hand
17     this 19th day of September 2022.
18

19

20                     JOANNE CAPPARELLI

21

22

23

24

25
```