# EXHIBIT C

1

```
 1

 2     50-h HEARING
       ----------------------------------------X
 3     In the Matter of the Claim of
       XIAMIN ZENG,
 4                              CLAIMANT,

 5                  -against-

 6     THE CITY OF NEW YORK,
                                RESPONDENT.
 7     ----------------------------------------X
```
**Claim No.:  2018PI035819**

```
 8

 9                  DATE:   February 27, 2019

10                  TIME:   10:50 a.m.

11

12           50-h Hearing of XIAMIN ZENG, the

13     Claimant in the above-entitled matter,

14     pursuant to Statute, held at the offices of

15     Jeffrey Samel & Partners, 150 Broadway,

16     16th Floor, New York, New York 10038,

17     before Gloria Anselm, a Notary Public of

18     the State of New York.

19

20

21

22

23

24

25
```

```
 1

 2      A P P E A R A N C E S:

 3

 4      JAMES MEYERSON, ESQ.
          Attorney for the Claimant
 5      XIAMIN ZENG
        119 West 40th Street
 6      New York, New York 10018
          BY:  JAMES MEYERSON, ESQ.
 7

 8

 9      JEFFREY SAMEL & PARTNERS, ESQS.
          Attorneys for Respondent
10      THE CITY OF NEW YORK
        150 Broadway, 16th Floor
11      New York, New York 10038
          BY:  CHRISTOPHER CORNISH, ESQ.
12      Claim No.:  2018PI035819

13

14
        ALSO PRESENT:
15
        KATIE WONG
16      Mandarin Interpreter
        Legal Interpreting Services
17

18              *         *         *
19

20

21

22

23

24

25
```

```
 1                         ZENG
 2      K A T I E   W O N G, a Mandarin interpreter,
 3      solemnly swore to translate the following
 4      questions from English to Mandarin and
 5      answers from Mandarin to English:
 6
 7      X I A M I N   Z E N G, called as a witness,
 8      having been first duly sworn, through an
 9      interpreter, by a Notary Public of the
10      State of New York, was examined and
11      testified as follows:
12      EXAMINATION BY
13      MR. CORNISH:
14           Q.    Please state your name for the
15      record.
16           A.    Xiamin Zeng.
17           Q.    Where do you reside?
18           A.    110 Columbia Street, Apartment
19      1A, New York, New York 10002.
20           Q.    Good morning, Ms. Zeng.
21           A.    Good morning.
22           Q.    My name is Christopher Cornish
23      and I will be asking you some questions.  I
24      would ask that if you would always listen
25      to the question before answering and if you
```

```
 1                      ZENG
 2    will always answer verbally so your answers
 3    can be transcribed.
 4         A.    Okay.
 5         Q.    And if there is any question
 6    you don't understand, just tell me and I
 7    will try to rephrase it, because if you
 8    answer the question I'm going to assume you
 9    understood the question.
10         A.    Yes.
11         Q.    Do you speak or understand any
12    English?
13         A.    A little bit.
14         Q.    I am going to begin by asking
15    for your date of birth off the record and
16    only the year will be on the record, but I
17    need your full date of birth.
18              MR. CORNISH:  Off the record.
19              (Whereupon, an off-the-record
20           discussion was held.)
21              MR. CORNISH:  We have confirmed
22           a date of birth with the year 1981.
23         Q.    Where were you born?
24         A.    China.
25         Q.    What is your present status?
```

```
 1                    ZENG
 2      Citizen or something else?
 3          A.    I hold a permanent resident.
 4          Q.    Do you have a Social Security
 5      number?
 6          A.    Yes.
 7          Q.    I am going to go off the record
 8      for your Social Security number.  Only the
 9      last four digits will be in the transcript.
10              MR. CORNISH:  Off the record.
11              (Whereupon, an off-the-record
12           discussion was held.)
13              MR. CORNISH:  We have confirmed
14           a Social Security number with the
15           last four digits 9901.
16          Q.    How tall are you?
17          A.    Five-four.
18          Q.    And how much do you currently
19      weigh?
20          A.    One hundred twenty-nine pounds.
21          Q.    Was that your approximate
22      weight in January of last year?
23          A.    Maybe a little bit different.
24          Q.    Are you left or right-handed?
25          A.    Right-handed.
```

```
 1                    ZENG
 2        Q.    What is your marital status?
 3        A.    I am single.
 4        Q.    Do you have any children?
 5        A.    Yes.
 6        Q.    What are their names and ages?
 7        A.    I have one son, he is six and a
 8   half years old.
 9        Q.    What is his name?
10        A.    L.L.
11              MR. CORNISH:  Instructions to
12         the court reporter, only refer to the
13         child on the record by initials.
14        Q.    The address that you gave, how
15   long have you lived there?
16        A.    A little more than four years.
17        Q.    In January of last year, 2018,
18   besides yourself, who else were you living
19   with at that location?
20        A.    My son and my mother.
21        Q.    What is your mother's name?
22        A.    G-U-O-J-U-A-M Zeng.
23        Q.    Are you currently employed?
24        A.    No.
25        Q.    In January of last year, 2018,
```

```
1                         ZENG
2    were you employed at that time?
3         A.    No.
4         Q.    Now, in January of last year,
5    2018, were you involved in an incident
6    where you were place under arrest?
7         A.    Yes.
8         Q.    What was the date that you were
9    arrested?
10        A.    On January 31, 2018, and I am
11   in custody until February 1, 2018.
12        Q.    On the day that you were
13   arrested, where were you when you were
14   first approached by any police officer?
15   What is the location?
16        A.    In Queens Boulevard Child Abuse
17   Squad.
18        Q.    And how did you go to that
19   location?  Were you there when the squad
20   arrived or were you there for some other
21   reason?
22        A.    A detective squad, F-E-B-U-S,
23   he called and text message my phone saying
24   my child was under investigation and they
25   asked me to go and pick up the child.
```

```
 1                    ZENG
 2        Q.    Why was your child at that
 3   location on Queens Boulevard on that day?
 4   Was your son in school or some other
 5   reason?
 6        A.    The detective text message me,
 7   they brought the child from the school to
 8   the squad.
 9        Q.    And what school was he
10   attending?
11        A.    P.S. 110.
12        Q.    Where is P.S. 110 located?
13        A.    287 Delancey Street.
14        Q.    How did your son go to school
15   that morning?  Did you take him or
16   something else?
17        A.    I brought my child there.
18        Q.    And when you went to Queens
19   Boulevard, did you go with anyone else?
20        A.    I went by myself.
21        Q.    How did you go to Queens
22   Boulevard?
23        A.    I took subway.
24        Q.    When you arrived at that
25   location where the squad was, about what
```

