# **EXHIBIT E**

Goodcare Physical Therapy and Acupuncture, PLLC
107 E Broadway Fl 3
New York, NY 10002-7037
Phone: (212)233-0889
Fax: (212)233-0898

# Physical Therapy Initial Examination

**Patient Name:** ZENG, XIAMIN
**Date of Birth:** 09/09/1981
**Referring Physician(s):** Chan, Chun-Kit MD

**Date of Initial Examination:** 07/14/2019
**Injury/Onset/Change of Status Date:** 07/14/2019  Chronic
**Diagnosis:** ICD10: M54.5: Low back pain
**Treatment Diagnosis:** ICD10: M54.5: Low back pain

## Subjective

**History of Present Condition/Mechanism of Injury:** The pt. is a 37 year old middle aged adult female. She walked into the clinic today with a complaint of pain and discomfort in the lower back region that started recently. She also reported that at this time she had difficulty getting in and out of bed, dressing, grooming, bathing and carrying out other personal activities. Pt. mentioned that she had disturbed sleep patterns and difficulty with bending, twisting and turning of the trunk at this time due to which she also had difficulty with household chores like laundry, cooking and cleaning due to restrictions and difficulty bending and reaching for objects. The pt. had difficulty with mobility in the community, due to pain she mentioned that she had trouble ambulating the community and stair negociation.
**Primary Concern/Chief Complaint:** c/o pain in the lower back region
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Household Chores: Cook a Meal, Laundry; Caregiving - Independent and painfree to perform priorly
  **Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Seated, Remaining Standing, Standing - Independent and painfree to perform priorly
  **Mobility: Walking & Moving Around:** IADLs: Shopping, Food Preparation, Housekeeping, Laundry; Walking: Forward, Strolling, Walking on Different Surfaces, Walking Around Obstacles; Moving Around: Climbing; Moving Around in Different Locations: Walking Between Rooms [Stairs, In Home], Walking Down the Street [Community Distances], Walking Within a Building; Negotiate Obstacles: Terrain - even and uneven - Independent and painfree to perform priorly
**Current Functional Limitations:**
  **Self Care:** Hygiene: Grooming, Dressing; IADLs: Shopping, Food Preparation, Housekeeping, Laundry; Household Chores: Cook a Meal, Laundry - Difficult to perform on account of pain at this time
  **Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Seated, Remaining Standing, Standing - Difficult to perform on account of pain at this time
  **Mobility: Walking & Moving Around:** IADLs: Shopping, Food Preparation, Housekeeping, Laundry; Walking: Forward, Strolling, Walking on Different Surfaces, Walking Around Obstacles; Moving Around: Climbing; Moving Around in Different Locations: Walking Between Rooms [Stairs, In Home], Walking Down the Street [Community Distances], Walking Within a Building; Negotiate Obstacles: Terrain - even and uneven - Difficult to perform on account of pain at this time
**Pain Location:** pain in the lower back region
  **Pain Scale: Worst:** 8 **Best:** 7 **Current:** 8
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Bending
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Vitamin/Mineral/Dietary Supplements
  Pt mentioned that she was taking vitamins at the time of the examination
**Patient Goals:** The patient would reach from maximum pain levels to minimum pain levels and attain prior levels of functioning and mobility to be able to perform ADL and IADL independently with minimal to no pain and discomfort.

## Objective

### Inspection

### Patient Consent

Patient/Parent/Guardian Consent    Yes

### Chaperone

Chaperone Present    Yes
                     interpreter

### Outcome Measurement Tools

**DEF00291**

Goodcare Physical Therapy and Acupuncture, PLLC
107 E Broadway Fl 3
New York, NY 10002-7037
Phone: (212)233-0889
Fax: (212)233-0898

# Physical Therapy Initial Examination

**Patient Name:** ZENG, XIAMIN
**Date of Birth:** 09/09/1981
**Document Date:** 07/14/2019

## Pain
| | |
|---|---|
| Wong-Baker FACES Pain Rating Scale | 4 |

## Spine
| | |
|---|---|
| Modified Oswestry Low Back Pain | 66% disability |

## Observation

**Standing Posture**   Decreased Lumbar Lordosis

## Range of Motion

**Lumbar AROM**
| | |
|---|---|
| Forward Bending | 30° |
| Backward Bending | 15° |
| Right Rotation | 20° |
| Left Rotation | 20° |
| Right Side Bending | 20° |
| Left Side Bending | 20° |

