```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

XIAMIN ZENG,

                Plaintiff,                19-cv-3218 (JGK)

     - against -                      ORDER

INSPECTOR JOHN CHELL, et al.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to respond to the defendants' motion for summary judgment is extended to **May 5, 2023**. The defendants may reply by **May 19, 2023**. If the plaintiff fails to respond to the pending motion for summary judgment by May 5, 2023, the motion will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
           April 14, 2023

                                              John G. Koeltl
                                    United States District Judge