UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                Plaintiff,

    - against -

INSPECTOR JOHN CHELL, ET AL.,

                Defendants.

19-cv-3218 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the pending fully briefed motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
            May 18, 2023

                                    John G. Koeltl
                           United States District Judge