UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                Plaintiff,

    - against -

INSPECTOR JOHN CHELL, ET AL.,

                Defendants.

19-cv-3218 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear in person for oral argument on the defendants' motion for summary judgment on **December 20, 2023,** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            December 11, 2023

                                                John G. Koeltl
                                    United States District Judge