**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
XIAMIN ZENG,

                       Plaintiff,

       -against-                                       19 **CIVIL** 3218 (JGK)

                                                                   **JUDGMENT**

JOHN CHELL, ET AL.,

                      Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 23, 2024, the defendants' motion for summary judgment is granted. Zeng's Section 1983 claims alleging excessive force and deliberate indifference to unconstitutional conditions of confinement against Detective Febus are dismissed. Zeng's state-law claims for assault and battery against Detective Febus and the City of New York are dismissed without prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       January 24, 2024

                                                        **RUBY J. KRAJICK**
                                                         Clerk of Court

                                  **BY:**   _____
                                                          **Deputy Clerk**