```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

XIAMIN ZENG,

                Plaintiff,

- against -

INSPECTOR JOHN CHELL, ET AL.,

                Defendants.

19-cv-3218 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received the attached document from the plaintiff acting pro se, which seeks reconsideration of this Court's order dated January 23, 2024. But the plaintiff is represented by Sim & DePaolo, LLP, and is not acting as a pro se plaintiff at this point in this case.

Sim & DePaola, LLP may submit any statement in connection with the plaintiff's pro se application by **February 23, 2024.** The defendants may submit any response by **March 8, 2024.** Any replies are due by **March 18, 2024.** Sim & Depaola should assure that copies of the submissions are provided to the plaintiff.

SO ORDERED.

Dated:    New York, New York
           February 2, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge