```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

XIAMIN ZENG,

               Plaintiff,

    - against -

INSPECTOR JOHN CHELL, ET AL.,

               Defendants.

------------------------------------------------

19-cv-3218 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff advises that she discharged her counsel, Sim & DePaolo, LLP ("Sim & DePaola"), on February 1, 2024. See ECF No. 139. The plaintiff also advises that she does not object to the withdrawal of Sim & DePaola, see id., and that she intends to represent herself pro se, see id. Therefore, Sim & DePaola is relieved of the representation of the plaintiff in this case, see Local Civil Rule 1.4, and all subsequent correspondence should be sent to the plaintiff via the Court's Electronic Case Filing System (ECF).

The time for the defendants to respond to the plaintiff's motion for reconsideration, ECF No. 132, is **March 27, 2024**. The time for the plaintiff to reply is **April 8, 2024**.

**SO ORDERED.**

Dated:    New York, New York
            March 6, 2024

                                        /s/ John G. Koeltl
                                       _____
                                          **John G. Koeltl
                                   United States District Judge**