UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAMIN ZENG,

              Plaintiff,

    - against -

JOHN CHELL, ET AL.,

              Defendants.

---

19-cv-3218 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a motion to vacate judgment. See ECF No. 152. The defendants should respond by **April 24, 2025**. The plaintiff may reply by **May 5, 2025**.

SO ORDERED.

Dated:    New York, New York
           April 10, 2025

                                        John G. Koeltl
                                      United States District Judge