---

Application Granted. SO ORDERED.

Dated:   May 23, 2025            _/s/ John G. Koeltl_
         New York, New York    John G. Koeltl, U.S.D.J.

---

Zeng v. Chell, 19 Civ. 03218 – Motion to Seal Exhibits (FRCP 5.2(d))

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

**XIAMIN ZENG,**
**Plaintiff,**
**-against-**
**Case No. 19 Civ. 03218 (JGK) (KHP)**
**JOHN CHELL, ET AL.,**
**Defendants.**
--------------------------------------------------------

**MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO FED. R. CIV. P. 5.2(d)**
--------------------------------------------------------

Plaintiff Xiamin Zeng, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 5.2(d) for permission to file unredacted versions of Exhibits A, B, C, E, G, and J, attached to the Supplemental Motion to Vacate Judgment (filed May 16, 2025), under seal for in camera review. This motion supports the Supplemental Motion (ECF Nos. 152, 154, 157) and complies with the Privacy Protection Statement therein (page 8).

**Dated**: May 16, 2025
**New York, New York**
**Xiamin Zeng**
Plaintiff Pro Se
110 Columbia St, Apt 1A
New York, NY 10002
amyzane77@gmail.com
929-257-1509

1

Zeng v. Chell, 19 Civ. 03218 – Motion to Seal Exhibits (FRCP 5.2(d))

## I. Purpose of Motion

1. This motion seeks to protect sensitive personal information in Exhibits A (15 pages), B (15 pages), C (7 pages), E (12 pages), G (2 pages), and J (1 page), redacted in the public filing per Fed. R. Civ. P. 5.2(a), the HIPAA Privacy Rule (45 C.F.R. § 164.514), and SDNY Local Rule 5.2(b). Unredacted versions are necessary for the Court's review of Plaintiff's claims under 42 U.S.C. § 1983, alleging deliberate indifference, counsel neglect, and Defendants' non-disclosure.

## II. Redacted Information and Justification

2. The redacted information includes:
a. Social Security Numbers (Exhibits A, B, E): Protected under Fed. R. Civ. P. 5.2(a)(1).
b. Birth Dates (Exhibits A, B, E): Protected under Fed. R. Civ. P. 5.2(a)(2).
c. Third-Party Addresses and Contact Information (Exhibits A, B, E): Protected to ensure privacy of non-parties, per HIPAA and SDNY Local Rule 5.2(b).
d. Family Court Docket Numbers (Exhibit C): Protected under N.Y. Fam. Ct. Act § 166 to maintain confidentiality of child welfare proceedings.
e. Medical Insurance Records (Exhibit J): Protected under HIPAA (45 C.F.R. § 164.514) as protected health information relevant to medical neglect claims.
These redactions align with the Supplemental Motion's Privacy Protection Statement (page 8). Redacted Exhibit E is served to Defendants, while unredacted Exhibits A, B, C, E, and J are filed under seal for in camera review only. Exhibit G is filed publicly without redactions, as it contains only signatures, printed names, and publicly available information, with no sensitive data requiring protection.

## III. Relevance to Case

3. The unredacted exhibits (A, B, C, E, J) are critical to Plaintiff's § 1983 claims, demonstrating:
- Deliberate indifference to medical needs (Exhibit J, medical insurance records documenting a Medicaid coverage gap).
- Excusable neglect by counsel and damages from alleged violations (Exhibits A and B, HIPAA releases, psychotherapy notes releases, and medical/insurance authorizations; Exhibit E, discovery cover letter detailing tax returns, employment records, medical record authorizations, healthcare providers, damages, and related cases).
- Defendants' non-disclosure and counsel neglect (Exhibit C, 2018–2019 tax returns, criminal court record, ACS court record, and job record).
Exhibit G (WilmerHale retainer agreement signature page and screenshots of NYCHA representation) is filed publicly without redactions, demonstrating counsel's conflict of interest. Filing under seal ensures privacy while enabling in camera review, consistent with *Haines v. Kerner*, 404 U.S. 519 (1972), granting pro se leniency.

## IV. Request for Relief

4. Plaintiff respectfully requests:
a. Permission to file unredacted Exhibits A, B, C, E, and J under seal pursuant to Fed. R. Civ. P. 5.2(d).
b. In camera review of unredacted exhibits to evaluate the Supplemental Motion's claims.
c. Maintenance of redacted versions of Exhibits A, B, C, E, and J on the public docket, per Fed. R. Civ. P. 5.2(a), with Exhibit G filed publicly without redactions.
d. Any further relief the Court deems just and proper.

Zeng v. Chell, 19 Civ. 03218 – Motion to Seal Exhibits (FRCP 5.2(d))

## V. Certification of Service

5. I certify that on May 16, 2025, I emailed this motion to Defendants' counsel at zreszytn@law.nyc.gov and ecf@law.nyc.gov, per SDNY Local Rule 5.2(b). Unredacted Exhibits A, B, C, E, and J are filed under seal for court review only and not served on Defendants. Redacted Exhibits A, B, C, E, and J, and unredacted Exhibit G are served on Defendants.

**Dated**: May 16, 2025

**Respectfully submitted**,

**Xiamin Zeng**
Plaintiff Pro Se
110 Columbia St, Apt 1A
New York, NY 10002
amyzane77@gmail.com
929-257-1509

**CC**:
Zoe Reszytniak, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
zreszytn@law.nyc.gov
ecf@law.nyc.gov

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/30/25 Page 4 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | 09/09/1981 | 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 |

| Patient Address |
|---|
| 110 Columbia Street, Apt 1A New York. N Y 1000 2 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Evelyn Alexander, Social Services, University Settlement Society, 184 Eldridge St, New York, NY 1000 2

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

[X] Medical Record from (insert date) 1/1/2018 to (insert date) present

[X] Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

[ ] Other: _____

Include: *(Indicate by Initialing)*

XZ **Alcohol/Drug Treatment**

XZ **Mental Health Information**

**Authorization to Discuss Health Information**

XZ **HIV-Related Information**

(b) [ ] By initialing here _____ I authorize _____

Initials

Name of individual health care provider

to discuss my health information with my attorney, or a government agency, listed here:

_____

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: [ ] At request of individual [X] Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|

| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |
|---|---|

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____  Date: 7/8/20

Signature of patient or representative authorized by law.

**Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

1

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/30/25   Page 5 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 09/09/1981 | Social Security Number 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 |
|---|---|---|

Patient Address
110 Columbia Street, Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1.  This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\*** **RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2.  If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3.  I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4.  I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5.  Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6.  **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7.  Name and address of health provider or entity to release this information:
Andrew Chan MD, 17 Elizabeth St. #502 New York, NY 10013

8.  Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

[X] Medical Record from (insert date) 1/1/2018 to (insert date) present
[X] Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

[ ] Other: _____

Include: *(Indicate by Initialing)*
X Z  **Alcohol/Drug Treatment**
X Z  **Mental Health Information**
X Z  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) [ ] By initialing here _____ I authorize _____
Initials                                              Name of individual health care provider
to discuss my health information with my attorney, or a government agency, listed here:
_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: [ ] At request of individual [X] Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: 7/8/20
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/23/25 Page 6 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name<br>XIAMIN ZENG | Date of Birth<br>09/09/1981 | Social Security Number<br>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 |
|---|---|---|

Patient Address
110 Columbia Street, Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
John Chan. PhD, 17 Elizabeth St. #409. New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) 1/1/2018 _____ to (insert date) Present
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: *(Indicate by Initialing)*
XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
     Initials                                          Name of individual health care provider
to discuss my health information with my attorney, or a government agency, listed here:

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: At request of individual ☐<br>☒Other: Litigation | 11. Date or event on which this authorization will expire:<br>upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: 7/8/20

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

3

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 161-1 Filed 05/3/2025 Page 4 of 155
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 09/09/1981 | Social Security Number 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 |
|---|---|---|

Patient Address
110 Columbia Street, Apt 1A New York. NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Mount Sinai Beth Israel Emergency Room, 281 1st Ave, New York, NY 10003

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

[X] Medical Record from (insert date) 1/1/2018 to (insert date) Present

[X] Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

[ ] Other: _____

Include: *(Indicate by Initialing)*

XZ **Alcohol/Drug Treatment**

XZ **Mental Health Information**

**Authorization to Discuss Health Information**

XZ **HIV-Related Information**

(b) [ ] By initialing here _____ I authorize _____

Initials                                    Name of individual health care provider

to discuss my health information with my attorney, or a government agency, listed here:

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: [ ] At request of individual [X] Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: 7/8/20
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

4

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/23/25 Page 8 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | 09/09/1981 | 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 |

| Patient Address |
|---|
| 110 Columbia Street, Apt 1A New York, NY 10002 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
New York Presbyterian / Lower Manhattan Hospital Emergency Department 170 William St, New York NY 10038

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) 1/1/2018 to (insert date) Present

☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: *(Indicate by Initialing)*
XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                                                        Name of individual health care provider
to discuss my health information with my attorney, or a government agency, listed here:

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: 7/8/20
Signature of patient or representative authorized by law.

**Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 1621   Filed 05/23/25   Page 6 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 09/09/1981 | Social Security Number 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 |
|---|---|---|

Patient Address
110 Columbia Street, Apt 1A New York NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Huachen Wei, MD. 139 Centre St #215 New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) __1/1/2018__ to (insert date) __Present__
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: *(Indicate by Initialing)*
__XZ__ **Alcohol/Drug Treatment**
__XZ__ **Mental Health Information**
__XZ__ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____

Initials
to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                    Date: __7/8/20__
Signature of patient or representative authorized by law.

**Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/22/25 Page 10 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 09/09/1981 | Social Security Number 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 |
|---|---|---|

Patient Address 110 Columbia Street, Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Norman Chan, MD, 202 Canal St. # 602, New York NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

[X] Medical Record from (insert date) 1/1/2018 to (insert date) present

[X] Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

[ ] Other: _____

Include: *(Indicate by Initialing)*

XZ **Alcohol/Drug Treatment**

XZ **Mental Health Information**

**Authorization to Discuss Health Information**

XZ **HIV-Related Information**

(b) [ ] By initialing here_____ I authorize _____

Initials

to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

_____

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: [ ] At request of individual [X] Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: 7/8/20

Signature of patient or representative authorized by law.

**Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/25/25 Page 18 of 155
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 09/09/1981 | Social Security Number 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 |
|---|---|---|

Patient Address
110 Columbia Street, Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Kathy Feng. AUD. 128 Mott St. #509, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York, NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) __1/1/2018__ to (insert date) __present__
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here_____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:
Name of individual health care provider

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                    Date: __7/8/20__

Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/22/25   Page 29 of 155
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 09/09/1981 | Social Security Number 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 |
|---|---|---|

Patient Address
110 Columbia Street, Apt IA New York NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Jing Guo, AVD . 217 Grand St. Ste 6, New York NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) 1/1/2018 to (insert date) Present
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here_____ I authorize _____
Initials                                    Name of individual health care provider
to discuss my health information with my attorney, or a government agency, listed here:

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____    Date: 7/8/20
Signature of patient or representative authorized by law.

**Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/30/25 Page 13 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | 09/09/1981 | 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 |

Patient Address
110 Columbia Street, Apt 1A New York. NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Jeffrey Chan, Acupuncture Clinic 107 E Broadway 3 FL New York, NY 10002

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq 100 Church Street, New York, NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) 1/1/2018 to (insert date) Present
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:
Name of individual health care provider

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐At request of individual ☒Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____     Date: 7/8/20
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

10

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/30/25   Page 14 of 105
Exhibit A – July 2020 Authorizations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

XIAMIN ZENG,

19-CV-3218 (JGK) (KHP)

Plaintiff,

-against-

**RELEASE FOR
PSYCHOTHERAPY
NOTES**

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

Defendants.

-------------------------------------------------------------------x

TO:  _Andrew Chin, M.D. Psychiatrist_ [Health Care Provider]
_17 Elizabeth St, #501_ [Address]
_New York, NY, 10013_ [City, State, Zip]

Pursuant to the Health Insurance Portability and Accountability Act (HIPAA)
Privacy Regulations, 45 CFR § 164.508, YOU ARE HEREBY AUTHORIZED AND
DIRECTED to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York,
attorney for the defendants in the above-captioned case, or to his authorized representative, a
certified copy of all psychotherapy notes of XIAMIN ZENG (Date of Birth: _09/09/1981_ ;
SS #: _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_ ) who was examined or treated in your hospital or by you on or about
_generalized anxiety disorder_

The reason for this release of information is (a) at the request of individual, or (b)
_____. This authorization will terminate upon the resolution of my
lawsuit. The aforementioned expiration date has not passed as this matter is ongoing.

I have the right to revoke this authorization in writing by providing a signed,
written notice of revocation to the health care provider listed above and to James E. Johnson,
except to the extent that the provider listed above has taken action in reliance on this
authorization. Medical providers may not condition treatment or payment on whether the above-
listed patient executes this authorization. The information disclosed pursuant to this authorization
may be subject to re-disclosure and no longer protected by the privacy regulations promulgated
pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

Dated:     New York, New York
_7/8_ , 2020

_____
**XIAMIN ZENG**

STATE OF NEW YORK     )
: SS:
COUNTY OF _Queens_     )

On the _8th_ day of _July_____, 2020, before me personally came and
appeared XIAMIN ZENG, to me known and known to me to be the individual described in and
who executed the foregoing instrument, and who duly acknowledged to me that she executed the
same.

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

_____
NOTARY PUBLIC

11

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/30/25   Page 15 of 105
Exhibit A – July 2020 Authorizations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

XIAMIN ZENG,

19-CV-3218 (JGK) (KHP)

Plaintiff,

-against-

**RELEASE FOR
PSYCHOTHERAPY
NOTES**

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

Defendants.

-----------------------------------------------------------------------x

TO:   John Chan, Ph.D. Psychologist [Health Care Provider]
      17 Elizabeth St. # 409      [Address]
      New York, NY 10013          [City, State, Zip]

          Pursuant to the Health Insurance Portability and Accountability Act (HIPAA)
Privacy Regulations, 45 CFR § 164.508, YOU ARE HEREBY AUTHORIZED AND
DIRECTED to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York,
attorney for the defendants in the above-captioned case, or to his authorized representative, a
certified copy of all psychotherapy notes of XIAMIN ZENG (Date of Birth: 09/09/1981 ;
SS #: 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 ) who was examined or treated in your hospital or by you on or about
PTSD          .

          The reason for this release of information is (a) at the request of individual, or (b)
_____. This authorization will terminate upon the resolution of my
lawsuit. The aforementioned expiration date has not passed as this matter is ongoing.

          I have the right to revoke this authorization in writing by providing a signed,
written notice of revocation to the health care provider listed above and to James E. Johnson,
except to the extent that the provider listed above has taken action in reliance on this
authorization. Medical providers may not condition treatment or payment on whether the above-
listed patient executes this authorization. The information disclosed pursuant to this authorization
may be subject to re-disclosure and no longer protected by the privacy regulations promulgated
pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

Dated:    New York, New York
          7/8    , 2020                              _____
                                                    **XIAMIN ZENG**

STATE OF NEW YORK        )
                         :  SS:
COUNTY OF  Queens        )

          On the  8th  day of  July      , 2020, before me personally came and
appeared XIAMIN ZENG, to me known and known to me to be the individual described in and
who executed the foregoing instrument, and who duly acknowledged to me that she executed the
same.

          FUXIANG YE
Notary Public – State of New York
       NO. 01YE6364486
   Qualified in Queens County        NOTARY PUBLIC
My Commission Expires Sep 18, 2021

12

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/25    Page 16 of 105
Exhibit A – July 2020 Authorizations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

XIAMIN ZENG,

                                   **MEDICARE RECORDS**
                Plaintiff,        **RELEASE**

           -against-                19-CV-3218 (JGK) (KHP)

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

                         Defendants.
------------------------------------------------------------------------x

TO:    FOIA Service Center/FOIA Public Liaison
        Centers for Medicare Services
        26 Federal Plaza
        New York, NY 10278

      **YOU ARE HEREBY AUTHORIZED** and I hereby request you to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a **CERTIFIED COPY** of the entire file of XIAMIN ZENG (Date of Birth: 09/09/81 ; SS #: 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 ), who received Medicare benefits from February, 2018 to present .