ZENG

1

2      time was that?

3          A.     It was about 11:00 something,

4      about noon time.

5          Q.     And just so I am clear, at that

6      location, is that the building that you

7      went into or something else?

8          A.     It's one story building with a

9      basement.

10         Q.     When you went into the

11     building, what is the first thing that

12     happened at that location?

13         A.     When I went in they made me

14     stay in one room.  They locked me up in one

15     room.

16         Q.     When they brought you into the

17     room, who did that?  Were those police

18     officers or something else?

19         A.     I went in and a male police

20     officer locked me up into the room and I

21     don't know his name.

22         Q.     Were you able to communicate

23     with the officers when you first entered

24     the building?

25         A.     When I went in I said that I

```
 1                        ZENG
 2     have to see Detective Febus and I need to
 3     pick up my child.
 4          Q.    And in response, was that when
 5     they put you into the locked room?
 6          A.    He said that I should go into
 7     the room and wait.
 8          Q.    And after you went into the
 9     room, at some point, did anyone else come
10     into the room to speak with you?
11          A.    Several hours later someone
12     come in.
13          Q.    And what did that person do?
14          A.    Detective Febus and Mr. Diego
15     came from the ACS, went into the room, last
16     name S-A-N-D-E-R-I-Z-E-N, something like
17     that, with a translator.
18          Q.    And the last person you
19     mentioned was someone from ACS, the
20     Administration for Children Services?
21          A.    The title of Diego is child
22     protection specialist.
23          Q.    Did you then have a
24     conversation with those people?
25          A.    Yes.
```

1                          ZENG

2          Q.    What was the substance of that

3     conversation?  What did they say to you and

4     you say to them?

5          A.    I said I want to see my child

6     and they won't allow it and they keep

7     questioning me why do you sue ACS and who

8     is your lawyer.  Who is backing you up in

9     suing ACS.

10         Q.    Had you brought some action

11    against ACS before this incident?

12         A.    Yes.

13         Q.    What was the underlining claim

14    in that action that you brought?