## Strength

**Gross Muscle Tests Trunk**
| | | |
|---|---|---|
| Core Stabilization | Poor | |
| Upper Abdominals | 3-/5 | |
| Lower Abdominals | 2+/5 | |
| | **Right** | **Left** |
| Obliques | 2+/5 | 2+/5 |
| Trunk Extensors | 3-/5 | 3-/5 |

## Neuro-Vascular

**Valsalva Maneuver**   No Change in Symptoms

| | **Right** | **Left** |
|---|---|---|
| Lasegue's SLR | Negative | Negative |

## Palpation

**Palpation**
| | |
|---|---|
| Right Quadratus Lumborum | Painful to Deep Palpation |
| Left Quadratus Lumborum | Painful to Deep Palpation |

| | **Right** | **Left** |
|---|---|---|
| SI Joint Line | Painful to Deep Palpation | Painful to Deep Palpation |
| Right Sacral Multifidii | Painful to Deep Palpation | |
| Left Sacral Multifidii | Painful to Deep Palpation | |
| Right Piriformis | Painful to Deep Palpation | |
| Left Piriformis | Painful to Deep Palpation | |
| Right Gluteus Maximus | Painful to Deep Palpation | |
| Left Gluteus Maximus | Painful to Deep Palpation | |
| | **Right** | **Left** |
| Greater Trochanter | Painful to Deep Palpation | Painful to Deep Palpation |

| | | |
|---|---|---|
| Goodcare Physical Therapy and Acupuncture, PLLC<br>107 E Broadway Fl 3<br>New York, NY 10002-7037<br>Phone: (212)233-0889<br>Fax: (212)233-0898 | **Physical Therapy Initial Examination** | **Patient Name:** ZENG, XIAMIN<br>**Date of Birth:** 09/09/1981<br>**Document Date:** 07/14/2019 |

## Assessment

**Assessment/Diagnosis:** Pt is a c/o Low back pain. The pt. presents with tenderness, spasm, wekness and stiffness in the region. The pt. also presents with reduced independence and painfree ability to carry out everyday activities such as lifting, carrying, doing laundry, grocery shopping , kitchen work household chores and personal chores. The pt. also mentions restrictions in community and household mobility. Hence the pt. will benefit from PT intervention at this time to be able to carry out all chores without pain and independently. The pt. will further benefit from PT intervention when able to move independently in the community without pain and discomfort there by improve the quality of life.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP. Pt. education. Proper ergonomics. Proper lifting mechanics and good posture taught.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- 1.      Pain
2.      Tenderness
3.      Spasm and tightness in the muscles
4.      Restriction and reduced flexibility
5.      Weakness and reduced strength and endurance
6.      Reduced mobility and restriction had hampered the ability to carry out ADL and IADL independently in a pain free and comfortable manner
7.      Overall affected quality of life due to the pain and discomfort and loss of prior level of functioning

**Short Term Goals:**

1: (6 Weeks)  | 1. Pt. will demonstrate reduced pain and tenderness.
2. Pt will demonstrate reduced tenderness.
3. Pt will demonstrate improved flexibility and reduced muscle spasm

**Long Term Goals:**

1: (12 Weeks)  | 4. Pt. will demonstrate improved ROM
5. Pt. will demonstrate improved muscle strength and endurance
6. Pt. will demonstrate improved functional mobility and improved overall performance. Pt will show ability to manage performing ADL and IADL with independence and in a comfortable manner.
7. Pt. will experience a better coping mechanism; improve functionality with better quality of life.

## Plan

**Frequency:**  1-2 times a week
**Duration:**  12 weeks
**Plan:**  Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, PNF, Posture Education), Manual Therapy (Soft Tissue Mobilization, Myofascial Release, Muscle Energy Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics)

**Modalities**

To Improve (Pain Relief), Electrical Stimulation (Pre-Modulated)



Jonathan Laqui
License #031237
*Electronically Signed by Jonathan Laqui, DPT*

DEF00293