      The Medicare file authorized for release includes, but is not limited to, any and all applications, determinations, correspondence, payments or credits made to such person.

      The reason for this release of information is (a) at the request of individual, or (b) _____.

      This Authorization will expire at the conclusion of the above-captioned litigation.

      I understand that I have the right to revoke this authorization at any time. I must do so by writing to the same person(s) or class of persons that I directed this authorization to. The revocation will not apply to information that has already been released in response to this authorization.

      I understand that my refusal to authorize disclosure of my personal medical information will have no effect on my enrollment, eligibility for benefits, or the amount Medicare pays for the health services I receive.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/30/25   Page 14 of 105
Exhibit A – July 2020 Authorizations

I understand that information disclosed pursuant to this authorization may be re-disclosed by the recipient and may no longer be protected by law.

Dated:     New York, New York
           7/8 ____, 2020

 

                                     XIAMIN ZENG

STATE OF NEW YORK    )
                       : SS:
COUNTY OF _Queens_    )

On the __8th__ day of __July_____, 2020, before me personally came and appeared XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

                           NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/30/25 Page 15 of 105
Exhibit A – July 2020 Authorizations

## NEW YORK STATE DEPARTMENT OF HEALTH
### OFFICE OF HEALTH INSURANCE PROGRAMS
**AUTHORIZATION TO RELEASE PROTECTED MEDICAID MEMBER INFORMATION TO A THIRD PARTY**

Medicaid Member Name (required): XIAMIN ZENG

Date of Birth (required): 09 / 09 / 1981

**At least one of the following identification numbers is required, preferably both.**

Client Identification Number (CIN): 742115930     Social Security Number (SSN): 747 - 94 - 9901

Persons/organizations authorized to receive or use the information:

Name: Stephanie De Angelis

Address: 100 Church St

City: New York     State: NY     Zip: 10007

Phone Number: ( 212 ) 356-3513

Dates authorized: ☐ All   OR   From 03 / 01 / 2018 To __ / __ / __   OR   ☒ To Present

Purpose of the use/disclosure: Legal Matter

Will the person/program requesting the authorization receive financial or in-kind compensation in exchange for using or disclosing the health information described above? Yes ☒     No ____

1. I understand that my health care and the payments for my health care will not be affected if I do not sign this form except in some situations when information is needed for the health plan's eligibility or enrollment determinations relating to the individual.

2. I understand, with few exceptions, that I may see and copy the information described on this form if I ask for it, and that I may get a copy of this form after I sign it.

3. I may revoke this authorization at any time by notifying the Department of Health in writing at the address below, but, if I do, it will not have any effect on actions that the Department took before they received the revocation. If not previously revoked, this authorization will expire upon completion of this request or one year from the date this form is signed, whichever comes first.

4. I understand that this authorization is voluntary. I understand that if the organization authorized to receive the information is not a health plan, health care provider or clearinghouse, the released information may no longer be protected by federal privacy regulations, and therefore the recipient of the confidential data may re-disclose the confidential data.

By signing this form I understand that I am allowing the New York State Department of Health to use or disclose all of the payment information for the Medical Member as indicated above, including data on certain conditions such as HIV/AIDS, Mental Health and Alcohol and Substance Abuse. I specially authorize release of such information to the person(s) indicated above as the recipient.

_____     7/8/20
Signature of Medicaid member of Agent     Date

_____     _____
If not member, name of person signing for member     Authority to sign on behalf of member

_____     _____
Witness Signature     Witness Name

Please return to:     Medical Data Warehouse - CDRs
                      NYSDOH - MISCNY
                      ESP P1-11S Dock J
                      Albany, New York 12237

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/23/25   Page 19 of 105
Exhibit B – 2019 Authorizations



**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ZACHARY W. CARTER
*Corporation Counsel*

RITA SHAPSIS
Phone:(212) 356-3543
Fax: (212) 356-3509
rshapsis@law.nyc.gov

June 11, 2019

Edgar Mikel Rivera, Esq.
The Harman Firm, LLP
381 Park Avenue South
Ste 1220
New York, NY 10016

Re: <u>Xiamin Zeng v. John Chell, et al.</u>
19CV03218

Dear Mr. Rivera:

This office is in receipt of the complaint in the above-referenced action. The complaint alleges physical and/or emotional injuries as a result of the incident described in the complaint. In order for this lawsuit to proceed, the medical records pertaining to the incident described in the complaint must be available to defendants. Enclosed please find a medical release form.

Please have your client execute the release before a notary public and return the release to me within one week of the above date. **On the release, your client should provide the name and address of the medical provider, the date or dates of treatment, names or aliases used, the client's social security number and the client's date of birth. Also please have your client check off all of the boxes on the release.** The social security number and the date of birth are needed so that the medical provider can identify the proper records which concern plaintiff's treatment. Until the executed release is received by this office, we cannot secure the relevant medical records. Consequently, we will not be able to properly assess this case, or proceed to discovery. Your failure to promptly return this release will unduly delay this litigation. If you have any questions, please do not hesitate to call me.

Thank you for your attention to this matter.

Very truly yours,

Rita Shapsis
Paralegal
Special Federal Litigation Division

Enc.
cc:   Stephanie De Angelis, Esq.
       Assistant Corporation Counsel

1

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/25    Page 20 of 105
Exhibit B – 2019 Authorizations

?D STATES DISTRICT COURT
'ERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

 IAMIN ZENG,

                                        Plaintiff,

                   -against-

JOHN CHELL, ET AL.,

                                        Defendants

-------------------------------------------------------------x

**AUTHORIZATION TO
DISCLOSE MEDICAL
INFORMATION**

19CV03218 (JGK)

TO: Andrew Chan, MD, 17 Elizabeth St, #502, New York, NY 10013
NAME AND ADDRESS OF MEDICAL PROVIDER

    I authorize the use and disclosure of XIAMIN ZENG'S health information as described below.

    **YOU ARE HEREBY AUTHORIZED** to furnish to ZACHARY W. CARTER, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a **CERTIFIED COPY** of the entire medical or hospital record of XIAMIN ZENG (Date of Birth: 9/9/1981 ; SS #: 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 ) who was examined or treated in your hospital or by you on or about April 2018 .

    The medical record authorized for release includes any and all x-rays of said person and any and all diagnostic tests, studies, or reports of examinations relating to such person.

    I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol, and drug abuse.

    This information may be disclosed to and used by the following organization:
The Office of the Corporation Counsel
100 Church Street
New York, NY 10007
for the purpose of defense of civil litigation

    I understand I have the right to revoke this authorization at any time. In understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. Unless otherwise revoked, this authorization will expire on the following date, event or condition: upon exhaustion . If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

2

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 164-1    Filed 05/23/2025    Page 21 of 105

I understand that authorization the disclosure of this health information is voluntary, I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated:      New York, New York

        June 19, 2019

_____
XIAMIN ZENG


STATE OF NEW YORK    )
                    : SS:
COUNTY OF New York    )

On the 19 day of June, 2019, before me personally came and appeared XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

EDGAR M RIVERA
Notary Public - State of New York
NO. 02RI6331148
Qualified in New York County
My Commission Expires Oct 5, 2019

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 161-1   Filed 05/23/2025   Page 22 of 105
Exhibit B – 2019 Authorizations

**HHC**

**NYCHHC HIPAA Authorization to Disclose Health Information**

ALL FIELDS MUST BE COMPLETED

THIS FORM MAY NOT BE USED FOR RESEARCH OR MARKETING, FUNDRAISING OR PUBLIC RELATIONS AUTHORIZATIONS

| PATIENT NAME/ADDRESS | DATE OF BIRTH | PATIENT SSN |
|---|---|---|
| XiaMin Zeng | 09/09/1981 | 747·94·9901 |
| 110 Columbia St. Apt.1A, New York, NY 10002 | MEDICAL RECORD NUMBER | TELEPHONE NUMBER |
| | | 929·250·4690 |

| NAME OF HEALTH PROVIDER TO RELEASE INFORMATION | SPECIFIC INFORMATION TO BE RELEASED: |
|---|---|
| Andrew Chan, MD | Information Requested – |
| 17 Elizabeth St. #502 | |
| New York, NY 10013 | Treatment Dates from April 2018 to present |

| NAME & ADDRESS OF PERSON OR ENTITY TO WHOM INFO. WILL BE SENT | INFORMATION TO BE RELEASED (If the box is checked, you are authorizing the release of that type of information). Please note: unless all of the boxes are checked, we may be unable to process your request. |
|---|---|
| Stephanie De Angelis, Esq. The Office of Corporate Counsel 100 Church St. New York, NY 10007 | ☒ Alcohol and/or Substance Abuse Program Information     ☒ Mental Health Information |
| | ☐ Genetic Testing Information     ☒ HIV/AIDS-related Information |

| REASON FOR RELEASE OF INFORMATION | WHEN WILL THIS AUTHORIZATION EXPIRE? (Please check one) |
|---|---|
| ☒ Legal Matter     ☐ Individual's Request | ☒ Event: upon exhaustion of appeals ☐ On this date: _____ |
| ☐ Other (please specify): | |

I, or my authorized representative, authorize the use or disclosure of my medical and/or billing information as I have described on this form.

I understand that my medical and/or billing information could be re-disclosed and no longer protected by federal health information privacy regulations if the recipient(s) described on this form are not required by law to protect the privacy of the information.

I understand that if my medical and/or billing records contain information relating to **ALCOHOL** or **SUBSTANCE ABUSE, GENETIC TESTING, MENTAL HEALTH,** and/or **CONFIDENTIAL HIV/AIDS RELATED INFORMATION,** this information will not be released to the person(s) I have indicated unless I check the box(es) for this information on this form.

I understand that if I am authorizing the use or disclosure of HIV/AIDS-related information, the recipient(s) is prohibited from using or re-disclosing any HIV/AIDS-related information without my authorization, unless permitted to do so under federal or state law. I also understand that I have a right to request a list of people who may receive or use my HIV/AIDS-related information without authorization. If I experience discrimination because of the use or disclosure of HIV/AIDS-related information, I may contact the New York State Division of Human Rights at 212.480.2493 or the New York City Commission of Human Rights at 212.306.7450. These agencies are responsible for protecting my rights.

I understand that I have a right to refuse to sign this authorization and that my health care, the payment for my health care, and my health care benefits will not be affected if I do not sign this form. I also understand that if I refuse to sign this authorization, NYCHHC cannot honor my request to disclose my medical and/or billing information.

I understand that I have a right to request to inspect and/or receive a copy of the information described on this authorization form by completing a Request for Access Form. I also understand that I have a right to receive a copy of this form after I have signed it.

I understand that if I have signed this authorization form to use or disclose my medical and/or billing information, I have the right to revoke it at any time, except to the extent that NYCHHC has already taken action based on my authorization or that the authorization was obtained as a condition for obtaining insurance coverage.

To revoke this authorization, please contact the facility Health Information Management department processing this request.

*I have read this form and all of my questions have been answered. By signing below, I acknowledge that I have read and accept all of the above.*

| SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE | IF NOT PATIENT, PRINT NAME & CONTACT INFORMATION OF PERSONAL REPRESENTATIVE SIGNING FORM |
|---|---|
| *(signature)* | |
| DATE 06/19/2019 | DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY TO ACT ON BEHALF OF PATIENT |

**If HHC has requested this authorization, the patient or his/her Personal Representative must be provided a copy of this form after it has been signed.**

| HHC USE ONLY | |
|---|---|
| Date Received: | Initials of HIM employee processing request: |
| Date Completed: | Comments: |

NYCHHC HIPAA Authorization 2413, Revised 06-05

4

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/23/25   Page 23 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

| Patient Address 110 Columbia St., Apt 1A New York, NY 10002 |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Andrew Chan, MD, 17 Elizabeth St. #502, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (*Indicate by Initialing*)
X Z **Alcohol/Drug Treatment**
X Z **Mental Health Information**
X Z **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
_____ Initials _____ Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: <br><br> **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____ Date: 6/19/19 _____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/23/2025   Page 24 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

Patient Address 110 Columbia St. Apt. 1A New York. NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Chun-Kit Chan, MD, CKC Medical Office 2 Mott St. #305, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq. 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)

_XZ_ **Alcohol/Drug Treatment**
_XZ_ **Mental Health Information**
_XZ_ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials                                Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____
Signature of patient or representative authorized by law.

Date: 6/19/19

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell. 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 164-1 Filed 05/22/2025 Page 25 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
### [This form has been approved by the New York State Department of Health]

| Patient Name | XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|---|

| Patient Address | 110 Columbia St Apt 1A New York, NY 10002 |
|---|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Tak W. Kwan, MD, 139 Centre St, #307, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10001

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)

XZ **Alcohol/Drug Treatment**

XZ **Mental Health Information**

XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
　　　　　　　　　　Initials　　　　　　　　　　　　Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 164-1    Filed 05/23/2025    Page 26 of 105
Exhibit B – 2019 Authorizations

OCA Official Form No.: 960



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

Patient Address  110 Columbia St Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Jing Guo, AUD, 217 Grand St, Ste 6, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
    XZ  Alcohol/Drug Treatment
    XZ  Mental Health Information
    XZ  HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
                  Initials                       Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: <br><br> **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS**. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell. 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/23/2025   Page 27 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

| Patient Address 110 Columbia St Apt 1A New York, NY 10002 |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Kathy Feng, AUD, 128 Mott St #509, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq. 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
_XZ_ Alcohol/Drug Treatment
_XZ_ Mental Health Information
_XZ_ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS.** The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/23/2025   Page 28 of 105
Exhibit B – 2019 Authorizations

OCA Official Form No.: 960



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name   XIAMIN ZENG | Date of Birth  9/9/81 | Social Security Number  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 |
| --- | --- | --- |

| Patient Address   110 Columbia St Apt 1A New York, NY 10002 |
| --- |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Norman Chan, MD, 202 Canal St. #602, New York, NY 10013

8. Name and addresses of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
- ☐ Medical Record from (insert date) _____ to (insert date) _____
- ☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (Indicate by Initialing)
- XZ  **Alcohol/Drug Treatment**
- XZ  **Mental Health Information**
- XZ  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
　　　　　　　　　　Initials　　　　　　　　　Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:  ☐ At request of individual  ☑ Other: **litigation** | 11. Date or event on which this authorization will expire:  **upon the exhaustion of appeals** |
| --- | --- |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

10

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/2025   Page 29 of 105
Exhibit B – 2019 Authorizations

OCA Official Form No.: 960



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

Patient Address  110 Columbia St Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Huachen Wei, MD, 139 Centre St. #215, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq. 100 Church Street, New York, NY 10007

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

X Z  **Alcohol/Drug Treatment**
X Z  **Mental Health Information**
X Z  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
             Initials                      Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:
_____

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: <br><br> **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell. 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/27/2025   Page 30 of 105
Exhibit B – 2019 Authorizations

OCA Official Form No.: 960



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth  9/9/81 | Social Security Number  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 |
|---|---|---|
| Patient Address   110 Columbia St Apt 1A New York, NY 10002 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
New York-Presbyterian/Lower Manhattan Hospital Emergency Department, 170 William St, New York, NY 10038

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie DeAngelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
- ☐ Medical Record from (insert date) _____ to (insert date) _____
- ☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (Indicate by Initialing)
- X Z  Alcohol/Drug Treatment
- X Z  Mental Health Information
- X Z  HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
    Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: <br> **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

12

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 161-1   Filed 05/23/25   Page 13 of 55
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
**[This form has been approved by the New York State Department of Health]**

| Patient Name  XIAMIN ZENG | Date of Birth  09/09/81 | Social Security Number  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 |
|---|---|---|

Patient Address   110 Columbia St, Apt 1A   New York   NY   10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Mount Sinai Beth Israel Emergency Room, 281 1st Ave, New York, NY 10003

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie DeAngelis, Esq., 100 Church Street, New York, NY 10001

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____                                    Include: (*Indicate by Initialing*)
                                                           XZ   **Alcohol/Drug Treatment**
                                                           XZ   **Mental Health Information**
                                                           XZ   **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
              Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:  ☐ At request of individual  ☑ Other: **litigation** | 11. Date or event on which this authorization will expire:  **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____           Date: 6/19/19
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS.** The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/30/25   Page 32 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

Patient Address 110 Columbia St, Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
John Chan, PhD, 17 Elizabeth St, #409, New York, NY 10013

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq, 100 Church Street, New York, NY, 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)
XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                                          Date: 6/19/19
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS.** The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

14

Zeng v. Chell. 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 164-1   Filed 05/23/2025   Page 33 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth 9/9/81 | Social Security Number 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 |
|---|---|---|

Patient Address 110 Columbia St. Apt 1A New York, NY 10002

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
University Settlement Care Coordination Services, 184 Eldridge St, New York, NY 10002

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
- ☐ Medical Record from (insert date) _____ to (insert date) _____
- ☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (*Indicate by Initialing*)

X Z  **Alcohol/Drug Treatment**
X Z  **Mental Health Information**
X Z  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
      Initials                       Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **litigation** | 11. Date or event on which this authorization will expire:<br>**upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____       Date: 6/19/19
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/25   Page 34 of 105
Exhibit C – July 2020 Document Package

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2018** | OMB No. 1545-0074 | IRS Use Only–Do not write or staple in this space. |
|---|---|---|---|---|

Filing status: ☐ Single  ☐ Married filing jointly  ☐ Married filing separately  ☒ Head of household  ☐ Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| XIAMIN | ZENG | 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 |

Your standard deduction:  ☐ Someone can claim you as a dependent  ☐ You were born before January 2, 1954  ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Spouse standard deduction:  ☐ Someone can claim your spouse as a dependent  ☐ Spouse was born before January 2, 1954  ☒ Full-year health care coverage
☐ Spouse is blind  ☐ Spouse itemizes on a separate return or you were a dual-status alien    or exempt (see instr.)