15         A.    I am suing the ACS of

16    negligence, because it was with my child,

17    with the father and supervision of ACS and

18    my child was placed alone with the father

19    and was bitten by the father in the room

20    and I went to the emergency room with my

21    child for him to be physically examined and

22    report to the place and I sued the ACS of

23    not protecting my child and I sued them

24    because they did negligence to my son and

25    they did not put my ex-husband under

```
 1                    ZENG
 2   arrest.
 3        Q.    When did that incident happen
 4   that involved the supervision that you're
 5   asserting against ACS?
 6        A.    I am suing on two incidents.
 7   One is on December 23, 2016 and the other
 8   incident happened on May 3, 2017.
 9        Q.    Detective Febus, who was
10   present in the room, can you describe that
11   officer?
12        A.    She is white, around forty
13   something and is medium built.
14        Q.    During your conversation in the
15   room, did anyone, in particular, Diego, the
16   CPS officer, tell you why your son had been
17   taken from school that day?
18        A.    They didn't tell me why.  I
19   keep on telling them in the squad that my
20   son has an appointment on that day at 2:00
21   p.m., he has to undergo a PPD test, because
22   he has coughing for long time and he should
23   undergo the test to attend school.  And I
24   also tell the people that my son has
25   allergy against peanuts and seafood.
```

```
 1                        ZENG
 2            MR. MEYERSON:  Off the record.
 3            (Whereupon, an off-the-record
 4        discussion was held.)
 5        Q.    And when you told the people in
 6   the room that your son needed to go to a
 7   doctor appointment, what was the response
 8   that was given to that?
 9        A.    They disregard my question.
10        Q.    And at some point, did any of
11   the police officers tell you that you were
12   being placed under arrest?
13        A.    No.
14        Q.    Were you allowed to leave after
15   the interview in the room?
16        A.    No.
17        Q.    What did they do after you had
18   the discussion with these officers?
19        A.    After the discussion they took
20   away my cellular phone, they took away my
21   bag and my scarf.
22        Q.    Did they tell you that you were
23   being arrested?
24        A.    No.
25        Q.    Did they tell you that you were
```

```
 1                    ZENG
 2   being detained?
 3        A.    No.
 4        Q.    And what did they do next?
 5        A.    They locked me up in the room.
 6        Q.    When you say they locked you up
 7   in the room, did everyone leave and the
 8   door was locked or something else?
 9        A.    They put me by myself inside
10   the room and they locked the room and that
11   means I can't go out in the bathroom and
12   they had someone outside the door.
13        Q.    Did they tell you that your son
14   was being detained by ACS?
15        A.    No.
16        Q.    Did you ever see your son that
17   day when you went to the Queens Boulevard
18   location?
19        A.    No.
20        Q.    At some point were you taken
21   from the locked room?
22        A.    Yes.
23        Q.    And how was that done?
24        A.    They locked me up with cuffs
25   behind my back and then Febus and the
```

1                     ZENG

2      female officer took me away and delivered

3      me to the 75th Precinct.

4            Q.      When that was done, did any of

5      the officers or the CPS officer tell you

6      why they were taking you to the precinct?

7            A.      No.

8            Q.      Did you ask them why they were

9      detaining you?

10           A.      Yes, I asked.

11           Q.      How did they respond?

12           A.      They did not answer me.

13           Q.      At the precinct, the 75th

14     Precinct, were you put into a holding area

15     where the cuffs were removed?

16           A.      Initially they put me into a

17     room.  I was by myself and then they took

18     me to the basement where the cell is with

19     the other arrested people.

20           Q.      Besides your cellular phone and

21     the bag, was anything else taken from you?

22           A.      My belongings inside my pocket.

23           Q.      Did you ever get that property

24     back?

25           A.      Yes.  After I was released in

```
 1                    ZENG
 2   February 1st.
 3        Q.    While you were at the precinct,
 4   did they do any processing?  Did they take
 5   your picture, your fingerprints, things
 6   like that?
 7        A.    Yes.
 8        Q.    At some point, were you taken
 9   to Central Booking at another location?
10        A.    I don't understand.  What is
11   Central Booking?
12        Q.    At some point, were you taken
13   to a different location from the precinct?
14        A.    To criminal court in Brooklyn.
15        Q.    About how long were you at the
16   75th Precinct before they took you to that
17   criminal court?
18        A.    Twenty hours.  Around twenty
19   hours.
20        Q.    When you were taken to that
21   other location, were you again handcuffed
22   or manacled in some way?
23        A.    Yes.
24        Q.    Did you ever complain to anyone
25   about how you had been handcuffed or
```

```
1                        ZENG
2   manacled?
3           A.    I asked, but nobody answered
4   me.
5           Q.    What did you ask?  What was
6   your complaint?
7           A.    I asked in simple English why
8   you arrest me and I also speak in Chinese
9   too.
10          Q.    At some point while you were at
11  the criminal court, did you appear before a
12  judge?
13          A.    Yes.
14          Q.    Were you told of any charge at
15  that time?
16          A.    I don't understand my charges,
17  but I understand a little bit that they
18  said that I called my husband, my
19  ex-husband, saying that will kill you or
20  something.
21          Q.    And after you appeared before
22  the judge, were you then released or was
23  something else done?
24          A.    Then they released me.
25          Q.    When you appeared before the
```

ZENG

1
2    judge and you were released, that was on
3    February 1st.  Is that correct?
4        A.    Yes.
5        Q.    During the time you were at the
6    criminal court, did they do any other
7    processing?  Did they take iris scans?
8        A.    I don't know.
9        Q.    And you went back to court
10   concerning the charges after your release?
11       A.    Yes.
12       Q.    Approximately how many times
13   did you go back to court?
14       A.    Eight times.
15       Q.    What became of the charges?
16   Were they dismissed or something else?
17       A.    They dismissed all the charges.
18       Q.    Do you know when that happened?
19       A.    December 3, 2018.
20             MR. MEYERSON:  Off the record.
21             (Whereupon, an off-the-record
22        discussion was held.)
23       Q.    So we are clear that appearance
24   on December 3rd of 2018 was for the last
25   charges that had been brought against you,

1                    ZENG

2     if you know?

3          A.     Right.

4          Q.     And before that, the occasion

5     when you had gone to court, was the other

6     charge dismissed?

7          A.     Right.

8          Q.     So I am clear, besides the

9     charge that involved a claim of a threat to

10    your husband, do you recall any of the

11    other charges that were dismissed over the

12    course your appearance?

13         A.     I don't know.

14         Q.     Was your son in detention with

15    ACS for any period of time after the

16    incident starting on January 31st?