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.   Presidential Election Campaign
110 COLUMBIA STREET #1A   (see instr.) ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.   If more than four dependents,
NEW YORK   NY 10002   see instr. and ✓ here ▶

| Dependents (see instructions): | | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instr.) | |
|---|---|---|---|---|---|
| (1) First name | Last name | | | Child tax credit | Credit for other dependents |
| LONGMAN | LIU | 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 | Son | ☒ | |
| | | | | | |
| | | | | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |

| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | PTIN | Check if: |
|---|---|---|---|---|
| | EVA CEN EA | EVA CEN EA | P00744121 | ☐ 3rd Party Designee |
| | Firm's name ▶ KAFFCO & COMPANY, INC. | | | ☐ Self-employed |
| | Firm's address ▶ 128 Mott St Ste 508 | Firm's EIN 13-3962257 | |
| | New York NY 10013-5575 | Phone no. 212-965-1968 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2018)

DAA

1

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/30/25 Page 35 of 105
Exhibit C – July 2020 Document Package

Form 1040 (2018)   XIAMIN ZENG                                                    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   Page **2**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | **1** | |
| | **2a** | Tax-exempt interest | **2a** | | **b** | Taxable interest | **2b** | |
| | **3a** | Qualified dividends | **3a** | | **b** | Ordinary dividends | **3b** | |
| | **4a** | IRAs, pensions, and annuities | **4a** | | **b** | Taxable amount | **4b** | |
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | **5a** | Social security benefits | **5a** | | **b** | Taxable amount | **5b** | |
| | **6** | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | | | | **6** | 0 |
| | **7** | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise | | | | | | |
| **Standard Deduction for –** | | subtract Schedule 1, line 36, from line 6 | | | | | **7** | 0 |
| • Single or married filing separately, $12,000 | **8** | **Standard deduction or itemized deductions** (from Schedule A) | | | | | **8** | 18,000 |
| | **9** | Qualified business income deduction (see instructions) | | | | | **9** | |
| • Married filing jointly or Qualifying widow(er), $24,000 | **10** | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | | | **10** | 0 |
| | **11** | **a** Tax (see instr.) _____ 0. (check if any from: **1** ☐ Form(s) 8814 **2** ☐ Form 4972 **3** ☐ _____ _____ ) | | | | ▶ | | |
| • Head of household, $18,000 | | **b Add** any amount from Schedule 2 and check here | | | | ▶ ☐ | **11** | 0 |
| • If you checked any box under Standard deduction, see instructions. | **12** | **a** Child tax credit/credit for other dependents _____ **b Add** any amount from Schedule 3 and check here | | | | ▶ ☐ | **12** | |
| | **13** | Subtract line 12 from line 11. If zero or less, enter -0- | | | | | **13** | 0 |
| | **14** | Other taxes. Attach Schedule 4 | | | | | **14** | |
| | **15** | Total tax. Add lines 13 and 14 | | | | | **15** | 0 |
| | **16** | Federal income tax withheld from Forms W-2 and 1099 | | | | | **16** | |
| | **17** | Refundable credits: **a** EIC (see instr.) _____ **b** Sch 8812 _____ | | | | | | |
| | | **c** Form 8863 _____ | | | | | | |
| | | **Add** any amount from Schedule 5 | | | | | **17** | |
| | **18** | Add lines 16 and 17. These are your total payments | | | | | **18** | |
| **Refund** | **19** | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | | | | | **19** | |
| | **20a** | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here | | | | ▶ ☐ | **20a** | |
| Direct deposit? See instructions. | ▶ **b** | Routing number | | ▶ **c** Type: | ☐ Checking | ☐ Savings | | |
| | ▶ **d** | Account number | | | | | | |
| | **21** | Amount of line 19 you want **applied to your 2019 estimated tax** ▶ | **21** | | | | | |
| **Amount You Owe** | **22** | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | | | | | **22** | 0 |
| | **23** | Estimated tax penalty (see instructions) ▶ | **23** | | | | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2018)

DAA

2

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/25   Page 36 of 105
Exhibit C – July 2020 Document Package

**Form 1040**  Department of the Treasury—Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**  **2019**  OMB No. 1545-0074  IRS Use Only–Do not write or staple in this space.

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| XIAMIN | ZENG | 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 |

If joint return, spouse's first name and middle initial / Last name / Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
110 COLUMBIA STREET #1A

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
NEW YORK  NY 10002

Foreign country name / Foreign province/state/county / Foreign postal code

If more than four dependents, see instr. and ✓ here ▶

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1955  [ ] Are blind  Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | |
| 2a | Tax-exempt interest | 2a | b Taxable interest. Attach Sch. B if required **2b** | |
| 3a | Qualified dividends | 3a | b Ordinary divs. Att. Sch. B if req. **3b** | |
| 4a | IRA distributions | 4a | b Taxable amount **4b** | |
| c | Pensions and annuities | 4c | d Taxable amount **4d** | |
| 5a | Soc. sec. ben. | 5a | b Taxable amount **5b** | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | **6** | |
| 7a | Other income from Schedule 1, line 9 | | **7a** | 0 |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | **7b** | 0 |
| 8a | Adjustments to income from Schedule 1, line 22 | | **8a** | 0 |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | **8b** | 0 |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 12,200 | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | |
| 11a | Add lines 9 and 10 | | **11a** | 12,200 |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | **11b** | 0 |

Standard Deduction for –
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**  Form **1040** (2019)

DAA

3

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/30/25   Page 37 of 105
Exhibit C – July 2020 Document Package

Form 1040 (2019)   XIAMIN  ZENG                                              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   Page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12a | **Tax** (see instr.) Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 | | | | 12a | | 0 |
| | | **3** ☐ | | | | | |
| **b** | Add Schedule 2, line 3, and line 12a and enter the total | | | | ▶ | 12b | 0 |
| 13a | Child tax credit or credit for other dependents | | | 13a | | | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total | | | | ▶ | 13b | |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | | | | 14 | 0 |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | | | | 15 | |
| 16 | Add lines 14 and 15. This is your **total tax** | | | | ▶ | 16 | 0 |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | | | | 17 | |
| 18 | Other payments and refundable credits: | | | | | | |
| **a** | Earned income credit (EIC) | | | 18a | | | |
| **b** | Additional child tax credit. Attach Schedule 8812 | | | 18b | | | |
| **c** | American opportunity credit from Form 8863, line 8 | | | 18c | | | |
| **d** | Schedule 3, line 14 | | | 18d | | | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** | | | | ▶ | 18e | |
| 19 | Add lines 17 and 18e. These are your **total payments** | | | | ▶ | 19 | |

* If you have a qualifying child, attach Sch. EIC.
* If you have nontaxable combat pay, see instructions.

**Refund**

| | | | |
|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | 20 | |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 21a | |

Direct deposit? See instructions.
▶ **b** Routing number [ ]   ▶ **c** Type: ☐ Checking   ☐ Savings
▶ **d** Account number [ ]

| | | | |
|---|---|---|---|
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | 23 | 0 |
| 24 | Estimated tax penalty (see instructions) ▶ | 24 | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.   ☐ **Yes. Complete below.**   ☐ **No**

Designee's name ▶                Phone no. ▶                Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see instr.) |

Phone no.                Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | | PTIN | Check if: |
|---|---|---|---|---|
| EVA CEN  EA | EVA CEN  EA | | P00744121 | ☐ 3rd Party Designee |
| Firm's name ▶ KAFFCO & COMPANY, INC. | | Date 02/22/20 | | ☐ Self-employed |
| 128 Mott St Ste 508 | | Phone no. 212-965-1968 | | |
| Firm's address ▶ New York | NY 10013-5575 | Firm's EIN ▶ 13-3962257 | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                Form **1040** (2019)

DAA

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit C – July 2020 Document Package
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/22/25   Page 38 of 105

## DESIGNATION OF AGENT FOR ACCESS TO RECORDS
## SEALED PURSUANT TO NYCPL §§ 160.50 AND 160.55

I, Xiamin Zeng, Date of Birth _09/09/1981_ , SS# _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_ , NYSID # _2018KN005716_ pursuant to CPL §§ 160.50 and 160.55, hereby designate JAMES E. JOHNSON, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom all records of any of my arrests may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to any and all of my arrests on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_____
Signature

XIAMIN ZENG
_____
Xiamin Zeng

STATE OF NEW YORK      )
                       : SS.:
COUNTY OF   Queens     )

On the _8th_ day of _July_ , 2020, before me personally came _Xiamin Zeng_, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit C – July 2020 Document Package
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/30/25   Page 36 of 105

### DESIGNATION OF AGENT FOR ACCESS TO SEALED
### RECORDS PURSUANT TO FAMILY COURT ACT § 375.1


      I, XIAMIN ZENG, pursuant to FCA § 375.1, hereby designate JAMES E. JOHNSON, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom a CERTIFIED COPY of the records of the criminal action, terminated in my favor, entitled In the Matter of <u>1983 v. Prisoner Civil Right</u>, Docket No. <u>NN -02222-18</u>, in Family Court, County of <u>New York</u>, State of New York, relating to my arrest on or about <u>19-CV-3218</u>, may be made available for photocopying and use in a federal action brought by myself.

      I understand that until now the aforesaid records have been sealed pursuant to FCA § 375.1, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

      I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of FCA § 375.1.

      The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of FCA § 375.1

_____

**XIAMIN ZENG**

STATE OF NEW YORK    )
                       : SS.:
COUNTY OF  Queens   )

On this 8th day of July, 2020, before me personally came XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____

**NOTARY PUBLIC**

FUXIANG YE
Notary Public - State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/30/25 Page 3 of 65
Exhibit C – July 2020 Document Package

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

XIAMIN ZENG,

                                      Plaintiff,

                 -against-

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

                              Defendants.

--------------------------------------------------------------------------x

**RELEASE FOR
EMPLOYMENT
RECORDS**

19-CV-3218 (JGK) (KHP)

TO:    _NYC Housing Auth. 90 church St. 6th Floor New York, NY 10007_
          NAME AND ADDRESS OF EMPLOYER

         **YOU ARE HEREBY AUTHORIZED** to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a **CERTIFIED COPY** of the entire employment record, including but not limited to she application, attendance records, disciplinary records, performance evaluations, workers' compensation records, medical records/nurses records, and/or any doctors notes, and psychiatric/psychological records of XIAMIN ZENG (Date of Birth: _09/09/81_ ; SS #: _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_ ), employed by you from _7/15/2016_ until _5/16/2017_ .

Dated:       New York, New York
             _7/8_ , 2020

                                           _____
                                           **XIAMIN ZENG**

STATE OF NEW YORK      )
                            :   SS:
COUNTY OF _Queens_     )

         On the _8th_ day of _July_ , 2020, before me personally came and appeared XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

                                       _____
                                NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

7

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/2025    Page 38 of 105
Exhibit E – Discovery Cover Letter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                  Plaintiff,

*vs.*

JOHN CHELL et al

                  Defendants.

**RESPONSES TO INTERROGATORIES
AND REQUESTS FOR DOCUMENTS
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 33 AND 34**

**19-CV-3218 (JGK) (KHP)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff, Xiamin Zeng (Plaintiff"), submits the following objections and responses to Defendant's First Set of Interrogatories dated June 26, 2020 ("Interrogatories").

Plaintiff's responses to the Requests reflect Plaintiff's best knowledge after a reasonable search at this point in the litigation. Plaintiff expressly reserves the right to supplement, modify, or add to her responses to the Requests based on her ongoing inquiries.

I, Xiamin Zeng, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

## **INTERROGATORIES**

1. **Identify all persons who witnessed, were present at, or have knowledge of the Incident, including the home and business addresses and telephone numbers of each witness. If you are unable to identify any of the individuals within the meaning of Local Rule 26.3, describe that individual's physical appearance.**

    1. Plaintiff objects to this interrogatory because it's overly broad.
        a. Subject to and without waiving these objections, Plaintiff responds

        as follows:

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/2025    Page 29 of 55

Jacob Gerber Esq. T: 212-556-2186; Kayla Green Esq. T: 212-556-2225

King & Spalding LLP, 1185 Ave of the Americas, New York, NY 100036

Linda S Povman Esq. T: 718-899-6848, 12335 82nd Rd Kew Gardens, NY 11415

Tosha Y Foster Esq. T: 718-544-3499, The Children's Law Center 11821 Queens Blvd

Ste 417 Forest Hills, NY, 11375

Jonathan FBI at New York, T: 212-384-2249, 26 Federal Plaza 23 Floor New York, NY,

10278 Neighbors Apt. 1B-1D, 2A-2C, 110-120 Columbia Street, New York, NY 10002

**2. Identify any and all statements, signed or unsigned, recorded electronically or otherwise, prepared by plaintiff or any other person that relate to the claims and/or subject matter of this litigation.**

       2. Plaintiff objects to this interrogatory because it's overly broad.

           a. Subject to and without waiving these objections, Plaintiff responds

         as follows:

On 1/31/2018, Plaintiff received a text message from Detective Danielle Febus saying her son was in custody at the Queens Child Abuse Squad that she needed to pick him up.
On 1/25/2018, Linda Povman Esq. emailed Plaintiff about Plaintiff's 17-cv-9988 federal complaint against them.
On 04/2018 Plaintiff have a recording obtained from Evelyn Alexander Social worker from University Settlement Society, which is about ACS/CPS and NYPD's harassment against the plaintiff and her son.

  **3. Identify any and all statements, signed or unsigned, recorded electronically or otherwise, prepared by the City of New York, or its agents, servants and/or employees, that relate to the claims and/or subject matter of this litigation.**

       3. Plaintiff objects to this interrogatory because it seeks information not within

Plaintiff's control.