17         A.     Yes, for some time.

18         Q.     How long was your son in the

19    custody of ACS?

20         A.     Three days.

21         Q.     At any time while you were in

22    detention, that is from the time that they

23    first locked that door until you were

24    released after seeing the judge, did you

25    ever request any medical assistance?

```
 1                     ZENG
 2          A.    Yes.
 3          Q.    And what was your request for
 4   medical assistance?
 5          A.    I have difficulty in breathing.
 6          Q.    Do you take medication for
 7   that?
 8          A.    Yes.  I have asthmas, I have to
 9   use some inhaler.
10          Q.    Is that a prescription inhaler?
11          A.    Yes, it's prescribed by the
12   doctor.
13          Q.    Did you have access to that
14   inhaler during detention?
15          A.    No, I don't have that.
16          Q.    While you were in detention,
17   during that time, did you have an asthma
18   attack?
19          A.    I have difficulty in breathing.
20          Q.    But my question is, while you
21   were in detention during those two days,
22   did you experience a problem with your
23   breathing that you would have needed to use
24   your inhaler?
25          A.    I can't remember.
```

1                    ZENG

2          Q.     Who was it that you told you

3    had the breathing condition?

4          A.     I told an officer, Febus and

5    Diego, and in the 75th Precinct I told the

6    officers over there.  I can't remember

7    their names.

8          Q.     How did any of those officers

9    respond to your question about your medical

10   condition?

11         A.     They ignored me.

12         Q.     After you were released after

13   seeing the judge, did you seek any medical

14   assistance as a result of being in

15   detention?

16         A.     I want to go and see a doctor,

17   but the fact that my health insurance was

18   terminated, I cannot go.

19         Q.     What was the reason you want to

20   go see a doctor?

21         A.     Because I have a lot of anxiety

22   and I cannot sleep.

23         Q.     During the time from when they

24   first locked that door until they took you

25   to the 75th Precinct, did any of the police

1                          ZENG

2      officers hit, strike or touch you

3      inappropriately during that time?

4          A.    They searched my body and very

5      violently they put my hands beside me and

6      handcuffed me.

7          Q.    When you were searched, was

8      that a female officer who did the pat-down?

9          A.    Yes.

10         Q.    While you were at the 75th

11     Precinct until you were taken to the

12     criminal court, did any officer hit, strike

13     or touch you inappropriately?

14         A.    No.

15         Q.    While you were at the criminal

16     court, did any corrections officer hit,

17     strike or touch you inappropriately?

18         A.    No.

19         Q.    During the time that you were

20     in detention, did you have any problems

21     with anyone else who was under arrest?  Did

22     you get into any fights with anyone?