**4. Identify all injuries claimed by plaintiff as a result of the Incident and the medical, psychiatric, psychological, and other treatment provided, if any. For each such treatment received, identify the provider who rendered the treatment to plaintiff. If no treatment was provided for any claimed injury, so state.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/2025    Page 43 of 105
Exhibit E – Discovery Cover Letter

4. Plaintiff objects to this interrogatory because it's already provided as part of Rule

26 disclosures.

    a.  Subject to and without waiving these objections, Plaintiff responds as

       follows:

Evelyn Alexander, Social Services, University Settlement Society for Mental Health
184 Eldridge St, New York, NY 10002 T: 212-674-9120 F: 212-475-3278
Andrew Chan, MD, Psychiatrist for generalized anxiety disorder and major depression
17 Elizabeth St # 502, New York, NY 10013 T: 212-431-9884
John Chan, PhD Psychologist for PTSD
17 Elizabeth St # 409, New York, NY 10013 T: 212-223-2223 F: 212-233-2223
Mount Sinai Beth Israel Emergency Room for dizziness, shortness of breath and nausea.
281 1st Ave, New York, NY 10003 T: 212-844-1644
New York Presbyterian/Lower Manhattan Hospital Emergency Department for dizziness,
shortness of breath and nausea.
170 William St, New York, NY10038 T: 212-312-5070
Huachen Wei, MD, Dermatologist for hair loss and dermatitis
139 Centre St #215, New York, NY 10013 T: 212-343-1257
Norman Chan, MD, Otolaryngologist for hearing loss and dizziness
202 Canal St #602, New York, NY 10013 T: 917-261-2718 F: 917-261-2719
Kathy Feng, MD, Audiologist. New York Hearing Center for hearing loss and hearing aid
128 Mott St #509, New York, NY 10013 T: 212-966-3886
Jing Guo, MD, Audiologist. Oriental K Audiology for dizziness and hearing loss
217 Grand St, Ste 6, New York, NY 10013 T: 646-422-7562 F: 212-431-8246
Jeffrey Chan, Jeffrey Chan Acupuncture Clinic for physical therapy on neck back arms
and legs
107 E Broadway 3Fl, New York, NY 10002 T: 646 354-8828

**5. Identify all economic injuries claimed by plaintiff as a result of the Incident
including, but not limited to, expenditures for medical, psychiatric, or psychological
treatment; lost income; property damage; and attorney's fees. Identify the specific
amounts claimed for each injury.**

   5. Plaintiff objects to this interrogatory because it's overly broad and duplicative.

    a.  Subject to and without waiving these objections, Plaintiff responds as

       follows:

    *A.  Loss of Liberty Damages*

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/2025   Page 44 of 105

Plaintiff suffers loss of liberty damages. Loss of liberty for false arrest claims in 2019 varies between $13,000 and $394,000. *See Martinez v. Port Auth. of N.Y. & N.J.*, No. 01 CIV. 721 (PKC), 2005 WL 2143333, at *22 (S.D.N.Y. Sept. 2, 2005), *aff'd sub nom. Martinez v. The Port Auth. of New York & New Jersey*, 445 F.3d 158 (2d Cir. 2006) (stating that false arrest awards vary between $10,000 and $300,000 adjusted for inflation for 2005); *Gardner v. Federated Dep't Stores, Inc.*, 907 F.2d 1348, 1353 (2d Cir. 1990) (ordering the remittitur of a $300,000 jury award to $200,000 (roughly $344,000 in 2019 dollars) for approximately 8 hours of imprisonment); *Stile v. City of New York*, 172 A.D.2d 743 (2d Dep't 1991) (ordering a remittitur amount of $150,000 [roughly $381,000 in 2019 dollars] for 28 hours of imprisonment).The NYPD held Ms. Zeng approximately 26 hours and handcuffed her for over an hour. During her incarceration, she did not know where her child was. As such, she could expect a significant award for loss of liberty damages.

### B. Emotional Distress Damages

Plaintiff seeks loss of emotional distress damages. Courts have given substantial awards for emotional distress resulting from false arrest. *Gonzalez v. Bratton,* 147 F.Supp.2d 180, 208–09 (S.D.N.Y.2001) (upholding a compensatory award of $250,000 for emotional distress resulting from a false arrest that included a physically invasive search). In *Martinez v. Port Auth. of N.Y. & N.J.*, the Court found that, even though plaintiff was not subject to physical assault by an officer, he still experienced considerable anguish due to his arrest, which included sleeplessness, loss of appetite, anxiety bouts, cessation of social, volunteer, and church activities, ideations of suicide, and concerns about his immigration status. 2005 WL 2143333, at *21. The court held that "an award of $200,000 [in 2005] does not shock the judicial conscience." *Id.* This would be $262,000 in 2019.

As a result of her arrest, Plaintiff was diagnosed with generalized anxiety disorder and major depressive disorder. Her emotional distress is ongoing. In light of the relevant case law, Plaintiff could expect a significant award for emotional distress damages. Plaintiff made a demand of $500,000

**6. Identify all of plaintiff's employers for the past ten (10) years, including the name, telephone number and address of each employer and the dates of each employment.**

6. Plaintiff objects to this interrogatory because it's disproportionate to the needs of

the case and would like to limit the scope of the interrogatory to the past 4 years.

a. Subject to and without waiving these objections, Plaintiff responds as

4

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 164-1 Filed 05/23/25 Page 32 of 55
Exhibit E – Discovery Cover Letter

follows:

7/15/2016-5/15/2017 NYC Housing Auth, 90 Church St 6th Floor, New York, NY 10007
212-306-3000

**7. Identify all medical providers including, but not limited to, doctors, hospitals, psychiatrists, psychologists, social workers and other counseling services, who have rendered treatment to the plaintiff within the past ten (10) years.**

7.  Plaintiff objects to this interrogatory because it's disproportionate to the needs of

the case and duplicative.

a.  Subject to and without waiving these objections, Plaintiff responds as

follows:

See response to Interrogatory 4

**8. Has plaintiff applied for worker's compensation within the past ten (10) years?  If so, identify each employer who provided worker's compensation to plaintiff.**

8.  Plaintiff responds as follows:

None

**9. Has plaintiff applied for social security disability benefits within the past ten (10) years? If so, identify each state, city, or other jurisdiction that provided social security disability benefits to plaintiff.**

9.  Plaintiff responds as follows:

None

**10. Has plaintiff applied for Medicare and/or Medicaid within the past ten (10) years? If so, identify each state, city or other jurisdiction that provided Medicare and/or Medicaid to plaintiff.**

10. Plaintiff responds as follows:

Yes, Medicaid: NN11415T; New York State of Health.

**11. Has plaintiff made a claim with any insurance carrier for physical, mental or emotional injuries within the past ten (10) years? If so, identify each claim by date, injury and insurance carrier.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/2025   Page 46 of 105
Exhibit E – Discovery Cover Letter

11. Subject to and without waiving these objections, Plaintiff responds as follows:

Medicaid NN11415T, Fidelis Care 742115930 and Healthfirst NN11415T covered up (Medical cost was covered by Medicaid after 03/01/2018 except out-of-pocket expenses due to temporary suspense of her Medicaid)
Evelyn Alexander, University Settlement Society for mental health and social services from April, 2018 - Present Medicaid
Andrew Chan, MD, Psychiatrist for generalized anxiety disorder and major depression from May, 2018 - Present Fidelis
John Chan, PhD, Psychologist for PTSD from May, 2018 - Present Fidelis
Mount Sinai Beth Israel Emergency Room for dizziness, shortness of breath, nausea from September, 2018 - Present Medicaid
New York Presbyterian/Lower Manhattan Hospital Emergency Department for dizziness and shortness of breath from September, 2018 - Present Medicaid
Huachen Wei, MD, Dermatologist for hair loss and dermatitis from February, 2019- Present Fidelis
Norman Chan, MD, Otolaryngologist for hearing loss and dizziness from January, 2019 - Present Fidelis
Kathy Feng Audiologist. New York Hearing Center for hearing loss and hearing aid from January, 2019 – Present Healthfirst
Jing Guo, Audiologist. Oriental K Audiology for dizziness and hearing loss from February, 2019 – Present Fidelis
Chan Jeffrey Acupuncture Clinic for physical therapy on neck back legs from June, 2019 –Present Fidelis

**12. Identify all government agencies to whom plaintiff made complaints regarding the Incident including, but not limited to, the Civilian Complaint Review Board ("CCRB") and the Internal Affairs Bureau ("IAB") of the New York City Police Department.**

12. Plaintiff objects to this interrogatory because it's overly broad.

a. Subject to and without waiving these objections, Plaintiff responds as

follows:

NYC Comptroller, NYC Public Advocate, DOJ Office for Victims of Crime, FBI and Congresswoman Nydia Velazquez et al.

**13. Identify each occasion on which plaintiff has been arrested other than the Incident that is the subject of this lawsuit, including the date of the arrest, the charges for which the plaintiff was arrested, and the amount of time that plaintiff spent incarcerated.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/2025    Page 47 of 105

13. Plaintiff objects to this interrogatory because it's disproportionate to the needs of this case.

    a.  Subject to and without waiving these objections, Plaintiff responds as follows:

On 5/3-5/4/2017, ACS claimed that plaintiff violated ACS's order.
On 1/24-1/31/2019, ACS claimed that plaintiff violated ACS's order.
On 3/4-3/5/2019, ACS claimed that plaintiff violated ACS's order again.

**14. Identify each occasion in which plaintiff has been convicted of a felony or misdemeanor, including the date of the conviction, the charges of which plaintiff was convicted, and amount of time that plaintiff spent incarcerated as a result of each conviction.**

14. Plaintiff responds as follows:

None

**15. Identify each lawsuit to which plaintiff has been a party, including the court in which the matter was pending, the docket or index number, and the disposition of the matter.**

15. Plaintiff objects to this interrogatory because it's overly broad.

    a.  Subject to and without waiving these objections, Plaintiff responds as follows:

Zeng v. Chell, 19 –CV-3218 (pending); Zeng v. City, 20-CV-0451 (pending);
Zeng v. NYCHA, 18-CV-12008 (pending); Zeng v. Augustin, 17-cv-9988 (dismissed);
ACS v. Zeng, NN-02222-18 (dismissed); ACS v. Zeng, NN-00114-18/19A (dismissed);
Zeng v. Liu, F-35118-16/17A (Zeng won); Zeng v. Liu, V-00005-14 (Zeng won).

**16. Identify each occasion on which plaintiff has given testimony or statements regarding the subject of this lawsuit.**

16. Plaintiff objects to this interrogatory because it's vague and ambiguous.

    a.  Subject to and without waiving these objections, Plaintiff responds as follows:

Depositions requested by the defendant for her 17-cv-9988 case.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/2025   Page 45 of 105
Exhibit E – Discovery Cover Letter

**17. Identify all treating physicians and other medical providers that plaintiff intends to call at the time of trial.**

17. Plaintiff objects to this interrogatory because it is premature and further discovery

is needed for answering this interrogatory.

a. Subject to and without waiving these objections, Plaintiff responds as

follows:

Andrew Chan, MD, Psychiatrist 17 Elizabeth St # 502, New York, NY 10013
John Chan, PhD Psychologist 17 Elizabeth St # 409, New York, NY 10013
Evelyn Alexander, Social Services, University Settlement184 Eldridge St, New York, NY 10002

**18. Identify all experts that plaintiff expects to call at the time of trial, all correspondence between counsel for plaintiff and any such experts, any notes taken by any such experts and provide all disclosures required pursuant to Federal Rule 26(a)(2).**

18. Plaintiff objects to this interrogatory because it is premature and further discovery

is needed for answering this interrogatory.

**19. Identify all documents prepared by plaintiff, or any other person that relate to the Incident, claims and subject matter of this litigation.**

19. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

**20. Identify all Freedom of Information Law requests and any responses thereto, made by plaintiff or by anyone on plaintiff's behalf, concerning plaintiff's claims in this litigation.**

20. Plaintiff responds as follows:

None

**DOCUMENT REQUESTS**

**1. Produce all the documents identified in the preceding Interrogatories.**

1. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP     Document 162-1     Filed 05/23/2025     Page 49 of 105
Exhibit E – Discovery Cover Letter

a. Subject to and without waiving these objections, Plaintiff directs defendant to documents attached.

**2. Produce all documents regarding the Incident, including documents concerning plaintiff's arrest and criminal prosecution (if any), the minutes of any Grand Jury proceedings and criminal court transcripts, and any and all other documents concerning the Incident that are in plaintiff's possession, custody or control.**

2. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

a. Subject to and without waiving these objections, Plaintiff directs defendant to Document Request 1.

**3. Produce all medical records including, but not limited to, records of doctors, hospitals, psychiatrists, psychologists, social workers, and other counseling services, in plaintiff's possession, custody, or control for treatment received by plaintiff since the Incident and for the five years prior to the Incident, including treatment for any injury resulting from the Incident.**

3. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

a. Subject to and without waiving these objections, Plaintiff responds as follows:

See response to Interrogatory 4 and medical records released by HIPPA waivers.

**4. Produce all photographs and other audio-visual materials documenting the Incident, the scene of the Incident, and all injuries that resulted from the Incident, including injuries to person and property. Defendants request exact duplicates of the original photographs and audio-visual materials.**

4. Plaintiff objects to this interrogatory because it is overly broad and unduly

burdensome.

**5. Produce all documentation of damages that plaintiff alleges stem from the Incident, including, but not limited to, expenditures for medical, psychiatric, or psychological treatment; lost income; property damage; and attorneys fees. Documentation includes, but is not limited to, paid and unpaid bills, original purchase receipts, cancelled checks, charge slips, appraisals, and warranties.**

5. Plaintiff objects to this interrogatory because it is duplicative and

a. Subject to and without waiving these objections, Plaintiff responds as

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/25   Page 50 of 105

follows:

See response to Interrogatory 5

**6. Produce copies of all subpoenas served on any party, or any individual or entity, concerning this litigation.**

6. Plaintiff objects to this interrogatory because it is premature and further investigation is needed to respond to this document request.

**7. Produce all documents received in response to any subpoenas served.**

7. Plaintiff objects to this interrogatory because it is premature and further investigation is needed to respond to this document request.

**8. Produce all documents that relate to all complaints made by plaintiff to any government agency regarding the incident including, but not limited to, the CCRB and IAB of the New York City Police Department.**

8. Plaintiff objects to this interrogatory because it is duplicative.

   a. Subject to and without waiving these objections, Plaintiff direct defendant to Interrogatory 12.

**9. If the plaintiff is claiming lost income in this action, produce plaintiff's federal and state income tax returns since the Incident and for the five years prior to the Incident.**

9. Plaintiff objects to this interrogatory because it is duplicative.

   a. Subject to and without waiving these objections, Plaintiff directs defendant to release for employment records.

   Attached the 2016 -2019 tax returns

**10. Produce: (a) all expert disclosures required pursuant to Federal Rule 26(a)(2); (b) any drafts of any reports or other disclosures required by Fed. R. Civ. P. 26(a)(2); (c) all correspondence between plaintiff's counsel, or anyone acting for or on behalf of plaintiff or plaintiff's counsel, and any experts identified in response to Interrogatory No. 18, including, but not limited to, any documents reflecting any fee agreements and any instructions plaintiff's counsel has provided to the expert**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-1    Filed 05/23/2025    Page 51 of 105
Exhibit E – Discovery Cover Letter

regarding the expert's expected testimony and/or examination of plaintiff; and (d) any notes taken by any experts identified in response to Interrogatory No. 18 regarding plaintiff, plaintiff's counsel, the incident alleged in the complaint, this lawsuit, the expert's expected testimony or the expert's retention by plaintiff's counsel in this action.

    10. Plaintiff objects to this interrogatory because it is premature and further investigation is needed to respond to this document request.