23         A.    No.

24         Q.    And during the time you were in

25     detention, did any police officer or

```
 1                     ZENG
 2     corrections officer use any offensive
 3     language?
 4          A.     No.
 5          Q.     As a result of being arrested,
 6     having to go to court, did you have any
 7     out-of-pocket expense, things you had to
 8     pay for or replace because of what
 9     happened?
10          A.     Repeat the question.
11          Q.     As a result of what happened,
12     was there anything that you had to pay for
13     yourself because of being arrested,
14     anything like clothing that you had to
15     replace, anything involving your court
16     appearance, anything you can think of?
17          A.     Because of the court case I
18     have to go to the court, so I cannot work.
19     I can't have time to look for work and I
20     have a lot of illness.  I have to see the
21     doctor and some of the drugs I have to pay
22     for myself and I have to pay for
23     transportation to go to the court and to
24     see the doctor and to see the lawyer.
25          Q.     About how much has that cost
```

```
1                    ZENG
2   you?  Approximation is okay.
3           A.    I have not made a calculation
4   yet.
5           Q.    You mentioned going to doctor,
6   so I am clear, were any of those
7   appearances involve treatment for any
8   injury that you had received as a result of
9   being arrested?
10          A.    I have psychological hurt
11  because of the detention.
12          Q.    That is what you had mentioned
13  earlier that you want treatment concerning
14  problems with things like anxiety and loss
15  of sleep.  Is that correct?
16          A.    Yes.
17          Q.    Did you ever learn at any time
18  afterwards why your son was taken into
19  custody by ACS on that day?
20          A.    ACS didn't tell me.
21          Q.    Before this incident, had ACS
22  ever come to your home to do any interview
23  for information concerning your son?
24          A.    Yes.
25          Q.    About how many times have they
```

```
 1                    ZENG
 2    come to your home in order to do those
 3    sorts of inspection?
 4         A.    More than two times.
 5         Q.    What is the name of your son's
 6    father?
 7         A.    G-A-N-G  L-I-U.
 8         Q.    Do you know his address?
 9         A.    I don't know.
10         Q.    Other than your son being taken
11    into custody for the period of time that
12    you mentioned, after this incident, had
13    your son been taken into custody by ACS
14    prior to this incident?
15         A.    No.
16         Q.    Other than filing this notice
17    of claim and with the exception of the
18    lawsuit that you brought against ACS, have
19    you ever filed a claim or lawsuit against
20    the City of New York?
21         A.    Yes.
22         Q.    And what was that for?
23         A.    I sued NYCHA.  I was
24    discriminated in the work place.
25    Correction.  No, I did not bring lawsuit
```

```
 1                      ZENG
 2   against the city.
 3              MR. MEYERSON:  Off the record.
 4              (Whereupon, an off-the-record
 5         discussion was held.)
 6         Q.    So we can clarify, when you
 7   said you had brought a claim against the
 8   NYCHA, that involved an administrative
 9   claim within the department while you were
10   working for that city agency?
11              MR. MEYERSON:  Have you filed a
12         lawsuit in court against the New York
13         City Housing Authority?
14              THE WITNESS:  Yes.
15              MR. CORNISH:  Off the record.
16              (Whereupon, an off-the-record
17         discussion was held.)
18         Q.    We had a discussion off the
19   record and you do have a claim that has
20   been filed against NYCHA.  Is that correct?
21         A.    Yes.
22         Q.    And the claim that you brought
23   against ACS, is that still pending?
24         A.    It's still pending.
25         Q.    This is a question that we
```

```
 1                        ZENG
 2    always ask in these cases.  Have you ever
 3    been convicted of a crime or taken a
 4    pleading or found guilty by a jury?
 5         A.    No.
 6         Q.    Have you ever been a recipient
 7    of public assistance that is sometimes
 8    referred to as welfare from the City of New
 9    York?  That does not include rental
10    assistance or food stamps.
11         A.    Yes.
12         Q.    And how long did you receive
13    benefits?
14         A.    Two years.
15              MR. CORNISH:  I have no other
16         questions.  I request that
17         authorization be forwarded to the
18         comptroller's office for release of
19         arrest records, otherwise we are
20         done.  Thank you.
21              (Whereupon, at 12:01 p.m., the
22         Examination of this witness was
23         concluded.)
24
25              ○        ○        ○        ○
```

```
 1                        ZENG

 2            D E C L A R A T I O N

 3

 4        I hereby certify that having been

 5   first duly sworn to testify to the truth, I

 6   gave the above testimony.

 7

 8        I FURTHER CERTIFY that the foregoing

 9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

15   _____
                     XIAMIN ZENG

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

22   _____
                NOTARY PUBLIC

23

24

25
```

```
 1                    ZENG
 2              E X H I B I T S
 3
 4   RESPONDENT'S EXHIBITS
 5
 6   EXHIBIT          EXHIBIT
 7   LETTERS          DESCRIPTION          PAGE
 8
 9   (None)
10
11
12              I N D E X
13
14   EXAMINATION BY                   PAGE
15   MR. CORNISH                       3
16
17     INFORMATION AND/OR DOCUMENTS REQUESTED
18   INFORMATION AND/OR DOCUMENTS      PAGE
19
20   (None)
21
22
23
24
25
```

```
1                        ZENG
2                C E R T I F I C A T E
3
4     STATE OF NEW YORK        )
                               :  SS.:
5     COUNTY OF KINGS          )
6
7          I, GLORIA ANSELM, a Notary Public for
8     and within the State of New York, do hereby
9     certify:
10         That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14         I further certify that I am not
15    related to any of the parties to this
16    action by blood or by marriage and that I
17    am in no way interested in the outcome of
18    this matter.
19         IN WITNESS WHEREOF, I have hereunto
20    set my hand this 10th day of March 2019.
21
22                    Gloria Anselm
23                    _____
24                        GLORIA ANSELM
25
```

## 1

**1** [1] - 7:11
**10002** [1] - 3:19
**10018** [1] - 2:6
**10038** [2] - 1:16, 2:11
**10:50** [1] - 1:10
**10th** [1] - 30:20
**110** [3] - 3:18, 8:11, 8:12
**119** [1] - 2:5
**11:00** [1] - 9:3
**12:01** [1] - 27:21
**150** [2] - 1:15, 2:10
**16th** [2] - 1:16, 2:10
**1981** [1] - 4:22
**1A** [1] - 3:19
**1st** [2] - 16:2, 18:3

## 2

**2016** [1] - 12:7
**2017** [1] - 12:8
**2018** [7] - 6:17, 6:25, 7:5, 7:10, 7:11, 18:19, 18:24
**2018PI035819** [2] - 1:7, 2:12
**2019** [2] - 1:9, 30:20
**20___** [1] - 28:19
**23** [1] - 12:7
**27** [1] - 1:9
**287** [1] - 8:13
**2:00** [1] - 12:20