**11. Complete and provide the annexed blank authorizations for release of plaintiff's medical records including, but not limited to, records of doctors, hospitals, psychiatrists, psychologists, social workers and other counseling services for treatment received by plaintiff since the Incident and for the five years prior to the Incident, including treatment for any injury resulting from the Incident.**

    11. Subject to and without waiving these objections, Plaintiff responds as follows:

    Attached the plaintiff's authorizations for release of plaintiff's medical records

**12. Complete and provide the annexed blank authorization for access to plaintiff's records that may be sealed pursuant to N.Y. C.P.L. §§ 160.50 and 160.55. Note that the authorization for access to plaintiff's records that may be sealed pursuant to N.Y. C.P.L.160.50 and 160.55 that is annexed hereto differs from the authorization that may have been provided at the outset of this litigation in that it is not limited to documents pertaining to the arrest and/or prosecution that is the subject of this litigation.**

    12. Subject to and without waiving these objections, Plaintiff responds as follows:

    Attached the plaintiff's authorization for access to plaintiff's records that may be sealed pursuant to N.Y. C.P.L. §§ 160.50 and 160.55

**13. Complete and provide the annexed blank authorizations for release of employment records for each of plaintiff's employers for the past ten (10) years.**

    13. Subject to and without waiving these objections, Plaintiff responds as follows:

    Attached the plaintiff's authorizations for release of employment records

**14. Complete and provide the annexed blank authorization for the unemployment records, if any, of plaintiff.**

    14. Subject to and without waiving these objections, Plaintiff responds as follows:

    Attached the plaintiff's authorization for the unemployment records

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-1   Filed 05/23/2025   Page 29 of 55
Exhibit E – Discovery Cover Letter

**15.  Complete and provide the annexed blank authorizations for insurance carriers with whom plaintiff has made claims within the past ten (10) years.**

    15. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

      a.  Subject to and without waiving these objections, Plaintiff directs

        defendant to release for Medicaid records

**16.  Complete and provide the annexed blank authorization for the records of social security disability benefits, if any, received by plaintiff.**

    16. Subject to and without waiving these objections, Plaintiff responds as follows:

      None

**17.  Complete and provide the annexed blank authorization for plaintiff's  Medicare and/or Medicaid records.**

    17. Subject to and without waiving these objections, Plaintiff responds as follows:

      Attached the plaintiff's authorization for plaintiff's Medicaid records

**18.  Complete and provide the annexed blank authorization for release of the Family Court records.**

    18. Subject to and without waiving these objections, Plaintiff responds as follows:

      Attached the plaintiff's authorization for release of the Family Court records

Xiamin Zeng
Plaintiff *Pro Se*

_____

Dated:  7/8/2020

To: <u>Via U.S. Mail</u>
    Stephanie De Angelis Esq.,
    New York City Law Department
    100 Church Street, Room 3-202
    New York, NY 10007

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
eMedNY: Client Summary
Page 1 of 2
Case 1:19-cv-03218-JGK-KHP Document 162-1 Filed 05/13/2025 Page 53 of 105

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/05/2025 Page 54 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |

| Patient Address |
|---|
| |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| |

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street. New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) __1/1/2018__ to (insert date) __present__

☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
__XZ__ Alcohol/Drug Treatment
__XZ__ Mental Health Information
__XZ__ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here_____ I authorize _____
Initials

to discuss my health information with my attorney, or a government agency, listed here:
Name of individual health care provider

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐At request of individual ☒Other Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: __7/8/20__

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

1

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/20/25 Page 55 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street . New York NY 10007

9. (a). Specific information to be released:

[X] Medical Record from (insert date) **1/1/2018** to (insert date) **Present**
[X] Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

[ ] Other: _____

Include: (Indicate by Initialing)

X Z  **Alcohol/Drug Treatment**
X Z  **Mental Health Information**
X Z  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) [ ] By initialing here _____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: [ ] At request of individual [X] Other: *Litigation* | 11. Date or event on which this authorization will expire: *upon the exhaustion of appeals* |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____
Signature of patient or representative authorized by law.

Date: **7/8/20**

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

2

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/05/2025 Page 56 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form.
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA). I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH** TREATMENT, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) 1/1/2018 to (insert date) present
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ Alcohol/Drug Treatment
XZ Mental Health Information
XZ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: 7/8/20
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

3

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/03/2025 Page 67 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |

| Patient Address |
|---|
| |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| |

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street . New York NY 10007

9. (a). Specific information to be released:

X Medical Record from (insert date) __1/1/2018__ to (insert date) __Present__

X Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: *(Indicate by Initialing)*
__X Z__ **Alcohol/Drug Treatment**
__X Z__ **Mental Health Information**
__X Z__ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____

Initials
to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

_____
(Attorney Firm Name or Government Agency Name)

| 10. Reason for release of information: At request of individual ☐ | 11. Date or event on which this authorization will expire: |
|---|---|
| x Other: *Litigation* | upon the exhaustion of appeals |
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: __7/8/20__

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

4

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/07/2025 Page 58 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |

Patient Address

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form.
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information. I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) $1/1/2018$ to (insert date) Present
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ  **Alcohol/Drug Treatment**
XZ  **Mental Health Information**
XZ  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here_____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:

_____ (Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐At request of individual ☒Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____ Date: $7/8/20$
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/03/2025 Page 59 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**

[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|

| Patient Address |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

X Medical Record from (insert date) __1/1/2018__ to (insert date) __present__

X Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

_____

Include: (*Indicate by Initialing*)
__X Z__ **Alcohol/Drug Treatment**
__X Z__ **Mental Health Information**
__X Z__ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here_____ I authorize _____

Initials

Name of individual health care provider

to discuss my health information with my attorney, or a government agency, listed here:

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of ☒ Other: *Litigation* | 11. Date or event on which this authorization will expire: *upon the exhaustion of appeals* |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: __7/8/20__

Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

6

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/03/2025 Page 60 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |

| Patient Address |
|---|
| |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without my authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq 100 Church Street , New York NY 10007

9. (a). Specific information to be released:

[X] Medical Record from (insert date) __1/1/2018__ to (insert date) __present__

[X] Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ __Alcohol/Drug Treatment__
XZ __Mental Health Information__
XZ __HIV-Related Information__

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____

Initials                                   Name of individual health care provider
to discuss my health information with my attorney, or a government agency, listed here:

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____          Date: __7/8/20__
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/05/2025 Page 61 of 105
Exhibit A – July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |

| Patient Address |
|---|
| |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) __1 / 1 / 2018__ to (insert date) __present__
☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
__XZ__ Alcohol/Drug Treatment
__XZ__ Mental Health Information
__XZ__ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here_____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:
Name of individual health care provider

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐At request of individual ☒Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____     Date: __7/8/20__
Signature of patient or representative authorized by law.

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) — Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/03/2025 Page 62 of 105
Exhibit A — July 2020 Authorizations

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| XIAMIN ZENG | | |

| Patient Address |
|---|
| |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq. 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

☒ Medical Record from (insert date) 1/1/2018 to (insert date) present

☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

XZ **Alcohol/Drug Treatment**

XZ **Mental Health Information**

**Authorization to Discuss Health Information**

XZ **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____

Initials

to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

_____

(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☒ Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: 7/8/20

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/22/25 Page 63 of 152
Exhibit A – July 2020 Authorizations

OCA Official Form No.I 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996
(HIPAA). I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis ESQ 100 Church Street, New York NY 10007

9. (a). Specific information to be released:

X Medical Record from (insert date) 1/1/2018 to (insert date) Present

X Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
X Z Alcohol/Drug Treatment
X Z Mental Health Information
X Z HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials
to discuss my health information with my attorney, or a government agency, listed here:

Name of individual health care provider

_____
(Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual X Other: Litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: 7/8/20

Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

10

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/22/25 Page 64 of 105
Exhibit A – July 2020 Authorizations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

XIAMIN ZENG,

                                                                19-CV-3218 (JGK) (KHP)

                                        Plaintiff,

-against-                                            **RELEASE FOR**
                                                     **PSYCHOTHERAPY**
JOHN CHELL; GARY DENEZZO; GEORGE                     **NOTES**
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

                                        Defendants.

-------------------------------------------------------------------x

TO: ▒▒▒▒▒▒▒▒▒▒▒▒▒ [Health Care Provider]
    ▒▒▒▒▒▒▒▒▒▒▒▒▒ [Address]
    ▒▒▒▒▒▒▒▒▒▒▒▒▒ [City, State, Zip]

         Pursuant to the Health Insurance Portability and Accountability Act (HIPAA)
Privacy Regulations, 45 CFR § 164.508, YOU ARE HEREBY AUTHORIZED AND
DIRECTED to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York,
attorney for the defendants in the above-captioned case, or to his authorized representative, a
certified copy of all psychotherapy notes of XIAMIN ZENG (Date of Birth: ▒▒▒▒▒▒▒ ;
SS #: ▒▒▒▒▒▒▒ ) who was examined or treated in your hospital or by you on or about
▒▒▒▒▒▒▒

         The reason for this release of information is (a) at the request of individual, or (b)
_____. This authorization will terminate upon the resolution of my
lawsuit. The aforementioned expiration date has not passed as this matter is ongoing.

         I have the right to revoke this authorization in writing by providing a signed,
written notice of revocation to the health care provider listed above and to James E. Johnson,
except to the extent that the provider listed above has taken action in reliance on this
authorization. Medical providers may not condition treatment or payment on whether the above-
listed patient executes this authorization. The information disclosed pursuant to this authorization
may be subject to re-disclosure and no longer protected by the privacy regulations promulgated
pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

Dated:      New York, New York
            7/8 , 2020

                                                     _____
                                                     XIAMIN ZENG

STATE OF NEW YORK          )
                           :  SS:
COUNTY OF Queens           )

         On the 8th day of July , 2020, before me personally came and
appeared XIAMIN ZENG, to me known and known to me to be the individual described in and
who executed the foregoing instrument, and who duly acknowledged to me that she executed the
same.

    FUXIANG YE
Notary Public - State of New York
    NO. 01YE6864486
Qualified in Queens County
My Commission Expires Sep 18, 2021          NOTARY PUBLIC

                                        11

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 65 of 105
Exhibit A – July 2020 Authorizations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

XIAMIN ZENG,

19-CV-3218 (JGK) (KHP)

Plaintiff,

-against-

**RELEASE FOR
PSYCHOTHERAPY
NOTES**

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

Defendants.

----------------------------------------------------------------------x

TO: ████████████    [Health Care Provider]
    ████████████    [Address]
    ████████████    [City, State, Zip]

      Pursuant to the Health Insurance Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR § 164.508, YOU ARE HEREBY AUTHORIZED AND DIRECTED to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a certified copy of all psychotherapy notes of XIAMIN ZENG (Date of Birth: ████████ ; SS #: ████████ ) who was examined or treated in your hospital or by you on or about ████████ .

      The reason for this release of information is (a) at the request of individual, or (b) _____ . This authorization will terminate upon the resolution of my lawsuit. The aforementioned expiration date has not passed as this matter is ongoing.

      I have the right to revoke this authorization in writing by providing a signed, written notice of revocation to the health care provider listed above and to James E. Johnson, except to the extent that the provider listed above has taken action in reliance on this authorization. Medical providers may not condition treatment or payment on whether the above-listed patient executes this authorization. The information disclosed pursuant to this authorization may be subject to re-disclosure and no longer protected by the privacy regulations promulgated pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

Dated:    New York, New York
       7/8 , 2020

                         _____
                         **XIAMIN ZENG**

STATE OF NEW YORK     )
                   : SS:
COUNTY OF  Queens    )

      On the 8th day of July , 2020, before me personally came and appeared XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

NOTARY PUBLIC

12

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 66 of 105
Exhibit A – July 2020 Authorizations

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

XIAMIN ZENG,

                                    Plaintiff,

          -against-

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

                                    Defendants.

-------------------------------------------------------------------------x

**MEDICARE RECORDS RELEASE**

19-CV-3218 (JGK) (KHP)

TO:    FOIA Service Center/FOIA Public Liaison
        Centers for Medicare Services
        26 Federal Plaza
        New York, NY 10278

        **YOU ARE HEREBY AUTHORIZED** and I hereby request you to furnish to JAMES E. JOHNSON, Corporation Counsel of the City of New York, attorney for the defendants in the above-captioned case, or to his authorized representative, a **CERTIFIED COPY** of the entire file of XIAMIN ZENG (Date of Birth         ; SS #         ), who received Medicare benefits from _February, 2018_ to _present_ .

        The Medicare file authorized for release includes, but is not limited to, any and all applications, determinations, correspondence, payments or credits made to such person.

        The reason for this release of information is (a) at the request of individual, or (b)

_____ .

        This Authorization will expire at the conclusion of the above-captioned litigation.

        I understand that I have the right to revoke this authorization at any time. I must do so by writing to the same person(s) or class of persons that I directed this authorization to. The revocation will not apply to information that has already been released in response to this authorization.

        I understand that my refusal to authorize disclosure of my personal medical information will have no effect on my enrollment, eligibility for benefits, or the amount Medicare pays for the health services I receive.

13

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/30/25    Page 67 of 105
Exhibit A – July 2020 Authorizations

I understand that information disclosed pursuant to this authorization may be re-disclosed by the recipient and may no longer be protected by law.

Dated:        New York, New York
              __7/8__ , 2020

_____

XIAMIN ZENG

STATE OF NEW YORK        )
                         : SS:
COUNTY OF _Queens_       )

On the __8th__ day of __July__ , 2020, before me personally came and appeared XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/22/25 Page 68 of 105
Exhibit A – July 2020 Authorizations

**NEW YORK STATE DEPARTMENT OF HEALTH**
**OFFICE OF HEALTH INSURANCE PROGRAMS**
AUTHORIZATION TO RELEASE PROTECTED MEDICAID MEMBER INFORMATION TO A THIRD PARTY

Medicaid Member Name (required): XIAMIN ZENG

Date of Birth (required): ▓▓▓ / ▓▓▓ / ▓▓▓

**At least one of the following identification numbers is required, preferably both.**

Client Identification Number (CIN): ▓▓▓▓   Social Security Number (SSN): ▓▓▓ ▓ ▓▓

Persons/organizations authorized to receive or use the information:

Name: Stephanie De Angelis

Address: 100 Church St

City: New York   State: NY   Zip: 10007

Phone Number: ( 212 ) 356-3513

Dates authorized: ☐ All  OR  From 03 / 01 / 2018 To ___ / ___ / ___  OR ☒ To Present

Purpose of the use/disclosure: Legal Matter

Will the person/program requesting the authorization receive financial or in-kind compensation in exchange for using or disclosing the health information described above? Yes ✗ No ___

1. I understand that my health care and the payments for my health care will not be affected if I do not sign this form except in some situations when information is needed for the health plan's eligibility or enrollment determinations relating to the individual.

2. I understand, with few exceptions, that I may see and copy the information described on this form if I ask for it, and that I may get a copy of this form after I sign it.

3. I may revoke this authorization at any time by notifying the Department of Health in writing at the address below, but, if I do, it will not have any effect on actions that the Department took before they received the revocation. If not previously revoked, this authorization will expire upon completion of this request or one year from the date this form is signed, whichever comes first.

4. I understand that this authorization is voluntary. I understand that if the organization authorized to receive the information is not a health plan, health care provider or clearinghouse, the released information may no longer be protected by federal privacy regulations, and therefore the recipient of the confidential data may re-disclose the confidential data.

By signing this form I understand that I am allowing the New York State Department of Health to use or disclose all of the payment information for the Medical Member as indicated above, including data on certain conditions such as HIV/AIDS, Mental Health and Alcohol and Substance Abuse. I specially authorize release of such information to the person(s) indicated above as the recipient.