## 3

**3** [3] - 12:8, 18:19, 29:15
**31** [1] - 7:10
**31st** [1] - 19:16
**3rd** [1] - 18:24

## 4

**40th** [1] - 2:5

## 5

**50-h** [1] - 1:2, 1:12

## 7

**75th** [6] - 15:3, 15:13, 16:16, 21:5, 21:25, 22:10

## 9

**9901** [1] - 5:15

## A

**a.m** [1] - 1:10
**able** [1] - 9:22
**about** [8] - 8:25, 9:3, 9:4,

16:15, 16:25, 21:9, 23:25, 24:25
**above** [2] - 1:13, 28:6
**above-entitled** [1] - 1:13
**Abuse** [1] - 7:16
**access** [1] - 20:13
**ACS** [18] - 10:15, 10:19, 11:5, 11:9, 11:11, 11:15, 11:17, 11:22, 12:5, 14:14, 19:15, 19:19, 24:19, 24:20, 24:21, 25:13, 25:18, 26:23
**action** [3] - 11:10, 11:14, 30:16
**address** [2] - 6:14, 25:8
**Administration** [1] - 10:20
**administrative** [1] - 26:8
**after** [12] - 10:8, 13:14, 13:17, 13:19, 15:25, 17:21, 18:10, 19:15, 19:24, 21:12, 25:12
**afterwards** [1] - 24:18
**again** [1] - 16:21
**against** [12] - 1:5, 11:11, 12:5, 12:25, 18:25, 25:18, 25:19, 26:2, 26:7, 26:12, 26:20, 26:23
**agency** [1] - 26:10
**ages** [1] - 6:6
**all** [1] - 18:17
**allergy** [1] - 12:25
**allow** [1] - 11:6
**allowed** [1] - 13:14
**alone** [1] - 11:18
**also** [2] - 12:24, 17:8
**ALSO** [1] - 2:14
**always** [3] - 3:24, 4:2, 27:2
**am** [11] - 4:14, 5:7, 6:3, 7:10, 9:5, 11:15, 12:6, 19:8, 24:6, 30:14, 30:17
**AND/OR** [2] - 29:17, 29:18
**another** [1] - 16:9
**Anselm** [1] - 1:17
**ANSELM** [2] - 30:7, 30:23
**answer** [3] - 4:2, 4:8, 5:12
**answered** [1] - 17:3
**answering** [1] - 3:25
**answers** [2] - 3:5, 4:2
**anxiety** [2] - 21:21, 24:14
**any** [28] - 4:5, 4:11, 6:4, 7:14, 13:10, 15:4, 16:4, 17:14, 18:6, 19:10, 19:15, 19:21, 19:25, 21:8, 21:13, 21:25, 22:12, 22:16, 22:20, 22:22, 22:25, 23:2, 23:6, 24:6, 24:7, 24:17, 24:22, 30:15
**anyone** [6] - 8:19, 10:9, 12:15, 16:24, 22:21, 22:22
**anything** [5] - 15:21, 23:12, 23:14, 23:15, 23:16

**Apartment** [1] - 3:18
**appear** [1] - 17:11
**appearance** [3] - 18:23, 19:12, 23:16
**appearances** [1] - 24:7
**appeared** [2] - 17:21, 17:25
**appointment** [2] - 12:20, 13:7
**approached** [1] - 7:14
**approximate** [1] - 5:21
**approximately** [1] - 18:12
**approximation** [1] - 24:2
**are** [5] - 5:16, 5:24, 6:23, 18:23, 27:19
**area** [1] - 15:14
**around** [2] - 12:12, 16:18
**arrest** [6] - 7:6, 12:2, 13:12, 17:8, 22:21, 27:19
**arrested** [7] - 7:9, 7:13, 13:23, 15:19, 23:5, 23:13, 24:9
**arrived** [2] - 7:20, 8:24
**as** [7] - 3:7, 3:11, 21:14, 23:5, 23:11, 24:8, 27:8
**ask** [4] - 3:24, 15:8, 17:5, 27:2
**asked** [4] - 7:25, 15:10, 17:3, 17:7
**asking** [2] - 3:23, 4:14
**asserting** [1] - 12:5
**assistance** [5] - 19:25, 20:4, 21:14, 27:7, 27:10
**assume** [1] - 4:8
**asthma** [1] - 20:17
**asthmas** [1] - 20:8
**at** [27] - 1:14, 6:19, 7:2, 8:2, 8:24, 9:5, 9:12, 10:9, 12:20, 13:10, 14:20, 15:13, 16:3, 16:8, 16:9, 16:12, 16:15, 17:10, 17:14, 18:5, 19:21, 22:10, 22:15, 24:17, 27:21, 28:10
**attack** [1] - 20:18
**attend** [1] - 12:23
**attending** [1] - 8:10
**Attorney** [1] - 2:4
**Attorneys** [1] - 2:9
**Authority** [1] - 26:13
**authorization** [1] - 27:17
**away** [3] - 13:20, 15:2

## B

**B** [1] - 29:2
**back** [4] - 14:25, 15:24, 18:9, 18:13
**backing** [1] - 11:8
**bag** [2] - 13:21, 15:21
**basement** [2] - 9:9, 15:18
**bathroom** [1] - 14:11