_____   7/8/20
Signature of Medicaid member of Agent    Date

_____   _____
If not member, name of person signing for member    Authority to sign on behalf of member

_____   _____
Witness Signature    Witness Name

Please return to:    Medical Data Warehouse - CDRs
NYSDOH - MISCNY
ESP P1-11S Dock J
Albany, New York 12237

15

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 164-2    Filed 05/23/2025    Page 69 of 105
Exhibit B – 2019 Authorizations



**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ZACHARY W. CARTER
*Corporation Counsel*

RITA SHAPSIS
Phone: (212) 356-3543
Fax: (212) 356-3509
rshapsis@law.nyc.gov

June 11, 2019

Edgar Mikel Rivera, Esq.
The Harman Firm, LLP
381 Park Avenue South
Ste 1220
New York, NY 10016

    Re:  Xiamin Zeng v. John Chell, et al.
         19CV03218

Dear Mr. Rivera:

    This office is in receipt of the complaint in the above-referenced action. The complaint alleges physical and/or emotional injuries as a result of the incident described in the complaint. In order for this lawsuit to proceed, the medical records pertaining to the incident described in the complaint must be available to defendants. Enclosed please find a medical release form.

    Please have your client execute the release before a notary public and return the release to me within one week of the above date. **On the release, your client should provide the name and address of the medical provider, the date or dates of treatment, names or aliases used, the client's social security number and the client's date of birth. Also please have your client check off all of the boxes on the release.** The social security number and the date of birth are needed so that the medical provider can identify the proper records which concern plaintiff's treatment. Until the executed release is received by this office, we cannot secure the relevant medical records. Consequently, we will not be able to properly assess this case, or proceed to discovery. Your failure to promptly return this release will unduly delay this litigation. If you have any questions, please do not hesitate to call me.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Rita Shapsis
                              Paralegal
                              Special Federal Litigation Division

Enc.
cc:    Stephanie De Angelis, Esq.
       Assistant Corporation Counsel

1

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/25    Page 70 of 105

D STATES DISTRICT COURT
ERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

AMIN ZENG,

                                    Plaintiff,

            -against-

JOHN CHELL, ET AL.,

                                    Defendants
----------------------------------------------------------------x

**AUTHORIZATION TO
DISCLOSE MEDICAL
INFORMATION**

19CV03218 (JGK)

TO:
    NAME AND ADDRESS OF MEDICAL PROVIDER

        I authorize the use and disclosure of XIAMIN ZENG'S health information as
described below.

        **YOU ARE HEREBY AUTHORIZED** to furnish to ZACHARY W. CARTER,
Corporation Counsel of the City of New York, attorney for the defendants in the above-
captioned case, or to his authorized representative, a **CERTIFIED COPY** of the entire medical
or hospital record of XIAMIN ZENG (Date of Birth:              ; SS #              ) who was
examined or treated in your hospital or by you on or about April 12,08   .

        The medical record authorized for release includes any and all x-rays of said
person and any and all diagnostic tests, studies, or reports of examinations relating to such
person.

        I understand that the information in my health record may include information
relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human
immunodeficiency virus (HIV). It may also include information about behavioral or mental
health services, and treatment for alcohol, and drug abuse.

        This information may be disclosed to and used by the following organization:
The Office of the Corporation Counsel
100 Church Street
New York, NY 10007
for the purpose of defense of civil litigation

        I understand I have the right to revoke this authorization at any time. In
understand if I revoke this authorization I must do so in writing and present my written
revocation to the health information management department. Unless otherwise revoked, this
authorization will expire on the following date, event or condition: upon termination   . If I
fail to specify an expiration date, event or condition, this authorization will expire in six months.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP     Document 162-2     Filed 05/23/2025     Page 18 of 105
Exhibit B – 2019 Authorizations

I understand that authorization the disclosure of this health information is voluntary, I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated:          New York, New York
                June 19, 2019

                                              _____
                                              XIAMIN ZENG


STATE OF NEW YORK          )
                           :  SS:
COUNTY OF New York         )

          On the 19 day of June , 2019, before me personally came and appeared XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

                                              _____
                                              NOTARY PUBLIC

```
**********************************
*      EDGAR M RIVERA            *
*  Notary Public - State of New York *
*       NO. 02RI6331148          *
*   Qualified in New York County  *
* My Commission Expires Oct 5, 2019 *
**********************************
```

3

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 72 of 105
Exhibit B – 2019 Authorizations

**HHC**

NYCHHC HIPAA Authorization to Disclose Health Information

ALL FIELDS MUST BE COMPLETED

THIS FORM MAY NOT BE USED FOR RESEARCH OR MARKETING, FUNDRAISING OR PUBLIC RELATIONS AUTHORIZATIONS

| PATIENT NAME/ADDRESS | DATE OF BIRTH | PATIENT SSN |
|---|---|---|
| Xiamin Zeng | | |
| | MEDICAL RECORD NUMBER | TELEPHONE NUMBER |
| | | |

| NAME OF HEALTH PROVIDER TO RELEASE INFORMATION | SPECIFIC INFORMATION TO BE RELEASED: |
|---|---|
| | Information Requested_____ |
| | Treatment Dates from April 2018 to present |

**NAME & ADDRESS OF PERSON OR ENTITY TO WHOM INFO. WILL BE SENT** Stephanie De Angelis, Esq.
The Office of Corporate Counsel
100 Church St. New York, NY 10007

INFORMATION TO BE RELEASED (If the box is checked, you are authorizing the release of that type of information). Please note: unless all of the boxes are checked, we may be unable to process your request.

☒ Alcohol and/or Substance Abuse Program Information
☒ Mental Health Information
☑ Genetic Testing Information
☒ HIV/AIDS-related Information

**REASON FOR RELEASE OF INFORMATION**
☑ Legal Matter   ☐ Individual's Request
☐ Other (please specify):_____

WHEN WILL THIS AUTHORIZATION EXPIRE? (Please check one)
☒ Event upon exhaustion of appeals ☐ On this date:_____

I, or my authorized representative, authorize the use or disclosure of my medical and/or billing information as I have described on this form.

I understand that my medical and/or billing information could be re-disclosed and no longer protected by federal health information privacy regulations if the recipient(s) described on this form are not required by law to protect the privacy of the information.

I understand that if my medical and/or billing records contain information relating to ALCOHOL or SUBSTANCE ABUSE, GENETIC TESTING, MENTAL HEALTH, and/or CONFIDENTIAL HIV/AIDS RELATED INFORMATION, this information will not be released to the person(s) I have indicated unless I check the box(es) for this information on this form.

I understand that if I am authorizing the use or disclosure of HIV/AIDS-related information, the recipient(s) is prohibited from using or re-disclosing any HIV/AIDS-related information without my authorization, unless permitted to do so under federal or state law. I also understand that I have a right to request a list of people who may receive or use my HIV/AIDS-related information without authorization. If I experience discrimination because of the use or disclosure of HIV/AIDS-related information, I may contact the New York State Division of Human Rights at 212.480.2493 or the New York City Commission of Human Rights at 212.306.7450. These agencies are responsible for protecting my rights.

I understand that I have a right to refuse to sign this authorization and that my health care, the payment for my health care, and my health care benefits will not be affected if I do not sign this form. I also understand that if I refuse to sign this authorization, NYCHHC cannot honor my request to disclose my medical and/or billing information.

I understand that I have a right to request to inspect and/or receive a copy of the information described on this authorization form by completing a Request for Access Form. I also understand that I have a right to receive a copy of this form after I have signed it.

I understand that if I have signed this authorization form to use or disclose my medical and/or billing information, I have the right to revoke it at any time, except to the extent that NYCHHC has already taken action based on my authorization or that the authorization was obtained as a condition for obtaining insurance coverage.

To revoke this authorization, please contact the facility Health Information Management department processing this request.

*I have read this form and all of my questions have been answered. By signing below, I acknowledge that I have read and accept all of the above.*

| SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE | IF NOT PATIENT, PRINT NAME & CONTACT INFORMATION OF PERSONAL REPRESENTATIVE SIGNING FORM |
|---|---|
| | |
| DATE 06/19/2019 | DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY TO ACT ON BEHALF OF PATIENT |

**If HHC has requested this authorization, the patient or his/her Personal Representative must be provided a copy of this form after it has been signed.**

| | HHC USE ONLY |
|---|---|
| Date Received: | Initials of HIM employee processing request: |
| Date Completed: | Comments: |

NYCHHC HIPAA Authorization 24.13, Revised 09-05

4

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/23/2025   Page 73 of 105



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name   XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (Indicate by Initialing)

☐ Other: _____

     X Z   **Alcohol/Drug Treatment**

     X Z   **Mental Health Information**

**Authorization to Discuss Health Information**

     X Z   **HIV-Related Information**

(b) ☐ By initialing here _____ I authorize _____
     Initials          Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **litigation** | 11. Date or event on which this authorization will expire:<br><br>**upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____      Date: 6/19/19
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/23/25   Page 2 of 52

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)

    XZ   **Alcohol/Drug Treatment**

    XZ   **Mental Health Information**

    XZ   **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
          Initials                       Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **litigation** | 11. Date or event on which this authorization will expire:<br><br>**upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____        Date: 6/19/19

Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

6

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/25    Page 75 of 105

OCA Official Form No.: 960



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|

Patient Address

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq, 100 Church Street, New York, NY 10001

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (Indicate by Initialing)

☐ Other: _____

| | |
|---|---|
| XZ | **Alcohol/Drug Treatment** |
| XZ | **Mental Health Information** |
| X2 | **HIV-Related Information** |

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
Initials                              Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/23/25   Page 76 of 105

OCA Official Form No.: 960



**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name   XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|

| Patient Address |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephane De Angelis, Esq, 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (Indicate by Initialing)
XZ __ Alcohol/Drug Treatment
XZ __ Mental Health Information
XZ __ HIV-Related Information

☐ Other: _____

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
       Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: litigation | 11. Date or event on which this authorization will expire:<br><br>upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

8

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/25    Page 77 of 105



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name    XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq. 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (*indicate by Initialing*)

☐ Other: _____

| | |
|---|---|
| XZ | **Alcohol/Drug Treatment** |
| XZ | **Mental Health Information** |
| XZ | **HIV-Related Information** |

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
         Initials                                    Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: litigation | 11. Date or event on which this authorization will expire:<br>**upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date:   6/19/19

_____
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus** that causes **AIDS**. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP Document 162-2 Filed 05/23/25 Page 25 of 52



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name   XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq. 100 Church Street. New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

| XZ | Alcohol/Drug Treatment |
| XZ | Mental Health Information |
| XZ | HIV-Related Information |

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
        Initials                           Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: <br> **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

10

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/25    Page 26 of 52



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq. 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
XZ  Alcohol/Drug Treatment
XZ  Mental Health Information
XZ  HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
Initials                         Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____ (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: upon the exhaustion of appeals |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/25    Page 80 of 105
Exhibit B – 2019 Authorizations



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (Indicate by Initialing)

☐ Other: _____
      XZ    **Alcohol/Drug Treatment**
      XZ    **Mental Health Information**
      XZ    **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
      Initials              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **litigation** | 11. Date or event on which this authorization will expire:<br><br>**upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Date: 6/19/19

_____
Signature of patient or representative authorized by law.

* **Human Immunodeficiency Virus that causes AIDS.** The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/22/25    Page 81 of 105



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|

Patient Address

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq., 100 Church Street, New York, NY 10001

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)

XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
       Initials                        Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: **litigation** | 11. Date or event on which this authorization will expire:<br><br>**upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: 6/19/19

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit B – 2019 Authorizations
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/25    Page 82 of 105



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|

Patient Address

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis, Esq, 100 Church Street, New York, NY, 10007

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)

XZ **Alcohol/Drug Treatment**
XZ **Mental Health Information**
XZ **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☐ By initialing here _____ I authorize _____
     Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☑ Other: **litigation** | 11. Date or event on which this authorization will expire: <br><br> **upon the exhaustion of appeals** |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                                    Date: 6/19/19
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name  XIAMIN ZENG | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:

8. Name and address of person(s) or category of person to whom this information will be sent:
Stephanie De Angelis Esq., 100 Church Street, New York, NY 10007

9(a). Specific information to be released:

☐ Medical Record from (insert date) _____ to (insert date) _____

☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

X Z   Alcohol/Drug Treatment

X Z   Mental Health Information

X Z   HIV-Related Information

**Authorization to Discuss Health Information**

(b). ☐ By initialing here _____ I authorize _____
         Initials                          Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☐ At request of individual ☑ Other: **litigation** | **upon the exhaustion of appeals** |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____                                          Date: 6/19/19
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 84 of 105
Exhibit C – July 2020 Document Package

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2018** | OMB No. 1545-0074 | IRS Use Only–Do not write or staple in this space. |

| Filing status: | Single | Married filing jointly | Married filing separately | ☒ Head of household | Qualifying widow(er) | |

**Your first name and initial**
XIAMIN

**Last name**
ZENG

**Your social security number**
▮▮▮▮▮

Your standard deduction: ☐ Someone can claim you as a dependent   ☐ You were born before January 2, 1954   ☐ You are blind

If joint return, spouse's first name and initial                    Last name

**Spouse's social security number**

☐ Spouse standard deduction: ☐ Someone can claim your spouse as a dependent   ☐ Spouse was born before January 2, 1954
☐ Spouse is blind   ☐ Spouse itemizes on a separate return or you were a dual-status alien

☒ Full-year health care coverage or exempt (see inst.)

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

**Presidential Election Campaign** (see inst.) ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.

If more than four dependents, see instr. and ✓ here ▶

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instr.) | |
| | | | | Child tax credit | Credit for other dependents |
| | | | | ☒ | |
| | | | | | |
| | | | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Check if |
| EVA CEN   EA | EVA CEN   EA | | ☐ 3rd Party Designee |
| Firm's name ▶ | | Firm's EIN | ☐ Self-employed |
| Firm's address ▶ | | Phone no. | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.                    Form **1040** (2018)

DAA

1

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/20/25   Page 85 of 105
Exhibit C – July 2020 Document Package

Form 1040 (2018)   XIAMIN ZENG   Page 2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | | 1 | |
| | 2a | Tax-exempt interest | 2a | | | b | Taxable interest | 2b | |
| | 3a | Qualified dividends | 3a | | | b | Ordinary dividends | 3b | |
| | 4a | IRAs, pensions, and annuities | 4a | | | b | Taxable amount | 4b | |
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 5a | Social security benefits | 5a. | | | b | Taxable amount | 5b | |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | | | | | 6 | 0 |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise subtract Schedule 1, line 36, from line 6 | | | | | | 7 | 0 |
| Standard Deduction for – | 8 | **Standard deduction or itemized deductions** (from Schedule A) | | | | | | 8 | 18,000 |
| • Single or married filing separately, $12,000 | 9 | Qualified business income deduction (see instructions) | | | | | | 9 | |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | | | | 10 | 0 |
| • Married filing jointly or Qualifying widow(er), $24,000 | 11 | **a** Tax (see instr.) _____ 0. (check if any from: **1** ☐ Form(s) 8814 **2** ☐ Form 4972 **3** ☐ _____ _____ ) | | | | | | | |
| • Head of household, $18,000 | | **b Add** any amount from Schedule 2 and check here | | | | | ►☐ | 11 | 0 |
| | 12 | **a** Child tax credit/credit for other dependents _____ **b Add** any amount from Schedule 3 and check here | | | | | ►☐ | 12 | |
| • If you checked any box under Standard deduction, see instructions. | 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | | | | | 13 | 0 |
| | 14 | Other taxes. Attach Schedule 4 | | | | | | 14 | |
| | 15 | Total tax. Add lines 13 and 14 | | | | | | 15 | 0 |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 | | | | | | 16 | |
| | 17 | Refundable credits: **a** EIC (see instr.) _____ **b** Sch 8812 _____ **c** Form 8863 _____ | | | | | | | |
| | | **Add** any amount from Schedule 5 | | | | | | 17 | |
| | 18 | Add lines 16 and 17. These are your total payments | | | | | | 18 | |
| Refund | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | | | | | | 19 | |
| | 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | | | | | | 20a | |
| Direct deposit? See instructions. | ► b | Routing number _____ ► **c** Type: ☐ Checking ☐ Savings | | | | | | | |
| | ► d | Account number _____ | | | | | | | |
| | 21 | Amount of line 19 you want **applied to your 2019 estimated tax** ► **21** | | | | | | | |
| Amount You Owe | 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ► | | | | | | 22 | 0 |
| | 23 | Estimated tax penalty (see instructions) ► **23** | | | | | | | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form **1040** (2018)