**be** [6] - 3:23, 4:3, 4:16, 5:9, 11:21, 27:17
**became** [1] - 18:15
**because** [9] - 4:7, 11:16, 11:24, 12:21, 21:21, 23:8, 23:13, 23:17, 24:11
**been** [9] - 3:8, 12:16, 16:25, 18:25, 25:13, 26:20, 27:3, 27:6, 28:4
**before** [10] - 1:17, 3:25, 11:11, 16:16, 17:11, 17:21, 17:25, 19:4, 24:21, 28:18
**begin** [1] - 4:14
**behind** [1] - 14:25
**being** [9] - 13:12, 13:23, 14:2, 14:14, 21:14, 23:5, 23:13, 24:9, 25:10
**belongings** [1] - 15:22
**benefits** [1] - 27:13
**beside** [1] - 22:5
**besides** [3] - 6:18, 15:20, 19:8
**birth** [4] - 4:15, 4:17, 4:22
**bit** [4] - 4:13, 5:23, 17:17
**bitten** [1] - 11:19
**blood** [1] - 30:16
**body** [1] - 22:4
**Booking** [2] - 16:9, 16:11
**born** [1] - 4:23
**Boulevard** [5] - 7:16, 8:3, 8:19, 8:22, 14:17
**breathing** [4] - 20:5, 20:19, 20:23, 21:3
**bring** [1] - 25:25
**Broadway** [2] - 1:15, 2:10
**Brooklyn** [1] - 16:14
**brought** [9] - 8:7, 8:17, 9:16, 11:10, 11:14, 18:25, 25:18, 26:7, 26:22
**building** [4] - 9:6, 9:8, 9:11, 9:24
**built** [1] - 12:13
**but** [6] - 4:16, 17:3, 17:17, 20:20, 21:17
**BY** [4] - 2:6, 2:11, 3:12, 29:14
**by** [17] - 3:9, 4:14, 6:13, 7:14, 8:20, 11:19, 14:9, 14:14, 15:17, 20:11, 24:19, 25:13, 27:4, 28:10, 30:13, 30:16

## C

**C** [4] - 2:2, 28:2, 30:2
**calculation** [1] - 24:3
**called** [3] - 3:7, 7:23, 17:18
**came** [1] - 10:15
**can** [3] - 4:3, 23:16, 26:6
**can you** [1] - 12:10

can't [4] - 14:11, 20:25, 21:6, 23:19
cannot [3] - 21:18, 21:22, 23:18
case [1] - 23:17
cases [1] - 27:2
cell [1] - 15:18
cellular [2] - 13:20, 15:20
Central [2] - 16:9, 16:11
certify [3] - 28:4, 30:9, 30:14
CERTIFY [1] - 28:8
charge [3] - 17:14, 19:6, 19:9
charges [6] - 17:16, 18:10, 18:15, 18:17, 18:25, 19:11
child [13] - 6:13, 7:24, 7:25, 8:2, 8:7, 8:17, 10:3, 10:21, 11:5, 11:16, 11:18, 11:21, 11:23
Child [1] - 7:16
children [1] - 6:4
Children [1] - 10:20
China [1] - 4:24
Chinese [1] - 17:8
Christopher [1] - 3:22
CHRISTOPHER [1] - 2:11
citizen [1] - 5:2
City [3] - 25:20, 26:13, 27:8
CITY [2] - 1:6, 2:10
city [2] - 26:2, 26:10
claim [8] - 11:13, 19:9, 25:17, 25:19, 26:7, 26:9, 26:19, 26:22
Claim [3] - 1:3, 1:7, 2:12
CLAIMANT [1] - 1:4
Claimant [2] - 1:13, 2:4
clarify [1] - 26:6
clear [4] - 9:5, 18:23, 19:8, 24:6
clothing [1] - 23:14
Columbia [1] - 3:18
come [4] - 10:9, 10:12, 24:22, 25:2
communicate [1] - 9:22
complain [1] - 16:24
complaint [1] - 17:6
comptroller's [1] - 27:18
concerning [3] - 18:10, 24:13, 24:23
concluded [1] - 27:23
condition [2] - 21:3, 21:10
confirmed [2] - 4:21, 5:13
conversation [1] - 10:24, 11:3, 12:14
convicted [1] - 27:3
CORNISH [10] - 2:11, 3:13, 4:18, 4:21, 5:10, 5:13, 6:11, 26:15, 27:15, 29:15

Cornish [1] - 3:22
correct [4] - 18:3, 24:15, 26:20, 28:9
correction [1] - 25:25
corrections [2] - 22:16, 23:2
cost [1] - 23:25
coughing [1] - 12:22
COUNTY [1] - 30:5
course [1] - 19:12
court [16] - 6:12, 16:14, 16:17, 17:11, 18:6, 18:9, 18:13, 19:5, 22:12, 22:16, 23:6, 23:15, 23:17, 23:18, 23:23, 26:12
CPS [2] - 12:16, 15:5
crime [1] - 27:3
criminal [6] - 16:14, 16:17, 17:11, 18:6, 22:12, 22:15
cuffs [2] - 14:24, 15:15
currently [2] - 5:18, 6:23
custody [5] - 7:11, 19:19, 24:19, 25:11, 25:13