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 86 of 105
Exhibit C – July 2020 Document Package

| Form 1040 | Department of the Treasury—Internal Revenue Service (99) U.S. Individual Income Tax Return | 2019 | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[X] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| XIAMIN | ZENG | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions. — Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

If more than four dependents, see instr. and ✓ here ▶

**Standard Deduction**
Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1955 [ ] Are blind
Spouse: [ ] Was born before January 2, 1955 [ ] Is blind

**Dependents** (see instructions):

| (1) First name      Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | **1** |
| 2a | Tax-exempt interest **2a** | **b** Taxable interest. Attach Sch. B if required | | **2b** |
| 3a | Qualified dividends **3a** | **b** Ordinary divs. Att. Sch. B if req. | | **3b** |
| 4a | IRA distributions **4a** | **b** Taxable amount | | **4b** |
| | **c** Pensions and annuities **4c** | **d** Taxable amount | | **4d** |
| 5a | Soc. sec. ben. **5a** | **b** Taxable amount | | **5b** |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | | **6** |
| 7a | Other income from Schedule 1, line 9 | | | **7a** 0 |
| | **b** Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | | **7b** 0 |
| 8a | Adjustments to income from Schedule 1, line 22 | | | **8a** 0 |
| | **b** Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | | **8b** 0 |
| 9 | Standard deduction or itemized deductions (from Schedule A) | **9** | 12,200 | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | **10** | | |
| 11a | Add lines 9 and 10 | | | **11a** 12,200 |
| | **b** Taxable income. Subtract line 11a from line 8b. If zero or less, enter -0- | | | **11b** 0 |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2019)

DAA

3

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 84 of 102
Exhibit C – July 2020 Document Package

Form 1040 (2019)    XIAMIN ZENG    Page 2

| | | | | | |
|---|---|---|---|---|---|
| 12a | Tax (see instr.) Check if any from Form(s): 1 ☐  8814  2 ☐  4972<br>3 ☐ | | 12a | 0 | |
| b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | | | 12b | 0 |
| 13a | Child tax credit or credit for other dependents | 13a ⊢ | | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | | | 13b | |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | | 14 | 0 |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | | 15 | |
| 16 | Add lines 14 and 15. This is your **total tax** ▶ | | | 16 | 0 |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | | 17 | |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 18 | Other payments and refundable credits: | | | | |
| a | Earned income credit (EIC) | | 18a | | |
| b | Additional child tax credit. Attach Schedule 8812 | | 18b | | |
| c | American opportunity credit from Form 8863, line 8 | | 18c | | |
| d | Schedule 3, line 14 | | 18d | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | | | 18e | |
| 19 | Add lines 17 and 18e. These are your **total payments** ▶ | | | 19 | |

**Refund**

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | 20 | |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ☐ ▶ | | 21a | |

Direct deposit?
See instructions.

▶ b Routing number [          ]    ▶ c Type: ☐ Checking   ☐ Savings
▶ d Account number [          ]

| | | | | |
|---|---|---|---|---|
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | | |

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | | 23 | 0 |
| 24 | Estimated tax penalty (see instructions) ▶ | 24 | | |

**Third Party Designee**

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions    ☐ Yes. Complete below.    ☒ No

(Other than paid preparer)

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both must sign.** | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no.    Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | | PTIN | Check if: |
|---|---|---|---|---|
| EVA CEN  EA | EVA CEN  EA | | | ☐ 3rd Party Designee |
| Firm's name ▶ | | Date 02/22/20 | | ☐ Self-employed |
| Firm's address ▶ | | Phone no. | Firm's EIN ▶ | |

Go to www.irs.gov/Form1040 for instructions and the latest information.    Form **1040** (2019)

DAA

4

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 85 of 102
Exhibit C – July 2020 Document Package

## DESIGNATION OF AGENT FOR ACCESS TO RECORDS
## SEALED PURSUANT TO NYCPL §§ 160.50 AND 160.55

I, Xiamin Zeng, Date of Birth ▬▬▬▬, SS# ▬▬▬▬, NYSID # ▬▬▬▬ pursuant to CPL §§ 160.50 and 160.55, hereby designate JAMES E. JOHNSON, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom all records of any of my arrests may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to any and all of my arrests on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_____
Signature

XIAMIN ZENG

_____
Xiamin Zeng

STATE OF NEW YORK      )
                                       : SS.:
COUNTY OF   Queen       )

On the __8th__ day of __July__, 2020, before me personally came __Xiamin Zeng__, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

5

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 89 of 102
Exhibit C – July 2020 Document Package

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO FAMILY COURT ACT § 375.1

I, XIAMIN ZENG, pursuant to FCA § 375.1, hereby designate JAMES E. JOHNSON, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom a CERTIFIED COPY of the records of the criminal action, terminated in my favor, entitled In the Matter of _1983_ _Prisoner Civil Right_, Docket No. ▮▮▮▮▮ in Family Court, County of _New York_, State of New York, relating to my arrest on or about _19-Cv-3218_, may be made available for photocopying and use in a federal action brought by myself.

I understand that until now the aforesaid records have been sealed pursuant to FCA § 375.1, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of FCA § 375.1.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of FCA § 375.1

_____
XIAMIN ZENG

STATE OF NEW YORK )
                           : SS.:
COUNTY OF   _Queens_     )

On this _8th_ day of _July_ , 2020, before me personally came XIAMIN ZENG, to me known and known to me to be the individual described in and who executed the foregoing instrument, and she acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

6

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/22/25    Page 90 of 105
Exhibit C – July 2020 Document Package

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

XIAMIN ZENG,

                                  Plaintiff,

            -against-

JOHN CHELL; GARY DENEZZO; GEORGE
TAVAREZ; CITY OF NEW YORK; DIEGO
ANDRIANZAN; DANIELLE FEBUS,

                              Defendants.

------------------------------------------------------------------------x

**RELEASE FOR
EMPLOYMENT
RECORDS**

19-CV-3218 (JGK) (KHP)

TO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    NAME AND ADDRESS OF EMPLOYER

            **YOU ARE HEREBY AUTHORIZED** to furnish to JAMES E. JOHNSON,
Corporation Counsel of the City of New York, attorney for the defendants in the above-
captioned case, or to his authorized representative, a **CERTIFIED COPY** of the entire
employment record, including but not limited to she application, attendance records, disciplinary
records, performance evaluations, workers' compensation records, medical records/nurses
records, and/or any doctors notes, and psychiatric/psychological records of XIAMIN ZENG
(Date of Birth ▮▮▮▮▮; SS # ▮▮▮▮▮), employed by you from  _7/15/2016_  until
_5/16/2017_.

Dated:    New York, New York
          _7/8_ , 2020

                                        XIAMIN ZENG

STATE OF NEW YORK   )
                    : SS:
COUNTY OF _Queens_  )

        On the _8th_ day of _July_____, 2020, before me personally came and
appeared XIAMIN ZENG, to me known and known to me to be the individual described in and
who executed the foregoing instrument, and who duly acknowledged to me that she executed the
same.

                                      NOTARY PUBLIC

FUXIANG YE
Notary Public – State of New York
NO. 01YE6364486
Qualified in Queens County
My Commission Expires Sep 18, 2021

7

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/23/25   Page 91 of 105
Exhibit E – Discovery Cover Letter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

                          Plaintiff,

*vs.*

JOHN CHELL et al

                          Defendants.

**RESPONSES TO INTERROGATORIES
AND REQUESTS FOR DOCUMENTS
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 33 AND 34**

**19-CV-3218 (JGK) (KHP)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff, Xiamin Zeng (Plaintiff"), submits the following objections and responses to Defendant's First Set of Interrogatories dated June 26, 2020 ("Interrogatories").

Plaintiff's responses to the Requests reflect Plaintiff's best knowledge after a reasonable search at this point in the litigation. Plaintiff expressly reserves the right to supplement, modify, or add to her responses to the Requests based on her ongoing inquiries.

I, Xiamin Zeng, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

## INTERROGATORIES

1. **Identify all persons who witnessed, were present at, or have knowledge of the Incident, including the home and business addresses and telephone numbers of each witness. If you are unable to identify any of the individuals within the meaning of Local Rule 26.3, describe that individual's physical appearance.**

    1. Plaintiff objects to this interrogatory because it's overly broad.
        a. Subject to and without waiving these objections, Plaintiff responds

        as follows:

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/23/2025   Page 92 of 105
Exhibit E – Discovery Cover Letter



King & Spalding

FBI at New York,

**2. Identify any and all statements, signed or unsigned, recorded electronically or otherwise, prepared by plaintiff or any other person that relate to the claims and/or subject matter of this litigation.**

2. Plaintiff objects to this interrogatory because it's overly broad.

a. Subject to and without waiving these objections, Plaintiff responds

as follows:

On 1/31/2018, Plaintiff received a text message from Detective Danielle Febus saying her son was in custody at the Queens Child Abuse Squad that she needed to pick him up. On 1/25/2018, ▮▮▮▮▮▮▮ emailed Plaintiff about Plaintiff's 17-cv-9988 federal complaint against them. On 04/2018 Plaintiff have a recording obtained from ▮▮▮▮▮▮▮ Social worker ▮▮▮▮▮▮▮ which is about ACS/CPS and NYPD's harassment against the plaintiff and her son.

**3. Identify any and all statements, signed or unsigned, recorded electronically or otherwise, prepared by the City of New York, or its agents, servants and/or employees, that relate to the claims and/or subject matter of this litigation.**

3. Plaintiff objects to this interrogatory because it seeks information not within

Plaintiff's control.

**4. Identify all injuries claimed by plaintiff as a result of the Incident and the medical, psychiatric, psychological, and other treatment provided, if any. For each such treatment received, identify the provider who rendered the treatment to plaintiff. If no treatment was provided for any claimed injury, so state.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP    Document 164-2    Filed 05/23/2025    Page 93 of 105

4. Plaintiff objects to this interrogatory because it's already provided as part of Rule

26 disclosures.

    a. Subject to and without waiving these objections, Plaintiff responds as

       follows:



**5. Identify all economic injuries claimed by plaintiff as a result of the Incident including, but not limited to, expenditures for medical, psychiatric, or psychological treatment; lost income; property damage; and attorney's fees. Identify the specific amounts claimed for each injury.**

    5. Plaintiff objects to this interrogatory because it's overly broad and duplicative.

      a. Subject to and without waiving these objections, Plaintiff responds as

         follows:

    ***A. Loss of Liberty Damages***

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/2025    Page 94 of 105
Exhibit E – Discovery Cover Letter

Plaintiff suffers loss of liberty damages. Loss of liberty for false arrest claims in 2019 varies between $13,000 and $394,000. *See Martinez v. Port Auth. of N.Y. & N.J.*, No. 01 CIV. 721 (PKC), 2005 WL 2143333, at *22 (S.D.N.Y. Sept. 2, 2005), *aff'd sub nom. Martinez v. The Port Auth. of New York & New Jersey*, 445 F.3d 158 (2d Cir. 2006) (stating that false arrest awards vary between $10,000 and $300,000 adjusted for inflation for 2005); *Gardner v. Federated Dep't Stores, Inc.*, 907 F.2d 1348, 1353 (2d Cir. 1990) (ordering the remittitur of a $300,000 jury award to $200,000 (roughly $344,000 in 2019 dollars) for approximately 8 hours of imprisonment); *Stile v. City of New York*, 172 A.D.2d 743 (2d Dep't 1991) (ordering a remittitur amount of $150,000 [roughly $381,000 in 2019 dollars] for 28 hours of imprisonment).The NYPD held Ms. Zeng approximately 26 hours and handcuffed her for over an hour. During her incarceration, she did not know where her child was. As such, she could expect a significant award for loss of liberty damages.

### B. Emotional Distress Damages

Plaintiff seeks loss of emotional distress damages. Courts have given substantial awards for emotional distress resulting from false arrest. *Gonzalez v. Bratton,* 147 F.Supp.2d 180, 208–09 (S.D.N.Y.2001) (upholding a compensatory award of $250,000 for emotional distress resulting from a false arrest that included a physically invasive search). In *Martinez v. Port Auth. of N.Y. & N.J.*, the Court found that, even though plaintiff was not subject to physical assault by an officer, he still experienced considerable anguish due to his arrest, which included sleeplessness, loss of appetite, anxiety bouts, cessation of social, volunteer, and church activities, ideations of suicide, and concerns about his immigration status. 2005 WL 2143333, at *21. The court held that "an award of $200,000 [in 2005] does not shock the judicial conscience." *Id.* This would be $262,000 in 2019.

As a result of her arrest, Plaintiff was diagnosed with generalized anxiety disorder and major depressive disorder. Her emotional distress is ongoing. In light of the relevant case law, Plaintiff could expect a significant award for emotional distress damages. Plaintiff made a demand of $500,000

**6. Identify all of plaintiff's employers for the past ten (10) years, including the name, telephone number and address of each employer and the dates of each employment.**

6. Plaintiff objects to this interrogatory because it's disproportionate to the needs of

   the case and would like to limit the scope of the interrogatory to the past 4 years.

   a. Subject to and without waiving these objections, Plaintiff responds as

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP     Document 162-2     Filed 05/23/25     Page 95 of 105

follows:

7. **Identify all medical providers including, but not limited to, doctors, hospitals, psychiatrists, psychologists, social workers and other counseling services, who have rendered treatment to the plaintiff within the past ten (10) years.**

> 7. Plaintiff objects to this interrogatory because it's disproportionate to the needs of
>
> the case and duplicative.
>
> > a. Subject to and without waiving these objections, Plaintiff responds as
> >
> > follows:
> >
> > See response to Interrogatory 4

8. **Has plaintiff applied for worker's compensation within the past ten (10) years? If so, identify each employer who provided worker's compensation to plaintiff.**

> 8. Plaintiff responds as follows:
>
> None

9. **Has plaintiff applied for social security disability benefits within the past ten (10) years? If so, identify each state, city, or other jurisdiction that provided social security disability benefits to plaintiff.**

> 9. Plaintiff responds as follows:
>
> None

10. **Has plaintiff applied for Medicare and/or Medicaid within the past ten (10) years? If so, identify each state, city or other jurisdiction that provided Medicare and/or Medicaid to plaintiff.**

> 10. Plaintiff responds as follows:
>
> Yes, ▮▮▮▮▮▮▮▮▮▮▮ New York State of Health.

11. **Has plaintiff made a claim with any insurance carrier for physical, mental or emotional injuries within the past ten (10) years? If so, identify each claim by date, injury and insurance carrier.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP   Document 164-2   Filed 05/23/2025   Page 96 of 105

11. Subject to and without waiving these objections, Plaintiff responds as follows:



**12. Identify all government agencies to whom plaintiff made complaints regarding the Incident including, but not limited to, the Civilian Complaint Review Board ("CCRB") and the Internal Affairs Bureau ("IAB") of the New York City Police Department.**

12. Plaintiff objects to this interrogatory because it's overly broad.

a. Subject to and without waiving these objections, Plaintiff responds as

follows:

NYC Comptroller, NYC Public Advocate, DOJ Office for Victims of Crime, FBI and Congresswoman Nydia Velazquez et al.