**D**

D [2] - 28:2, 29:12
DATE [1] - 1:9
date [4] - 4:15, 4:17, 4:22, 7:8
day [8] - 7:12, 8:3, 12:17, 12:20, 14:17, 24:19, 28:19, 30:20
days [2] - 19:20, 20:21
December [3] - 12:7, 18:19, 18:24
Delancey [1] - 8:13
delivered [1] - 15:2
department [1] - 26:9
describe [1] - 12:10
DESCRIPTION [1] - 29:7
detained [2] - 14:2, 14:14
detaining [1] - 15:9
detective [4] - 7:22, 8:6, 10:14, 12:9
Detective [1] - 10:2
detention [9] - 19:14, 19:22, 20:14, 20:16, 20:21, 21:15, 22:20, 22:25, 24:11
did [15] - 9:17, 10:9, 11:24, 11:25, 12:15, 13:10, 14:7, 15:4, 15:12, 21:25, 22:8, 22:12, 22:16, 22:25, 25:25
did they [7] - 13:22, 13:25, 14:13, 16:4, 18:6, 18:7
did you [19] - 8:15, 8:19, 10:23, 14:16, 15:8, 15:23, 16:24, 17:11, 18:13, 19:24, 20:13, 20:17, 20:22, 21:13, 22:20, 22:21, 23:6, 24:17,

27:12
didn't [2] - 12:18, 24:20
Diego [4] - 10:14, 10:21, 12:15, 21:5
different [2] - 5:23, 16:13
difficulty [2] - 20:5, 20:19
digits [2] - 5:9, 5:15
discriminated [1] - 25:24
discussion [9] - 4:20, 5:12, 13:4, 13:18, 13:19, 18:22, 26:5, 26:17, 26:18
dismissed [4] - 18:16, 18:17, 19:6, 19:11
disregard [1] - 13:9
do [9] - 10:13, 13:17, 14:4, 16:4, 18:6, 24:22, 25:2, 26:19, 30:8
do you [10] - 3:17, 4:11, 5:4, 5:18, 6:4, 11:7, 18:18, 19:10, 20:6, 25:8
doctor [7] - 13:7, 20:12, 21:16, 21:20, 23:21, 23:24, 24:5
DOCUMENTS [2] - 29:17, 29:18
does [1] - 27:9
don't [8] - 4:6, 9:21, 16:10, 17:16, 18:8, 19:13, 20:15, 25:9
done [4] - 14:23, 15:4, 17:23, 27:20
door [4] - 14:8, 14:12, 19:23, 21:24
down [2] - 22:8
drugs [1] - 23:21
duly [3] - 3:8, 28:5, 30:11
during [9] - 12:14, 18:5, 20:14, 20:17, 20:21, 21:23, 22:3, 22:19, 22:24

**E**

E [9] - 2:2, 3:2, 3:7, 28:2, 29:2, 29:12, 30:2
earlier [1] - 24:13
eight [1] - 18:14
else [12] - 5:2, 6:18, 8:16, 8:19, 9:7, 9:18, 10:9, 14:8, 15:21, 17:23, 18:16, 22:21
emergency [1] - 11:20
employed [2] - 6:23, 7:2
English [4] - 3:4, 3:5, 4:12, 17:7
entered [1] - 9:23
entitled [1] - 1:13
ESQ [3] - 2:4, 2:6, 2:11
ESQS [1] - 2:9
ever [9] - 14:16, 15:23, 16:24, 19:25, 24:17, 24:22, 25:19, 27:2, 27:6

everyone [1] - 14:7
ex [2] - 11:25, 17:19
ex-husband [2] - 11:25, 17:19
Examination [1] - 27:22
examination [2] - 30:10, 30:12
EXAMINATION [2] - 3:12, 29:14
examined [2] - 3:10, 11:21
exception [1] - 25:17
EXHIBIT [2] - 29:6
EXHIBITS [1] - 29:4
expense [1] - 23:7
experience [1] - 20:22

**F**

F [1] - 30:2
fact [1] - 21:17
father [4] - 11:17, 11:18, 11:19, 25:6
February [4] - 1:9, 7:11, 16:2, 16:2, 18:3
FEBUS [1] - 7:22
Febus [5] - 10:2, 10:14, 12:9, 14:25, 21:4
female [2] - 15:2, 22:8
fights [1] - 22:22
filed [3] - 25:19, 26:11, 26:20
filing [1] - 25:16
fingerprints [1] - 16:5
first [7] - 3:8, 7:14, 9:11, 9:23, 19:23, 21:24, 28:5
five [1] - 5:17
five-four [1] - 5:17
Floor [2] - 1:16, 2:10
following [1] - 3:3
follows [1] - 3:11
food [1] - 27:10
for [26] - 2:4, 2:9, 3:14, 4:15, 5:8, 7:20, 10:20, 11:21, 12:22, 18:24, 19:15, 19:17, 20:3, 20:6, 23:8, 23:12, 23:19, 23:22, 24:7, 24:23, 25:11, 25:22, 26:10, 27:18, 30:7
foregoing [1] - 28:8
forth [1] - 30:11
forty [1] - 12:12
forwarded [1] - 27:17
found [1] - 27:4
four [4] - 5:9, 5:15, 5:17, 6:16
from [12] - 3:4, 3:5, 8:7, 10:15, 10:19, 12:17, 14:21, 15:21, 16:13, 19:22, 21:23, 27:8
full [1] - 4:17