**13. Identify each occasion on which plaintiff has been arrested other than the Incident that is the subject of this lawsuit, including the date of the arrest, the charges for which the plaintiff was arrested, and the amount of time that plaintiff spent incarcerated.**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/30/25    Page 97 of 105
Exhibit E – Discovery Cover Letter

13. Plaintiff objects to this interrogatory because it's disproportionate to the needs of

this case.

    a.  Subject to and without waiving these objections, Plaintiff responds as

       follows:

       On 5/3-5/4/2017, ACS claimed that plaintiff violated ACS's order.
       On 1/24-1/31/2019, ACS claimed that plaintiff violated ACS's order.
       On 3/4-3/5/2019, ACS claimed that plaintiff violated ACS's order again.

**14. Identify each occasion in which plaintiff has been convicted of a felony or misdemeanor, including the date of the conviction, the charges of which plaintiff was convicted, and amount of time that plaintiff spent incarcerated as a result of each conviction.**

    14. Plaintiff responds as follows:

       None

**15. Identify each lawsuit to which plaintiff has been a party, including the court in which the matter was pending, the docket or index number, and the disposition of the matter.**

    15. Plaintiff objects to this interrogatory because it's overly broad.

       a.  Subject to and without waiving these objections, Plaintiff responds as

          follows:

Zeng v. Chell, 19 –CV-3218 (pending); Zeng v. City, 20-CV-0451 (pending);
Zeng v. NYCHA, 18-CV-12008 (pending); Zeng v. Augustin, 17-cv-9988 (dismissed);
ACS v. Zeng,         (dismissed); ACS v. Zeng         (dismissed);
Zeng v. Liu,         (Zeng won); Zeng v. Liu,       (Zeng won).

**16. Identify each occasion on which plaintiff has given testimony or statements regarding the subject of this lawsuit.**

    16. Plaintiff objects to this interrogatory because it's vague and ambiguous.

       a.  Subject to and without waiving these objections, Plaintiff responds as

          follows:

    Depositions requested by the defendant for her 17-cv-9988 case.

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/23/2025    Page 98 of 105
Exhibit E – Discovery Cover Letter

**17. Identify all treating physicians and other medical providers that plaintiff intends to call at the time of trial.**

17. Plaintiff objects to this interrogatory because it is premature and further discovery

   is needed for answering this interrogatory.

   a.  Subject to and without waiving these objections, Plaintiff responds as

      follows:

**18. Identify all experts that plaintiff expects to call at the time of trial, all correspondence between counsel for plaintiff and any such experts, any notes taken by any such experts and provide all disclosures required pursuant to Federal Rule 26(a)(2).**

18. Plaintiff objects to this interrogatory because it is premature and further discovery

   is needed for answering this interrogatory.

**19. Identify all documents prepared by plaintiff, or any other person that relate to the Incident, claims and subject matter of this litigation.**

19. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

**20. Identify all Freedom of Information Law requests and any responses thereto, made by plaintiff or by anyone on plaintiff's behalf, concerning plaintiff's claims in this litigation.**

20. Plaintiff responds as follows:

   None

## DOCUMENT REQUESTS

**1. Produce all the documents identified in the preceding Interrogatories.**

   1.  Plaintiff objects to this interrogatory because it is overly broad and duplicative.

     a.  Subject to and without waiving these objections, Plaintiff directs

       defendant to documents attached.

**2. Produce all documents regarding the Incident, including documents concerning plaintiff's arrest and criminal prosecution (if any), the minutes of any Grand Jury proceedings and criminal court transcripts, and any and all other documents concerning the Incident that are in plaintiff's possession, custody or control.**

    2.  Plaintiff objects to this interrogatory because it is overly broad and duplicative.

      a.  Subject to and without waiving these objections, Plaintiff directs

       defendant to Document Request 1.

**3. Produce all medical records including, but not limited to, records of doctors, hospitals, psychiatrists, psychologists, social workers, and other counseling services, in plaintiff's possession, custody, or control for treatment received by plaintiff since the Incident and for the five years prior to the Incident, including treatment for any injury resulting from the Incident.**

    3. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

    a.  Subject to and without waiving these objections, Plaintiff responds as follows:

       See response to Interrogatory 4 and medical records released by HIPPA waivers.

**4. Produce all photographs and other audio-visual materials documenting the Incident, the scene of the Incident, and all injuries that resulted from the Incident, including injuries to person and property. Defendants request exact duplicates of the original photographs and audio-visual materials.**

    4. Plaintiff objects to this interrogatory because it is overly broad and unduly

burdensome.

**5. Produce all documentation of damages that plaintiff alleges stem from the Incident, including, but not limited to, expenditures for medical, psychiatric, or psychological treatment; lost income; property damage; and attorneys fees. Documentation includes, but is not limited to, paid and unpaid bills, original purchase receipts, cancelled checks, charge slips, appraisals, and warranties.**

    5. Plaintiff objects to this interrogatory because it is duplicative and

      a.  Subject to and without waiving these objections, Plaintiff responds as

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Exhibit E – Discovery Cover Letter
Case 1:19-cv-03218-JGK-KHP    Document 162-2    Filed 05/22/25    Page 100 of 105

follows:

See response to Interrogatory 5

**6. Produce copies of all subpoenas served on any party, or any individual or entity, concerning this litigation.**

6. Plaintiff objects to this interrogatory because it is premature and further investigation is needed to respond to this document request.

**7. Produce all documents received in response to any subpoenas served.**

7. Plaintiff objects to this interrogatory because it is premature and further investigation is needed to respond to this document request.

**8. Produce all documents that relate to all complaints made by plaintiff to any government agency regarding the incident including, but not limited to, the CCRB and IAB of the New York City Police Department.**

8. Plaintiff objects to this interrogatory because it is duplicative.

   a. Subject to and without waiving these objections, Plaintiff direct defendant to Interrogatory 12.

**9. If the plaintiff is claiming lost income in this action, produce plaintiff's federal and state income tax returns since the Incident and for the five years prior to the Incident.**

9. Plaintiff objects to this interrogatory because it is duplicative.

   a. Subject to and without waiving these objections, Plaintiff directs defendant to release for employment records.

   Attached the 2016 -2019 tax returns

**10. Produce: (a) all expert disclosures required pursuant to Federal Rule 26(a)(2); (b) any drafts of any reports or other disclosures required by Fed. R. Civ. P. 26(a)(2); (c) all correspondence between plaintiff's counsel, or anyone acting for or on behalf of plaintiff or plaintiff's counsel, and any experts identified in response to Interrogatory No. 18, including, but not limited to, any documents reflecting any fee agreements and any instructions plaintiff's counsel has provided to the expert**

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/22/25   Page 101 of 105
Exhibit E – Discovery Cover Letter

regarding the expert's expected testimony and/or examination of plaintiff; and (d) any notes taken by any experts identified in response to Interrogatory No. 18 regarding plaintiff, plaintiff's counsel, the incident alleged in the complaint, this lawsuit, the expert's expected testimony or the expert's retention by plaintiff's counsel in this action.

10. Plaintiff objects to this interrogatory because it is premature and further investigation is needed to respond to this document request.

**11. Complete and provide the annexed blank authorizations for release of plaintiff's medical records including, but not limited to, records of doctors, hospitals, psychiatrists, psychologists, social workers and other counseling services for treatment received by plaintiff since the Incident and for the five years prior to the Incident, including treatment for any injury resulting from the Incident.**

11. Subject to and without waiving these objections, Plaintiff responds as follows:

Attached the plaintiff's authorizations for release of plaintiff's medical records

**12. Complete and provide the annexed blank authorization for access to plaintiff's records that may be sealed pursuant to N.Y. C.P.L. §§ 160.50 and 160.55. Note that the authorization for access to plaintiff's records that may be sealed pursuant to N.Y. C.P.L.160.50 and 160.55 that is annexed hereto differs from the authorization that may have been provided at the outset of this litigation in that it is not limited to documents pertaining to the arrest and/or prosecution that is the subject of this litigation.**

12. Subject to and without waiving these objections, Plaintiff responds as follows:

Attached the plaintiff's authorization for access to plaintiff's records that may be sealed pursuant to N.Y. C.P.L. §§ 160.50 and 160.55

**13. Complete and provide the annexed blank authorizations for release of employment records for each of plaintiff's employers for the past ten (10) years.**

13. Subject to and without waiving these objections, Plaintiff responds as follows:

Attached the plaintiff's authorizations for release of employment records

**14. Complete and provide the annexed blank authorization for the unemployment records, if any, of plaintiff.**

14. Subject to and without waiving these objections, Plaintiff responds as follows:

Attached the plaintiff's authorization for the unemployment records

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP   Document 162-2   Filed 05/02/25   Page 102 of 105
Exhibit E – Discovery Cover Letter

**15.  Complete and provide the annexed blank authorizations for insurance carriers with whom plaintiff has made claims within the past ten (10) years.**

> 15. Plaintiff objects to this interrogatory because it is overly broad and duplicative.

>> a.   Subject to and without waiving these objections, Plaintiff directs

>> defendant to release for Medicaid records

**16.  Complete and provide the annexed blank authorization for the records of social security disability benefits, if any, received by plaintiff.**

> 16. Subject to and without waiving these objections, Plaintiff responds as follows:

>> None

**17.  Complete and provide the annexed blank authorization for plaintiff's  Medicare and/or Medicaid records.**

> 17. Subject to and without waiving these objections, Plaintiff responds as follows:

>> Attached the plaintiff's authorization for plaintiff's Medicaid records

**18.  Complete and provide the annexed blank authorization for release of the Family Court records.**

> 18. Subject to and without waiving these objections, Plaintiff responds as follows:

>> Attached the plaintiff's authorization for release of the Family Court records

Xiamin Zeng
Plaintiff *Pro Se*

_____

Dated:  7/8/2020

To: <u>Via U.S. Mail</u>
   Stephanie De Angelis Esq.,
   New York City Law Department
   100 Church Street, Room 3-202
   New York, NY 10007

🏠 Home  ⚙ Help  ✕

History: Select a previously visited page ▾

Clients  Case Management  Providers  Prior Authorization  Claims  Third Party  Financial  MARS  eCommerce  SURS  Reference  Administration
▾ Client

Client Search > Client: **XIAMIN ZENG - CIN:** █████

🖨 Print

Summary  Eligibility  Previous Information  Principal Provider  Spenddown  Exception/Restriction  UT/Co-Pay  TPL/Third Codes  Address History  PCP History

### Client

| | | |
|---|---|---|
| Trans District: **78-NY HBE** | Date Added: ████ | Change Date: **01/31/2018** |
| SSN: ████ | Date of Birth: ████ | Sex: **F-FEMALE** |
| CBIC Card Code: | Age: **37** | Relation to HH: |
| CBIC Sequence Number: ████ | Date of Death: | Language Written: **ENG-ENG** |
| Disability Accommodation Indicator Code: | | Language Spoken: **ENG-ENG** |

### Address

| | | | |
|---|---|---|---|
| Address Line 1: ████ | City: **NEW YORK** | State: **NY** | Postal Code: ████  Phone Number: ████ |
| Address Line 2. | Date Origin Code: **H-HBE** | Residential County Code: **60-NEW YORK**  Confidentiality Code: | |

### Available Data

☒ Restriction ☒ Exception ☒ MC Exemption ☒ Principal Provider ☑ Third Party ☒ Spenddown

### Eligibility

14 results. Displaying 1-10 1 | 2 | Next>> | View

| Begin Date | End Date | Case Number | Trans Dist | Case Worker | TMA Indicator | Coverage | Aid Category | Fiscal Dist | Office | Status | Override | Change Date | Data Origin Code | Case Type | Ca Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2019 | 12/31/9999 | 0004786490 | 78-NY HBE | | B-CLNT NO TN | 30-MCAID PCP | 32-LIF W DEP | 66-NY CITY | | 07-ACTIVE | | 03/19/2019 | H-HBE | | |
| 03/01/2018 | 04/30/2019 | 0004786490 | 78-NY HBE | | B-CLNT NO TN | 30-MCAID PCP | 32-LIF W DEP | 66-NY CITY | | 20-CLOSED | | 03/19/2019 | H-HBE | | |
| 12/01/2017 | 02/28/2018 | 0004786490 | 78-NY HBE | | B-CLNT NO TN | 01-ALL BENEFI | 32-LIF W DEP | 66-NY CITY | | 07-ACTIVE | | 01/31/2018 | H-HBE | | |
| 05/01/2017 | 11/30/2017 | 0004786490 | 78-NY HBE | | B-CLNT NO TN | 30-MCAID PCP | 32-LIF W DEP | 66-NY CITY | | 20-CLOSED | | 11/15/2017 | H-HBE | | |

### MC (Managed Care)

| Provider ID | Provider Name | Plan Code Package | | Begin Date | End Date | Trans District | Case Worker | Change Date | Data Origin Code | PCP Subscriber | PCP Member | PCP Group Code | PCP Policy | HIOS ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01479620 ⊛ | HEALTH FIRST PHSP INC | SF HFFHSP | 66-BP66 | 03/01/2019 | 04/30/2019 | 66-NY CITY | 834HP | 02/12/2019 | H-HBE | | | | | |
| 01751046 ⊛ | FIDELIS CARE | SF-FIDEL MMC | 66-BP66 | 05/01/2017 | 11/30/2017 | 66-NY CITY | 834HP | 04/11/2017 | H-HBE | | | | | |
| 01751046 ⊛ | FIDELIS CARE | SF-FIDEL MMC | 66-BP66 | 03/01/2018 | 02/28/2019 | 66-NY CITY | 511H | 02/12/2019 | H-HBE | | | | | |
| 01751046 ⊛ | FIDELIS CARE | SF-FIDEL MMC | 66-BP66 | 05/01/2019 | 12/31/9999 | 66-NY CITY | 511H | 06/10/2019 | H-HBE | | | | | |

### MC (Managed Care) Coverages

80 results. Displaying 1-10 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Next>> | View

| Effective Date | Plan Code | Package | Coverages |
|---|---|---|---|
| ████ | SF-HFPHSP | 66-BP66 | A-INPT HOSP |

Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) – Supplemental Motion to Vacate Judgment
Case 1:19-cv-03218-JGK-KHP – Document 162-2 Filed 06/05/2025 Page 104 of 105
Exhibit G – WilmerHale Conflict Documents

WILMERHALE

July 3, 2018
Page 4

Once again, we are pleased to have this opportunity to work with you.  Please call me whenever
you have questions or comments during the course of our representation.

Very truly yours,

WILMER CUTLER PICKERING HALE AND
DORR LLP

By David B. Bassett

David B. Bassett
Partner

ACKNOWLEDGED AND AGREED:

Xiamin Zeng

Date:  7 / 11 / 2018

Case 1:19-cv-03218-JGK-KHP — Document 162-2 Filed 05/22/25 Page 105 of 105
Zeng v. Chell, 19 Civ. 03218 (JGK) (KHP) — Supplemental Motion to Vacate Judgment
Exhibit G — WilmerHale Conflict Documents

🔍   NYCHA hired WilmerHale 2016   🎤   📷

**All**    Images    Videos    News    Short videos    Shop

---

 **Patch**
https://patch.com     ⋮

**NYCHA Spends $10M On Lawyers As Feds Investigate Agency: Report**

Oct 9, 2018 — NYCHA engaged WilmerHale after its own lawyers failed to block federal subpoenas for mold and lead paint inspection records, the Daily News ...

---

 **New York Daily News**
https://www.nydailynews.com     ⋮

**Law firm NYCHA hired to fend off investigations of failures racks up ...**

Oct 9, 2018 — The authority hired the WilmerHale firm in the spring of 2016 to deal with a wide-ranging investigation by the Manhattan U.S. attorney's ...

---

 **New York Daily News**
https://www.nydailynews.com     ⋮

**NYCHA board secretly voted again and again to spend $27 ...**

Wilmer Hale was hired to represent the authority ... 2016 through January) and Stanley Brezenoff ... hired by

---

   🔍 NYCHA hired WilmerHale   🎤

←    →    ⬆    📖    ⧉